UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re __Dane Baird and Sarah Baird__          Case No. __3:10-bk-___
                                    Debtors    Chapter  __11__

DECLARATION UNDER PENALTY OF PERJURY FOR ELECTRONIC FILING

The undersigned, Dane Baird and Sarah Baird, declare under penalty of perjury that:

1. They are the Debtors in this case.

2. Each has signed the originals of the documents identified below under penalty of perjury ("Verified Documents").

3. The information contained in the Verified Documents is true and correct to the best of each of our knowledge and belief.

4. We understand that the Verified Documents are to be filed in electronic form with the United States Bankruptcy Court in connection with the above-captioned case.

_____          _____
Dane Baird                                Sarah Baird
Debtor                                    Signature of Joint Debtor

Verified Documents:

| Full Descriptive Title | Date Executed |
|---|---|
| Voluntary Petition | April 8, 2010 |
| Exhibit D and Joint Debtor Exhibit D to the Voluntary Petition | April 8, 2010 |
| Notice to Individual Consumer Debtor of Available Chapters | April 8, 2010 |
| Verification of Creditor Matrix | April 8, 2010 |
| Statement of Social Security Number | April 8, 2010 |
| List of Twenty Largest Unsecured Creditors | April 8, 2010 |
| Schedules A-J and Declaration Regarding Schedules | April 8, 2010 |
| Statement of Financial Affairs | April 8, 2010 |
| Statement of Current Monthly Income | April 8, 2010 |

Wilcox Law Firm