**UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

In re:

DANE E. BAIRD
   And
SARAH B. BAIRD
       Debtors

Case No.: 3:10-bk-02954 (PMG)

Chapter 11

**DEBTORS' MONTHLY OPERATING REPORT FOR THE PERIOD
APRIL 8, 2010 TO APRIL 30, 2010**

Dane Baird and Sarah Baird, Debtors, hereby file this Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Debtors' Address and Telephone No.

Dane Baird and Sarah Baird
1520 Silver Street
Jacksonville, FL 32202

**WILCOX LAW FIRM**

/s/ ***Robert Wilcox***
Robert D. Wilcox (Fla. Bar No. 0755168)
4190 Belfort Road, Suite 315
Jacksonville, FL 32216
Telephone: (904) 281-0700
Facsimile (904) 513-9201
rwilcox@wilcoxlawfirm.com

PROPOSED ATTORNEY FOR THE DEBTORS

## SCHEDULE OF BUSINESS
## CASH RECEIPTS AND CASH DISBURSEMENTS

|  | Month | Cumulative Total |
|---|---|---|
| **CASH** - Beginning of Month |  |  |
|  |  |  |
| **BUSINESS CASH RECEIPTS** |  |  |
| Cash Sales |  |  |
| Account Receivable Collection |  |  |
| Loans/Borrowing from Outside Sources (attach list to this report) |  |  |
| Rental Income | 11886 |  |
| Sale of Business Assets (attach list to this report) |  |  |
| Other (specify) (attach list to this report) |  |  |
|  |  |  |
| **Total Business Receipts** |  |  |
|  |  |  |
| **BUSINESS CASH DISBURSEMENTS** |  |  |
| Net Payroll (Excluding Self) |  |  |
| Salary Paid to Debtor or Owner's Draw (e.g., transfer to Household Account) |  |  |
| Taxes - Payroll |  |  |
| Taxes - Sales |  |  |
| Taxes Other (attach schedule) |  |  |
| Contract Labor (Subcontractors) |  |  |
| Inventory Purchases |  |  |
| Secured/Lease Payments (Business) |  |  |
| Utilities (Business) |  |  |
| Insurance |  |  |
| Vehicle Expenses |  |  |
| Travel & Entertainment |  |  |
| Repairs and Maintenance |  |  |
| Supplies |  |  |
| Charitable Contributions/Gifts |  |  |
| Purchase of Fixed Assets |  |  |
| Advertising |  |  |
| Bank Charges |  |  |
| Other (attach schedule) | 13,843.26 |  |
|  |  |  |
| **Total Business Disbursements** | 13,843.26 |  |
|  |  |  |
| **CASH - End of Month** (Must equal reconciled bank statement - Attachment No. 2) | 3781.05 |  |

**Auto**

| Date | Type | | Payee | Account | Amount | Balance |
|---|---|---|---|---|---:|---:|
| 04/14/2010 | Cash Purchase | | Honda | CASH | 30.00 | 30.00 |
| **Total for Auto** | | | | | **30.00** | |

**Gas**

| Date | Type | | Payee | Account | Amount | Balance |
|---|---|---|---|---|---:|---:|
| 04/22/2010 | Check | DC | Jax Oil | Compass | 0.26 | 0.26 |
| 04/27/2010 | Check | DC | Murphy Gas | Compass | 40.76 | 41.02 |
| **Total for Gas** | | | | | **41.02** | |
| **Total for Auto with sub-accounts** | | | | | **71.02** | |

**Consulting**

| Date | Type | | Payee | Account | Amount | Balance |
|---|---|---|---|---|---:|---:|
| 04/13/2010 | Check | | 1162 Christy Milby | Compass | 63.00 | 63.00 |
| 04/14/2010 | Check | | 1163 Sarah Baird | Compass | 500.00 | 563.00 |
| 04/21/2010 | Check | | 1167 Sarah Baird | Compass | 900.00 | 1,463.00 |
| **Total for Consulting** | | | | | **1,463.00** | |

**Contribution**

| Date | Type | | Payee | Account | Amount | Balance |
|---|---|---|---|---|---:|---:|
| 04/13/2010 | Check | EFT | Prince of Peace | Compass | 50.00 | 50.00 |
| 04/20/2010 | Check | EFT | Prince of Peace | Compass | 50.00 | 100.00 |
| 04/27/2010 | Check | EFT | Prince of Peace | Compass | 50.00 | 150.00 |
| **Total for Contribution** | | | | | **150.00** | |

**Fees-Pearl St.**

| Date | Type | | Payee | Account | Amount | Balance |
|---|---|---|---|---|---:|---:|
| 04/08/2010 | Check | | 1159 Tax Collector | Compass | 50.00 | 50.00 |
| **Total for Fees-Pearl St.** | | | | | **50.00** | |

**Insurance**

**Health**

| Date | Type | | Payee | Account | Amount | Balance |
|---|---|---|---|---|---:|---:|
| 04/09/2010 | Check | BP | Blue Cross/Shield | Compass | 1,750.00 | 1,750.00 |
| 04/09/2010 | Check | BP | Blue Cross/Shield | Compass | 244.00 | 1,994.00 |
| **Total for Health** | | | | | **1,994.00** | |
| **Total for Insurance** | | | | | **1,994.00** | |

**Insurance-1520 Silver St.**

| Date | Type | | Payee | Account | Amount | Balance |
|---|---|---|---|---|---:|---:|
| 04/13/2010 | Check | | 1161 AIIC | Compass | 492.00 | 492.00 |
| **Total for Insurance-1520 Silver St.** | | | | | **492.00** | |

**Insurance-2041 Perry St.**

| Date | Type | | Payee | Account | Amount | Balance |
|---|---|---|---|---|---:|---:|
| 04/12/2010 | Check | | 1160 Universal Risk Advisors | Compass | 539.99 | 539.99 |
| **Total for Insurance-2041 Perry St.** | | | | | **539.99** | |

**Meals and Entertainment**

| Date | Type | | Payee | Account | Amount | Balance |
|---|---|---|---|---|---:|---:|
| 04/12/2010 | Check | DC | Uptown Market & Deli | Compass | 13.33 | 13.33 |
| 04/12/2010 | Check | DC | Uptown Market & Deli | Compass | 11.19 | 24.52 |
| 04/12/2010 | Check | DC | Walmart | Compass | 197.40 | 221.92 |

| Date | Type | | Payee | Account | Amount | Balance |
|---|---|---|---|---|---|---|
| 04/15/2010 | Check | DC | Uptown Market & Deli | Compass | 14.19 | 236.11 |
| 04/15/2010 | Check | DC | Uptown Market & Deli | Compass | 16.33 | 252.44 |
| 04/19/2010 | Check | DC | Walmart | Compass | 146.03 | 398.47 |
| 04/22/2010 | Check | DC | Walmart | Compass | 18.04 | 416.51 |
| 04/26/2010 | Check | DC | Al's Pizza | Compass | 30.73 | 447.24 |
| 04/27/2010 | Check | DC | Walmart | Compass | 195.84 | 643.08 |

**Total for Meals and Entertainment** — 643.08

**Office Expenses**

| Date | Type | | Payee | Account | Amount | Balance |
|---|---|---|---|---|---|---|
| 04/22/2010 | Check | DC | OnLetterhead | Compass | 50.00 | 50.00 |
| 04/23/2010 | Check | DC | Quickbooks/Intuit | Compass | 215.57 | 265.57 |

**Total for Office Expenses** — 265.57

**Other General and Admin Expenses**

| Date | Type | | Payee | Account | Amount | Balance |
|---|---|---|---|---|---|---|
| 04/09/2010 | Check | BP | Cindy Saculla | Compass | 150.00 | 150.00 |
| 04/26/2010 | Check | BP | Cindy Saculla | Compass | 200.00 | 350.00 |

**Total for Other General and Admin Expenses** — 350.00

**Repair & Maintenance**

**Repair & Maintenance -1922 N. Pearl St.**

| Date | Type | | Check # | Payee | Account | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 04/09/2010 | Check | BP | | Shaw's Tree Service | Compass | 500.00 | 500.00 |
| 04/15/2010 | Check | DC | | Lowes | Compass | 84.62 | 584.62 |
| 04/16/2010 | Check | | 1165 | Gerald Rocha | Compass | 518.00 | 1,102.62 |
| 04/16/2010 | Check | DC | | Rivers Pest Control | Compass | 1,762.50 | 2,865.12 |
| 04/19/2010 | Check | DC | | Lowes | Compass | 77.63 | 2,942.75 |
| 04/21/2010 | Check | | 1169 | Aderman Air | Compass | 3,300.00 | 6,242.75 |
| 04/26/2010 | Check | DC | | MDM Supplyin | Compass | 74.00 | 6,316.75 |
| 04/27/2010 | Check | DC | | Lowes | Compass | 173.43 | 6,490.18 |
| 04/27/2010 | Check | | 1168 | Steve Presser | Compass | 60.00 | 6,550.18 |
| 04/27/2010 | Check | DC | | Lowes | Compass | 18.06 | 6,568.24 |
| 04/30/2010 | Check | DC | | Lowes | Compass | 89.14 | 6,657.38 |
| 04/30/2010 | Check | | 1170 | Gerald Rocha | Compass | 457.50 | 7,114.88 |

**Total for Repair & Maintenance -1922 N. Pearl St.** — 7,114.88

**Repair & Maintenance-1520 Silver St. Jacksonville**

| Date | Type | | Payee | Account | Amount | Balance |
|---|---|---|---|---|---|---|
| 04/09/2010 | Check | BP | CW Wood Plumbing | Compass | 176.00 | 176.00 |

**Total for Repair & Maintenance-1520 Silver St. Jacksonville** — 176.00

**Total for Repair & Maintenance** — 7,290.88

**Utilities**

| Date | Type | | Payee | Account | Amount | Balance |
|---|---|---|---|---|---|---|
| 04/09/2010 | Check | BP | JEA | Compass | 124.43 | 124.43 |
| 04/11/2010 | Check | BP | JEA | Compass | 234.25 | 358.68 |

**Total for Utilities** — 358.68

**Utilities - Internet/Phone**

| 04/16/2010 | Check | BP | Comcast | Compass | 175.04 | 175.04 |
|---|---|---|---|---|---|---|
| **Total for Utilities - Internet/Phone** | | | | | **175.04** | |
| **Total for Expenses** | | | | | **13,843.26** | |
| **Net Income** | | | | | **-1,956.50** | |

| QUESTIONNAIRE | | |
|---|---|---|
| | YES* | NO |
| 1. Have any assets been sold or transferred outside the normal course of business during this reporting period? | | x |
| 2. Have any funds been disbursed from any account other than a debtor in possession account? | x | |
| 3. Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | x |
| 4. Have any payments been made on pre-petition liabilities this reporting period? | | x |
| 5. Have any post-petition loans been received by the debtor from any party? | | x |
| 6. Are any post-petition payroll taxes past due? | | x |
| 7. Are any post-petition state or federal income taxes past due? | | x |
| 8. Are any post-petition state or local sales taxes past due? | | x |
| 9. Are any post-petition real estate taxes past due? | x | |
| 10. Are any amounts owed to post-petition creditors/vendors delinquent? | | x |
| 11. Are any wage payments past due? | | x |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | | |
|---|---|---|
| | YES | NO* |
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | x | |
| 2. Are all premium payments current? | x | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY and CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| Homeowners for 1435 Silver St.   Universal Risk Advisors | April 8th 2010 to April 8th | 501 annually | 0 |
| Homeowners for 22 White St. Place Units 1, 2, 3   Norfolk and Dedham | April 8th 2010 to April 8th | 2200 annually | 0 |
| Homeowners for 53 Flint St., Somerville   Norfolk and Dedham | April 8th 2010 to April 8th | 1350 annually | 0 |
| Homeowners for 1520 Silver St. Universal Risk Advisors | April 8th 2010 to April 8th | 1074 annually | 0 |

_____ Check here if United States Trustee has been listed a a Certificate Holder on all policies of insurance.

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

Springfield Brands LLC purchased 2041 Perry St., Jacksonville as Investment Property on April 28th for $69281.
Made personal loan to Springfield Brands LLC to complete transaction of $69281
Signed lease for $1150/month gross rent on 1435 Silver St., Jacksonville from Mid April through May 31st, 2011
Extended lease on 53 Flint St., Somerville, Unit 2 for $1850 per month through August 31st, 2011

Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: _____ TBD

MONTHLY OPERATING REPORT - INDIVIDUAL

ATTACHMENT NO. 2

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | BBVA Compass | ING | BAC | |
| Account Number: | 2512729218 | closed | closed | |
| Purpose of Account (Business/Personal) | Business | Personal | Personal | |
| Type of Account (e.g. checking) | Checking | Savings | Checking | |
| 1. Balance per Bank Statement | 4670.12 | 447.95 | 719.06 | |
| 2. ADD: Deposits not credited (attach list to this report) | | | | |
| 3. SUBTRACT: Outstanding Checks (attach list) | | | | |
| 4. Other Reconciling Items (attach list to this report) | | | | |
| 5. Month End Balance (Must Agree with Books) | 3781.05 | 0 | 7.84 | |
| TOTAL OF ALL ACCOUNTS | | | | 3788.89 |

Note: Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| Fidelity Investments (Retirement, JTE Accounts, Ed | Revolving purchases and sales | ETFS, Stocks | | 326218.58 |
| Acct #s Z11083895, 301516813, 617241180 | | | | |
| 487601217, Z72-144290) | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach a copy of each investment account statement.

MONTHLY OPERATING REPORT - INDIVIDUAL

ATTACHMENT NO. 3A

## CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| Name of Bank | Bank of America |
|---|---|
| Account Number | 2.29023E+11 |
| Purpose of Account (Personal) | Personal |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 159 | 14-Apr | | | 75 |
| 160 | 15-Apr | | | 150 |
| 161 | 26-Apr | | | 180 |
| 162 | 19-Apr | | | 238.77 |
| 163 | 23-Apr | | | 335 |
| 164 | 23-Apr | | | 100 |
| | | | TOTAL | 1078.77 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

MONTHLY OPERATING REPORT - INDIVIDUAL

ATTACHMENT NO. 3B

## CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Bank | BBVA Compass |
|---|---|
| Account Number | 2512729218 |
| Purpose of Account (Business) | Business |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 1159 | 9-Apr | City of Jacksonville | Permit for Historic Commission/ 1922 Pearl St. | 50 |
| 1160 | 16-Apr | Universal Risk Advisors | 2041 Perry St. Insurance | 539.99 |
| 1161 | 15-Apr | Universal Risk Advisors | 1520 Silver St. Insurance | 492 |
| 1162 | 14-Apr | Christy Milby | Consulting on 1922 Pearl St. | 63 |
| 1163 | 13-Apr | Shaws Tree Service | Tree Removal 1922 Pearl St. | 500 |
| 1164 | 23-Apr | Cindy Saculla | Book Keeping | 150 |
| 1165 | 16-Apr | Gerald Roche | 1922 Pearl St./Maintenance | 518 |
| 1167 | 20-Apr | Sarah Baird | Consulting on 1922 Pearl St. | 900 |
| 1168 | 29-Apr | Steve Presser | 1922 Pearl St./Maintenance | 60 |
| 1169 | 23-Apr | Aderman Air | 1922 Pearl St. HVAC | 3300 |
| 1170 | 30-Apr | Gerald Roche | 1922 Pearl St/Maintenance | 457.5 |
| 5160 | 19-Apr | Prince of Peace | Charity | 50 |
| 5166 | 19-Apr | Prince of Peace | Charity | 50 |
| 5167 | 26-Apr | Prince of Peace | Charity | 50 |
| 5170 | 22-Apr | Sarah Baird | Consulting 1922 Pearl St. | 500 |
| 5173 | 19-Apr | CW Wood | Service Call, 1520 Silver St. | 176 |
| Debit Card | 12-Apr | Blue Cross Shield | Health Care | 1750 |
| | 12-Apr | Blue Cross Shield | Health Care | 244 |
| | 12-Apr | Walmart | Office Supplies | 197.4 |
| | 12-Apr | JEA | Utilities 1435 Silver St. | 124.43 |
| | 13-Apr | JEA | Utilities 1520 Silver St. | 234.25 |
| | 14-Apr | Uptown Market | Meals and Entertainment | 16.33 |
| | 14-Apr | Uptown Market | Meals and Entertainment | 14.19 |
| | 15-Apr | Emailing Marketing | Advertising/ Sweet Petes | 500 |
| | 15-Apr | Murphys | Gas | 41.14 |
| | 19-Apr | Rivers Pest Control | Tenting, 1922 Pearl st. | 1760 |
| | 20-Apr | dda | gas | 0.26 |
| | 22-Apr | on letterhead | online marketing | 50 |
| | 22-Apr | Walmart | Office Supplies | 18.04 |
| | 23-Apr | intuit | Accounting SW | 215.57 |
| | 26-Apr | MDM Supply | Sink for 1922 Pearl st. | 74 |
| | 26-Apr | Walmart | Office Supplies | 195.84 |
| | 26-Apr | Murphys | Gas | 40.76 |
| | 26-Apr | lowes | supplies | 18.06 |
| | 27-Apr | watson title | for 2041 Perry st. purchase | 64281.69 |
| | 27-Apr | lowes | supplies | 173.43 |
| | 30-Apr | lowes | supplies | 89.14 |
| | | | total | 77895.02 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

**MONTHLY OPERATING REPORT - INDIVIDUAL**  **ATTACHMENT NO. 3B**

## CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Bank | BBVA Compass |
|---|---|
| Account Number | 2512729218 |
| Purpose of Account (Business) | Business |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 1159 | 9-Apr | City of Jacksonville | Permit for Historic Commission/ 1922 Pearl St. | 50 |
| 1160 | 16-Apr | Universal Risk Advisors | 2041 Perry St. Insurance | 539.99 |
| 1161 | 15-Apr | Universal Risk Advisors | 1520 Silver St. Insurance | 492 |
| 1162 | 14-Apr | Christy Milby | Consulting on 1922 Pearl St. | 63 |
| 1163 | 13-Apr | Shaws Tree Service | Tree Removal 1922 Pearl St. | 500 |
| 1164 | 23-Apr | Cindy Saculla | Book Keeping | 150 |
| 1165 | 16-Apr | Gerald Roche | 1922 Pearl St./Maintenance | 518 |
| 1167 | 20-Apr | Sarah Baird | Consulting on 1922 Pearl St. | 900 |
| 1168 | 29-Apr | Steve Presser | 1922 Pearl St./Maintenance | 60 |
| 1169 | 23-Apr | Aderman Air | 1922 Pearl St. HVAC | 3300 |
| 1170 | 30-Apr | Gerald Roche | 1922 Pearl St/Maintenance | 457.5 |
| 5160 | 19-Apr | Prince of Peace | Charity | 50 |
| 5166 | 19-Apr | Prince of Peace | Charity | 50 |
| 5167 | 26-Apr | Prince of Peace | Charity | 50 |
| 5170 | 22-Apr | Sarah Baird | Consulting 1922 Pearl St. | 500 |
| 5173 | 19-Apr | CW Wood | Service Call, 1520 Silver St. | 176 |
| Debit Card | 12-Apr | Blue Cross Shield | Health Care | 1750 |
| | 12-Apr | Blue Cross Shield | Health Care | 244 |
| | 12-Apr | Walmart | Office Supplies | 197.4 |
| | 12-Apr | JEA | Utilities 1435 Silver St. | 124.43 |
| | 13-Apr | JEA | Utilities 1520 Silver St. | 234.25 |
| | 14-Apr | Uptown Market | Meals and Entertainment | 16.33 |
| | 14-Apr | Uptown Market | Meals and Entertainment | 14.19 |
| | 15-Apr | Emailing Marketing | Advertising/ Sweet Petes | 500 |
| | 15-Apr | Murphys | Gas | 41.14 |
| | 19-Apr | Rivers Pest Control | Tenting, 1922 Pearl st. | 1760 |
| | 20-Apr | dda | gas | 0.26 |
| | 22-Apr | on letterhead | online marketing | 50 |
| | 22-Apr | Walmart | Office Supplies | 18.04 |
| | 23-Apr | intuit | Accounting SW | 215.57 |
| | 26-Apr | MDM Supply | Sink for 1922 Pearl st. | 74 |
| | 26-Apr | Walmart | Office Supplies | 195.84 |
| | 26-Apr | Murphys | Gas | 40.76 |
| | 26-Apr | lowes | supplies | 18.06 |
| | 27-Apr | watson title | for 2041 Perry st. purchase | 64281.69 |
| | 27-Apr | lowes | supplies | 173.43 |
| | 30-Apr | lowes | supplies | 89.14 |
| | | | total | 77895.02 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 3C**

## CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Bank | |
|---|---|
| Account Number | |
| Purpose of Account (Business) | |
| Type of Account (e.g., Checking) | |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| None | | | | |
| | | | TOTAL | $ |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.