### UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

In re:

DANE EDWARD BAIRD
SARAH DOBSON BAIRD,

           Debtors

Case No.: 3:10-bk-02954 (PMG)

Chapter 11

### DEBTORS' MONTHLY OPERATING REPORT FOR THE PERIOD
### MAY 1, 2010 TO MAY 31, 2010

    Dane Edward Baird and Sarah Dobson Baird, Debtors, hereby file this Monthly

Operating Report in accordance with the Guidelines established by the United States Trustee and

FRBP 2015.

Debtors' Address and Telephone No.

Dane Baird and Sarah Baird
1520 Silver Street
Jacksonville, FL 32202

**WILCOX LAW FIRM**

*/s/ Robert Wilcox*
Robert D. Wilcox (Fla. Bar No. 0755168)
4190 Belfort Road, Suite 315
Jacksonville, FL 32216
Telephone: (904) 281-0700
Facsimile (904) 513-9201
rwilcox@wilcoxlawfirm.com

PROPOSED ATTORNEY FOR THE
DEBTORS

### SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

| Case Name: | Dane and Sarah Baird |
|---|---|
| Case Number: | 3:10−bk−02954−PMG |

**Note:  The information requested below is a summary of the information r**

|  | Month | Cumulative Total |
|---|---|---|
| **CASH- Beginning of Month (Household)** | 7.84 | |
| **CASH- Beginning of Month (Business)** | 3781.05 | |
|  | | |
| **Total Household Receipts** | 1414.57 | |
| **Total Business Receipts** | 14197 | |
| **Total Receipts** | 15611.57 | |
|  | | |
| **Total Household Disbursements** | 1306.3 | |
| **Total Business Disbursements** | 18671.75 | |
| **Total Disbursements** | 19978.05 | |
|  | | |
| **NET CASH FLOW  (Total Receipts minus Total Disbursements)** | -4366.48 | |
|  | | |
| **CASH- End of Month (Individual)** | 116.11 | |
| **CASH- End of Month (Business)** | 1001.44 | |

**₊ATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERI**

| TOTAL DISBURSEMENTS (From Above) | | |
|---|---|---|
| from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's | | |
|  | | |
| CALCULATION | | |

**I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief**

This _____ day of _____   _____
                                                    **Debtor's Signature**

Monthly Operating Report - Individual

## SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month | Cumulative Total |
|---|---|---|
| **CASH** - Beginning of Month | 7.84 | |
| | | |
| **CASH RECEIPTS** | | |
| Salary or Cash from Business | | |
| Wages from Other Sources (attach list to this report) | | |
| Interest or Dividend Income | | |
| Alimony or Child Support | | |
| Social Security/Pension/Retirement | | |
| Sale of Household Assets (attach list to this report) | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | | |
| Other (specify) (attach list to this report) | 1223.5 | |
| gifts | 191.07 | |
| **TOTAL RECEIPTS** | 1414.57 | |
| | | |
| **CASH DISBURSEMENTS** | | |
| Alimony or Child Support Payments | | |
| Charitable Contributions | | |
| Gifts | | |
| Household Expenses/Food/Clothing | | |
| Household Repairs & Maintenance | | |
| Insurance | | |
| IRA Contribution | | |
| Lease/Rent Payments | | |
| Medical/Dental Payments | | |
| Mortgage Payment(s) | | |
| Other Secured Payments | | |
| Taxes - Personal Property | | |
| Taxes - Real Estate | | |
| Taxes Other (attach schedule) | | |
| Travel & Entertainment | | |
| Tuition/Education | | |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | | |
| Vehicle Expenses | | |
| Vehicle Secured Payment(s) | | |
| U. S. Trustee Quarterly Fees | | |
| Professional Fees (Legal, Accounting) | | |
| Other (attach schedule) | **$1,306.30** | |
| | | |
| | | |
| | | |
| **Total Household Disbursements** | | |
| | | |
| **CASH - End of Month** (Must equal reconciled bank statement- Attachment No. 2) | 116.11 | |

| Category | Date | Vendor | Amount | Tender |
|---|---|---|---|---|
| Medical | 1-May | Walgreens | $40.00 | cash |
| Food | 1-May | Publix | $24.91 | cash |
| Medical | 4-May | Great Expressions | $30.00 | Check #1002 |
| Grooming | 4-May | Beverly Ginn | $30.00 | Check #1001 |
| Grooming | 4-May | Unique Nails Salon | $27.00 | cash |
| Medical | 4-May | Solantic | $35.00 | Check #1003 |
| Home | 5-May | Harland Clarke | $18.00 | Wachovia debit |
| Food | 6-May | Tropical Smoothie Cafe | $9.00 | cash |
| Gifts | 7-May | Bath & Body Works | $38.52 | Wachovia debit |
| Home + Gifts | 7-May | Body Shop | $68.32 | Wachovia debit |
| Home + Food | 8-May | Walmart | $185.01 | Wachovia debit |
| Home + Food | 10-May | Walgreens | $9.27 | Wachovia debit |
| Grooming | 11-May | Erin Stone | $43.00 | Check #1004 |
| Food | 12-May | Pinocchios | $25.52 | cash |
| Home | 13-May | Rubio Arts | $16.99 | cash |
| Gifts | 18-May | Miss Doris contribution | $20.00 | cash |
| Home | 18-May | SUMP | $10.00 | Check #1005 |
| Home | 20-May | Laundromat | $5.00 | cash |
| Gifts | 20-May | Reddi Arts | $10.85 | cash |
| Home | 20-May | School of Swimming | $232.00 | Check #1006 |
| Medical | 21-May | N.FL. Dermatology Assoc | $35.00 | Wachovia debit |
| Food | 21-May | Publix | $39.46 | Wachovia debit |
| Home | 22-May | Warehouseseller (amazon.com) | $76.93 | Wachovia debit |
| Home | 22-May | Containerstore.com | $34.16 | Wachovia debit |
| Grooming | 23-May | Dillard's | $51.90 | Wachovia debit |
| Grooming | 25-May | Beverly Ginn | $20.00 | Check #1007 |
| Food | 27-May | McDonald's | $1.07 | cash |
| Home + Clothes | 27-May | Target | $93.72 | Wachovia debit |
| Gifts | 28-May | Reddi Arts | $24.94 | Wachovia debit |
| Medical | 30-May | Walgreens | $40.00 | Wachovia debit |
| Food | 31-May | Winn Dixie | $10.73 | cash |

**$1,306.30**

DEPOSITS

| | | | | |
|---|---|---|---|---|
| 05/04/10 | 4 May | SB | $400.00 | |
| 05/01/10 | 18 May | SB | $500.00 | |
| | 20May | SMG | $23.50 | |
| | 26may | SB | $300.00 | |

**<u>Notes</u>**
Rx for Prenatal vitamins
for SMG party
dental cleaning
brow, nose waxing
pedi
toe exam
check order
lunch
gifts for Jean's teachers for end of year
perfume; mom's day gifts for mom
grocery and stuff for trip
wipes and milk
haircut
Disney: lunch for crew
Disney: Jean's silouette
retirement gift-SUMP
Jean's class photo
$4 in quarters; $1 for Tide
cards: Jake, Jordan, Dodd
Jean's swimming lessons
Dr. Kantor appt

TV mount
2 over door shoe bags (media & office closets)
clinique moisturizer
brow wax
ice cream for Bean after swimming

b'day present for Ella Rae and project for Jean
Prenatal vitamins Rx
Popsicles for Fresonke's party

**SCHEDULE OF BUSINESS
CASH RECEIPTS AND CASH DISBURSEMENTS**

| | Month | Cumulative Total |
|---|---|---|
| **CASH** - Beginning of Month | 3781.05 | |
| | | |
| **BUSINESS CASH RECEIPTS** | | |
| Cash Sales | | |
| Account Receivable Collection | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | | |
| Rental Income | 14197 | |
| Sale of Business Assets (attach list to this report) | | |
| Other (specify) (attach list to this report) | 1694.39 | personal loan to company |
| | | |
| **Total Business Receipts** | 15891.39 | |
| | | |
| **BUSINESS CASH DISBURSEMENTS** | | |
| Net Payroll (Excluding Self) | | |
| Salary Paid to Debtor or Owner's Draw (e.g., transfer to Household Account) | | |
| Taxes - Payroll | | |
| Taxes - Sales | | |
| Taxes Other (attach schedule) | | |
| Contract Labor (Subcontractors) | | |
| Inventory Purchases | | |
| Secured/Lease Payments (Business) | | |
| Utilities (Business) | | |
| Insurance | | |
| Vehicle Expenses | | |
| Travel & Entertainment | | |
| Repairs and Maintenance | | |
| Supplies | | |
| Charitable Contributions/Gifts | | |
| Purchase of Fixed Assets | | |
| Advertising | | |
| Bank Charges | | |
| Other (attach schedule) | 18,671.75 | |
| | | |
| **Total Business Disbursements** | 18,671.75 | |
| | | |
| **CASH - End of Month** (Must equal reconciled bank statement - Attachment No. 2) | 1001.44 | |

| | | | |
|---|---|---|---|
| 1171 | 4-May | Carmen | Cleaning |
| 1172 | 4-May | Sarah Baird | Consulting |
| 1173 | 5-May | Everybody's Plumbing | 1922 Pearl St./Plumbing |
| 1174 | 6-May | Little Scoops | Water Fountain, 1922 Pearl St. |
| 1175 | 6-May | Harrison Grainger | Painting, 1922 Pearl St. |
| 1176 | 17-May | Gerald Roche | 1922 Pearl st., Maintenance |
| 1177 | 18-May | Sarah Baird | Consulting |
| 1178 | 27-May | Andy Melville | Clearing 5th and Silver Lot |
| 1179 | 25-May | Steve Presser | 1922 Pearl St./Maintenance |
| 1180 | 25-May | Gerald Roche | 1922 Pearl St./Maintenance |
| 1181 | 26-May | Sarah Baird | Consulting |
| 5163 | 4-May | Open Canvas Design | Business Cards |
| 5169 | 7-May | Cindy Saculla | Book keeping |
| 5175 | 4-May | Prince of Peace | Charity |
| 5177 | 4-May | Open Canvas Design | Labels |
| 5178 | 10-May | Prince of Peace | Charity |
| 5179 | 7-May | Cindy Saculla | Book keeping |
| 5180 | 17-May | Prince of Peace | Charity |
| 5181 | 10-May | Cindy Saculla | Book keeping |
| 5184 | 24-May | Prince of Peace | Charity |
| 5185 | 21-May | Lisa Gilman | Leasing Services |
| Debit Card | 3-May | Home Depot | Materials/1922 Pearl St. |
| | 3-May | Home Depot | Materials/1922 Pearl St. |
| | 3-May | Walmart | Office Supplies |
| | 3-May | lowes | appliances for 2041 Perry St. |
| | 3-May | Office Max | Office Supplies |
| | 3-May | USPS | Postage |
| | 4-May | 4inkjets | printing ink |
| | 5-May | amasons | dumpster |
| | 5-May | Murphys | Gas |
| | 5-May | Threelayers | Sweet Pete's Coordination Meeting |
| | 5-May | Nelnet | Student Loans |
| | 5-May | Verizon Online | Wireless phone service |
| | 6-May | Onletterhead | marketing |
| | 7-May | amasons | dumpster |
| | 10-May | amasons | dumpster |
| | 10-May | Home Depot | Materials/1922 Pearl St. |
| | 10-May | pascos | Materials/1922 Pearl St. |
| | 11-May | amasons | dumpster |
| | 11-May | amasons | dumpster |
| | 11-May | usaa | life insurance |
| | 12-May | rivers pest control | tenting 1922 Pearl |
| | 12-May | amasons | dumpster |
| | 14-May | amasons | dumpster |
| | 14-May | amasons | dumpster |
| | 17-May | amasons | dumpster |
| | 17-May | amasons | dumpster |
| | 17-May | Walmart | Office Supplies |
| | 17-May | Backlot express | business lunch |
| | 17-May | Murphys | Gas |
| | 17-May | wire transfer | |
| | 18-May | lowes | materials 1922 Pearl St. |

| Date | Payee | Description |
|---|---|---|
| 18-May | lowes | materials 1922 Pearl St. |
| 19-May | jea | utilities |
| 19-May | comcast | utilities |
| 19-May | jea | utilities |
| 19-May | usaa | life insurance |
| 19-May | pascos | materials 1922 Pearl St. |
| 21-May | lowes | materials 1922 Pearl St. |
| 24-May | amasons | dumster |
| 24-May | aa auto | car repair |
| 24-May | publix | office supplies |
| 24-May | Gate | gas |
| 24-May | sonny's real pit bbq | business lunch |
| 24-May | lowes | materials 1922 Pearl St. |
| 24-May | paypal | coupons |
| 24-May | lowes | materials 1922 Pearl St. |
| 24-May | Walmart | office supplies |
| 24-May | lowes | materials 1922 Pearl St. |
| 24-May | pascos | materials 1922 Pearl St. |
| 25-May | shell | gas |
| 26-May | amasons | dumster |
| 27-May | lowes | materials 1922 Pearl St. |
| 27-May | pascos | materials 1922 Pearl St. |
| 28-May | First Tee | Golf outing with Macris Direct |
| 28-May | lowes | materials 1922 Pearl St. |
| 28-May | Murphys | gas |

Revenue

NOI

| |
|---|
| 125 |
| 500 |
| 555 |
| 250 |
| 100 |
| 417.5 |
| 500 |
| 150 |
| 45 |
| 345 |
| 300 |
| 99.84 |
| 150 |
| 50 |
| 630.21 |
| 50 |
| 200 |
| 50 |
| 200 |
| 50 |
| 200 |
| 83.89 |
| 47 |
| 45.34 |
| 3502.61 |
| 25.67 |
| 6.48 |
| 52.95 |
| 230 |
| 42.63 |
| 10 |
| 300 |
| 87.7 |
| 5 |
| 230 |
| 264.6 |
| 13.21 |
| 6.29 |
| 762.7 |
| 230 |
| 129.85 |
| 590 |
| 576.45 |
| 374.45 |
| 230 |
| 578.55 |
| 230 |
| 183.92 |
| 47.87 |
| 43.44 |
| 23 |
| 810.92 |

| |
|---|
| 83.72 |
| 200 |
| 177.21 |
| 100 |
| 64.92 |
| 9.18 |
| 73.46 |
| 1891.9 |
| 176.55 |
| 54.7 |
| 46.26 |
| 30.1 |
| 19.71 |
| 5.88 |
| 166.66 |
| 141.61 |
| 9.89 |
| 6.15 |
| 15.05 |
| 410.2 |
| 99.4 |
| 9.37 |
| 22 |
| 84.18 |
| 41.58 |

18671.75

14197

-4474.75

MONTHLY OPERATING REPORT -
INDIVDUAL

ATTACHMENT NO. 1

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business during this reporting period? | | x |
| 2. Have any funds been disbursed from any account other than a debtor in possession account? | | x |
| 3. Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | x | |
| 4. Have any payments been made on pre-petition liabilities this reporting period? | | x |
| 5. Have any post-petition loans been received by the debtor from any party? | | x |
| 6. Are any post-petition payroll taxes past due? | | x |
| 7. Are any post-petition state or federal income taxes past due? | | x |
| 8. Are any post-petition state or local sales taxes past due? | | x |
| 9. Are any post-petition real estate taxes past due? | | x |
| 10. Are any amounts owed to post-petition creditors/vendors delinquent? | | x |
| 11. Are any wage payments past due? | | x |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | x | |
| 2. Are all premium payments current? | x | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY        and        CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| Homeowners for 1435 Silver St.      Universal Risk Advisors | April 8th 2010 to April 8th | 501  annually | 0 |
| Homeowners for 22 White St. Place Units 1, 2, 3      Norfolk and Dedham | April 8th 2010 to April 8th | 2200  annually | 0 |
| Homeowners for 53 Flint St., Somerville    Norfolk and Dedham | April 8th 2010 to April 8th | 1350  annually | 0 |
| Homeowners for 1520 Silver St. Universal Risk Advisors | April 8th 2010 to April 8th | 1074  annually | 0 |

_____ Check here if United States Trustee has been listed a a Certificate Holder on all policies of insurance.

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

Trying to get 53 Flint St. tenant to release escrow so deferred maintenance on his bathroom and kitchen can take place.

Renegotiating Unit 1, 2 at 22 White St. place leases for another year of tenancy. Have a verbal form unit 3 that they will pay $3825 per month for fiscal year 2010/2011. Currently working on 1922 Pearl St. renovation for Sweet Pete's sweet shop.

Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: _____ TBD

**MONTHLY OPERATING REPORT -
INDIVIDUAL**

**ATTACHMENT NO. 2**

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | BBVA Compass | Wachovia | | |
| Account Number: | 2512729218 | ****8054 | | |
| Purpose of Account (Business/Personal) | Business | Personal | | |
| Type of Account (e.g. checking) | Checking | Checking | | |
| | | | | |
| 1. **Balance per Bank Statement** | 3781.05 | 303.21 | | |
| 2. **ADD:** Deposits not credited (attach list to this report) | | | | |
| 3. **SUBTRACT:** Outstanding Checks (attach list) | | | | |
| 4. **Other Reconciling Items** (attach list to this report) | 1694.39 | | personal loan to company | |
| 5. **Month End Balance** (Must Agree with Books) | 1001.44 | 116.11 | | |
| TOTAL OF ALL ACCOUNTS | | 1117.55 | | |
| | | | | |

Note: Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information<br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| Fidelity Investments (Retirement , JTE Accounts, Ed | Revolving purchases and sales | ETFS, Stocks | | 253570.93 |
| Acct #s Z11083895, 301516813, 617241180 | | | | |
| 487601217, Z72-144290) | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach a copy of each investment account statement.

**MONTHLY OPERATING REPORT -**
**INDIVIDUAL**

**ATTACHMENT NO. 3A**

### CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| Name of Bank | Wachovia |
|---|---|
| Account Number | ****8054 |
| Purpose of Account (Personal) | Personal |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 1007 | 25-May | Beverly Ginn | brow wax | 20 |
| 1006 | 20-May | School of Swimming | Jean's swimming lessons | 232 |
| 1005 | 18-May | SUMP | Jean's class photo | 10 |
| 1004 | 11-May | Erin Stone | haircut | 43 |
| 1003 | 4-May | Solantic | toe exam | 35 |
| 1001 | 4-May | Beverly Ginn | brow, nose waxing | 30 |
| 1002 | 4-May | Great Expressions | dental cleaning | 30 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | 400 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

| |
|---|
| |
| |
| |
| |
| |

MONTHLY OPERATING REPORT -
INDIVIDUAL

ATTACHMENT NO. 3B

CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Bank | BBVA Compass |
|---|---|
| Account Number | 2512729218 |
| Purpose of Account (Business) | Business |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 1171 | 4-May | Carmen | Cleaning | 125 |
| 1172 | 4-May | Sarah Baird | Consulting | 500 |
| 1173 | 5-May | Everybody's Plumbing | 1922 Pearl St./Plumbing | 555 |
| 1174 | 6-May | Little Scoops | Water Fountain, 1922 Pearl St. | 250 |
| 1175 | 6-May | Harrison Grainger | Painting, 1922 Pearl St. | 100 |
| 1176 | 17-May | Gerald Roche | 1922 Pearl st., Maintenance | 417.5 |
| 1177 | 18-May | Sarah Baird | Consulting | 500 |
| 1178 | 27-May | Andy Melville | Clearing 5th and Silver Lot | 150 |
| 1179 | 25-May | Steve Presser | 1922 Pearl St./Maintenance | 45 |
| 1180 | 25-May | Gerald Roche | 1922 Pearl St./Maintenance | 345 |
| 1181 | 26-May | Sarah Baird | Consulting | 300 |
| 5163 | 4-May | Open Canvas Design | Business Cards | 99.84 |
| 5169 | 7-May | Cindy Saculla | Book keeping | 150 |
| 5175 | 4-May | Prince of Peace | Charity | 50 |
| 5177 | 4-May | Open Canvas Design | Labels | 630.21 |
| 5178 | 10-May | Prince of Peace | Charity | 50 |
| 5179 | 7-May | Cindy Saculla | Book keeping | 200 |
| 5180 | 17-May | Prince of Peace | Charity | 50 |
| 5181 | 10-May | Cindy Saculla | Book keeping | 200 |
| 5184 | 24-May | Prince of Peace | Charity | 50 |
| 5185 | 21-May | Lisa Gilman | Leasing Services | 200 |
| Debit Card | 3-May | Home Depot | Materials/1922 Pearl St. | 83.89 |
| | 3-May | Home Depot | Materials/1922 Pearl St. | 47 |
| | 3-May | Walmart | Office Supplies | 45.34 |
| | 3-May | lowes | appliances for 2041 Perry St. | 3502.61 |
| | 3-May | Office Max | Office Supplies | 25.67 |
| | 3-May | USPS | Postage | 6.48 |
| | 4-May | 4inkjets | printing ink | 52.95 |
| | 5-May | amasons | dumpster | 230 |
| | 5-May | Murphys | Gas | 42.63 |
| | 5-May | Threelayers | Sweet Pete's Coordination Meeting | 10 |
| | 5-May | Nelnet | Student Loans | 300 |
| | 5-May | Verizon Online | Wireless phone service | 87.7 |
| | 6-May | Onletterhead | marketing | 5 |
| | 7-May | amasons | dumpster | 230 |
| | 10-May | amasons | dumpster | 264.6 |
| | 10-May | Home Depot | Materials/1922 Pearl St. | 13.21 |
| | 10-May | pascos | Materials/1922 Pearl St. | 6.29 |
| | 11-May | amasons | dumpster | 762.7 |
| | 11-May | amasons | dumpster | 230 |
| | 11-May | usaa | life insurance | 129.85 |
| | 12-May | rivers pest control | tenting 1922 Pearl | 590 |
| | 12-May | amasons | dumpster | 576.45 |
| | 14-May | amasons | dumpster | 374.45 |
| | 14-May | amasons | dumpster | 230 |
| | 17-May | amasons | dumpster | 578.55 |
| | 17-May | amasons | dumpster | 230 |
| | 17-May | Walmart | Office Supplies | 183.92 |
| | 17-May | Backlot express | business lunch | 47.87 |
| | 17-May | Murphys | Gas | 43.44 |
| | 17-May | wire transfer | | 23 |
| | 18-May | lowes | materials 1922 Pearl St. | 810.92 |
| | 18-May | lowes | materials 1922 Pearl St. | 83.72 |
| | 19-May | jea | utilities | 200 |
| | 19-May | comcast | utilities | 177.21 |
| | 19-May | jea | utilities | 100 |
| | 19-May | usaa | life insurance | 64.92 |
| | 19-May | pascos | materials 1922 Pearl St. | 9.18 |
| | 21-May | lowes | materials 1922 Pearl St. | 73.46 |
| | 24-May | amasons | dumster | 1891.9 |
| | 24-May | aa auto | car repair | 176.55 |
| | 24-May | publix | office supplies | 54.7 |
| | 24-May | Gate | gas | 46.26 |
| | 24-May | sonny's real pit bbq | business lunch | 30.1 |
| | 24-May | lowes | materials 1922 Pearl St. | 19.71 |
| | 24-May | paypal | coupons | 5.88 |
| | 24-May | lowes | materials 1922 Pearl St. | 166.66 |
| | 24-May | Walmart | office supplies | 141.61 |
| | 24-May | lowes | materials 1922 Pearl St. | 9.89 |
| | 24-May | pascos | materials 1922 Pearl St. | 6.15 |
| | 25-May | shell | gas | 16.05 |
| | 26-May | amasons | dumster | 410.2 |
| | 27-May | lowes | materials 1922 Pearl St. | 99.4 |
| | 27-May | pascos | materials 1922 Pearl St. | 9.37 |
| | 28-May | First Tee | Golf outing with Macris Direct | 22 |
| | 28-May | lowes | materials 1922 Pearl St. | 84.18 |
| | 28-May | Murphys | gas | 41.58 |

18671.75

**MONTHLY OPERATING REPORT -
INDIVIDUAL**

**ATTACHMENT NO. 3C**

### CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Bank | |
|---|---|
| Account Number | |
| Purpose of Account (Business) | |
| Type of Account (e.g., Checking) | |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | $ |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

**MONTHLY OPERATING REPORT -
INDIVIDUAL**

**ATTACHMENT NO. 4**

| ACCOUNTS RECEIVABLE RECONCILIATION (Pre- & Post- Petition) | Scheduled Amount | Current Month |
|---|---|---|
| Accounts Receivable Beginning Balance | | |
| Plus:  Billings During the Month | | |
| Less: Collections During the Month | | |
| Adjustments or WriteOffs* | | |
| Accounts Receivable Ending Balance** | | |

| ACCOUNTS RECEIVABLE AGING (Pre- & Post- Petition) | Scheduled Amount | Current Month |
|---|---|---|
| 0 - 30 Days | | |
| 31 - 60 Days | | |
| 61 - 90 Days | | |
| Over 90 Days | | |
| | | |
| Total Accounts Receivable** | | |

\* Attach explanation of  any adjustment or writeoff.

** The "current month" of these two lines must equal.

| POST-PETITION TAXES | Beginning Tax Liability* | Amount Withheld & or Accrued |
|---|---|---|
| **Federal Taxes** | | |
| Withholding** | | |
| FICA - Employee | | |
| FICA - Employer | | |
| Unemployment | | |
| Income | | |
| Other (Attach List) | | |
| **Total Federal Taxes** | | |
| | | |
| **State & Local Taxes** | | |
| Withholding | | |
| Sales | | |
| Unemployment | | |
| Real Property | | |
| Personal Property | | |
| Other (Attach List) | | |
| **Total State & Local Taxes** | | |
| **Total Post-Petition Taxes** | | |

\*   The beginning tax liability should represent the liability from the prior month, or if this is the first report, the amount should be zero

**  Attach copies of IRS Form 6123 or your FTD coupon and payment receipt to verify payment or deposit

**MONTHLY OPERATING REPORT -**
**INDIVIDUAL**

**ATTACHMENT NO. 5**

| ACCOUNTS PAYABLE RECONCILIATION (Post-Petition Only) | | | |
|---|---|---|---|
| | Month | Month | Month |
| | | | |
| **Accounts Payable Beginning Balance\*** | | | |
| Plus:  New Indebtedness During the Month | | | |
| Less: Amount Paid on Acct. Payables in Month | | | |
| Adjustments or WriteOffs\*\* | | | |
| **Accounts Payable Ending Balance** | | | |

\*   The beginning A/P liability should represent the liability from the prior month, or if this is the first report, the amount should be zero
\*\*Attach explanation for any adjustment or write-off.

| ACCOUNTS PAYABLE LISTING | | | |
|---|---|---|---|
| [List all bills or invoices incurred since the filing of the petition (Post-Petition Only) and have NOT been paid]\*\*\* | | | |
| Vendor & Description of Bill/Invoice | Date Incurred | Days Outstanding | Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

\*\*\* List any additional payables on a separate sheet and attach to this schedule.

| POST-PETITION STATUS OF SECURED NOTES, LEASES, AND ADEQUATE PROTECTION PAYMENTS | | | | | |
|---|---|---|---|---|---|
| Name of Secured Creditor / Lessor | Scheduled Monthly Payment Due | Total Past Due From Prior Month(s) | Amount Paid During Month | Total Unpaid Postpetition | Total Number of Payments Past Due |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Wachovia Online Services | Account Activity

# WACHOVIA

A Wells Fargo Company

## ACCOUNT ACTIVITY

**I want to...**
View Recent Activity
Transfer Funds
Pay Bills

Account  FREE CKG *8054    [ Go ]   Action  View Paper Statements
Order Checks
Check Search
View Check Card Rewards
Go to Customer Service Page

### Find Transactions

Date Range:   ○ Last 15 days          - OR -  ⊙  05/01/2010  to  05/31/2010
                                                        (MM/DD/YYYY)         (MM/DD/YYYY)
Sort By:   All Transaction Types

[ Go ]

**Note:** You have up to 90 days of account history available.
To view up to 7 years, go to View Paper Statements

Posted Balance as of 06/08/2010 : $2.79 *    Available Balance as of 06/09/2010 : $2.79 **    (View Holds)   ?

### Transactions for: FREE CKG *8054

| Date ▾ | Type | Description | Withdrawals | Deposits | Balance |
|--------|------|-------------|-------------|----------|---------|
| 05/28/2010 | Purchase | PURCHASE TARGET T0645 REGENCY 05/27 | $93.72 | | $303.21 |
| 05/27/2010 | Check View | CHECK 1007 | $20.00 | | $396.93 |
| 05/27/2010 | Purchase | PURCHASE CONTAINERSTORE.COM 05/26 | $34.16 | | $416.93 |
| 05/26/2010 | Deposit | DEPOSIT | | $300.00 | $451.09 |
| 05/25/2010 | Purchase | PURCHASE AMAZON MKTPLACE PM 05/25 | $76.93 | | $151.09 |
| 05/25/2010 | Check View | CHECK 1006 | $232.00 | | $228.02 |
| 05/24/2010 | Purchase | PURCHASE NORTH FLORIDA DERM 05/21 | $35.00 | | $460.02 |
| 05/24/2010 | Purchase | PURCHASE PUBLIX SUPER MAR 2033 R 05/21 | $39.46 | | $495.02 |
| 05/24/2010 | Purchase | PURCHASE DILLARDS - 0230 STJOHNS 05/23 | $51.90 | | $534.48 |
| 05/20/2010 | Deposit | DEPOSIT | | $23.50 | $586.38 |
| 05/18/2010 | Deposit | DEPOSIT | | $500.00 | $562.88 |
| 05/11/2010 | Purchase | PURCHASE WALGREEN COMPANY 1801 N 05/10 | $9.27 | | $62.88 |
| 05/11/2010 | Check View | CHECK 1004 | $43.00 | | $72.15 |
| 05/10/2010 | Purchase | PURCHASE BATH & BODY WORKS 05/07 | $38.52 | | $115.15 |
| 05/10/2010 | Purchase | PURCHASE THE BODY SHOP #051 05/07 | $68.32 | | $153.67 |
| 05/10/2010 | Purchase | PURCHASE WAL-MART #3309 05/08 | $185.01 | | $221.99 |
| 05/06/2010 | Check N/A | AUTOMATED CHECK DENTAL HEALTH GR PURCHASE 1002 | $30.00 | | $407.00 |

| Date | Type | Description | | Amount | Balance |
|------|------|-------------|--|--------|---------|
| 05/06/2010 | Check View | CHECK 1001 | $30.00 | | $437.00 |
| 05/05/2010 | Other | AUTOMATED DEBIT HARLAND CLARKE CHK ORDERS | $18.00 | | $467.00 |
| 05/05/2010 | Check N/A | E-CHECK # 1003 1003 | $35.00 | | $485.00 |
| 05/04/2010 | Deposit | DEPOSIT | | $400.00 | $520.00 |
| | | | | | 1 - 21 of 21 |

\* Includes transactions that have cleared your account as of the close of the previous business day. See help with this page for more details.
\*\* Transactions that have been authorized but not yet posted are included. See help with this page for more details.

Customer Agreement    Privacy    Security    Legal
© 2010 Wells Fargo. All rights reserved.

Primary Account: 2512729218
Page 1 of 5
Enclosures 0                                                    31
May 01, 2010 to May 28, 2010

 **Compass**

066      SPRINGFIELD BRANDS LLC
         221 N HOGAN ST # 304
         JACKSONVILLE FL  32202-4201

*BusinessClass Preferred*

Your business is important to us.  So let us know if you ever have a question or if we can assist you in
any way.  We're always happy to hear from you and we're ready to help.

If you have questions about your statement, call Customer Service at 1-800-852-0803.

## Business Checking
## 2512729218

SPRINGFIELD BRANDS LLC

### Deposit Account Recap

| | | | |
|---|---|---|---:|
| Beginning Balance as of May 1, 2010 | | | 3,781.05 |
| 8 Deposits | (Plus) | | 16,040.88 |
| 79 Withdrawals | (Minus) | | 18,820.49 |
| Ending Balance as of May 28, 2010 | | | 1,001.44 |

### Account Checks by Serial Number

| Serial | Date | Amount | Serial | | Date | Amount |
|---|---|---:|---|---|---|---:|
| 1171 | May 04 | 125.00 | 5163 | * | May 04 | 99.84 |
| 1172 | May 04 | 500.00 | 5169 | * | May 07 | 150.00 |
| 1173 | May 05 | 555.00 | 5175 | * | May 04 | 50.00 |
| 1174 | May 06 | 250.00 | 5177 | * | May 04 | 630.21 |
| 1175 | May 06 | 100.00 | 5178 | | May 10 | 50.00 |
| 1176 | May 17 | 417.50 | 5179 | | May 07 | 200.00 |
| 1177 | May 18 | 500.00 | 5180 | | May 17 | 50.00 |
| 1178 | May 27 | 150.00 | 5181 | | May 10 | 200.00 |
| 1179 | May 25 | 45.00 | 5184 | * | May 24 | 50.00 |
| 1180 | May 25 | 345.00 | 5185 | | May 21 | 200.00 |
| 1181 | May 26 | 300.00 | | | | |

* Indicates break in check sequence

### Deposits and Other Credits

| Date | Serial # | Amount | Description |
|---|---|---:|---|
| May 03 | | 3,570.00 | DEPOSIT |
| May 07 | | 1,000.00 | DEPOSIT |
| May 10 | | 479.57 | CREDIT FOR CHECKCARD 9651858853 05/08/10 |
| | | | LOWES #00503* JACKSONVILLE FL |
| May 10 | | 4,685.00 | DEPOSIT |
| May 17 | | 2,092.50 | DEPOSIT |
| May 20 | | 3,850.00 | DEPOSIT |
| May 25 | | 233.81 | CREDIT FOR CHECKCARD 9651858853 05/24/10 |
| | | | LOWES #00503* JACKSONVILLE FL |
| May 26 | | 130.00 | DEPOSIT |

Primary Account: 2512729218
Page 2 of 5
Enclosures  0
May 01, 2010 to May 28, 2010

 **BBVA Compass**

31

SPRINGFIELD  BRANDS  LLC

## Withdrawals and Other Debits

| Date | Amount | Description |
|---|---|---|
| May 03 | 83.89 | PURCHASE FROM DDA - THE HOME DEPOT / INTLK 00000013 05/01/10 CARD 9651858853 POS -AT THE HOME DEPOT #63 JACKSONVIL FL |
| May 03 | 47.00 | DEBIT/ FOR CHECKCARD 9651858853 04/29/10 SOCIAL MEDIA SYSTEMS 866-5704443 IL |
| May 03 | 45.34 | PURCHASE FROM DDA - WAL-MART #3309 / INTLK 24330901 05/02/10 CARD 9651858853 POS -AT WAL-MART #3309 JACKSONVIL FL |
| May 03 | 3,502.61 | PURCHASE FROM DDA - LOWE'S #503 / INTLK 001 05/03/10 CARD 9651858853 POS -AT LOWE'S #503 JACKSONVIL FL |
| May 03 | 25.67 | PURCHASE FROM DDA - OFFICE MAX 132 / INTLK IN3040 05/03/10 CARD 9651858853 POS -AT OFFICE MAX 13275 C JACKSONVIL FL |
| May 03 | 6.48 | PURCHASE FROM DDA - USPS 114407020 / INTLK 33001297 05/03/10 CARD 9651858853 POS -AT USPS 1144070203/11 JACKSONVIL FL |
| May 04 | 52.95 | DEBIT/ FOR CHECKCARD 9651858853 05/03/10 LD-4INKJETS 562-986-6940 CA |
| May 05 | 230.00 | DEBIT/ FOR CHECKCARD 9651858853 05/04/10 AMASONS ROLL OFFS ORANGE PARK FL |
| May 05 | 42.63 | DEBIT/ FOR CHECKCARD 9651858853 05/04/10 MURPHY7336ATWALMART JACKSONVILLE FL |
| May 05 | 10.00 | DEBIT/ FOR CHECKCARD 9651858853 05/04/10 THREELAYERS A COFFEE HO JACKSONVILLE FL |
| May 05 | 300.00 | DEBIT FOR NELNET ONLINE PMT CO REF- CKF956943680POS |
| May 05 | 87.70 | DEBIT FOR VERIZON ONLINE PMT CO REF- CKF956943680POS |
| May 06 | 5.00 | DEBIT/ FOR CHECKCARD 9651858853 05/05/10 ONLETTERHEAD 419-724-0228 OH |
| May 07 | 230.00 | DEBIT/ FOR CHECKCARD 9651858853 05/06/10 AMASONS ROLL OFFS ORANGE PARK FL |
| May 10 | 264.60 | DEBIT/ FOR CHECKCARD 9651858853 05/07/10 AMASONS ROLL OFFS 904-276-4829 FL |
| May 10 | 13.21 | PURCHASE FROM DDA - THE HOME DEPOT / INTLK 00000010 05/10/10 CARD 9651858853 POS -AT THE HOME DEPOT 272 JACKSONVIL FL |
| May 10 | 6.29 | PURCHASE FROM DDA - PASCOS COMMERC / INTLK 19267801 05/10/10 CARD 9651858853 POS -AT PASCOS COMMERCIAL JACKSONVIL FL |
| May 11 | 762.70 | DEBIT/ FOR CHECKCARD 9651858853 05/10/10 AMASONS ROLL OFFS 904-276-4829 FL |
| May 11 | 230.00 | DEBIT/ FOR CHECKCARD 9651858853 05/10/10 AMASONS ROLL OFFS ORANGE PARK FL |
| May 11 | 129.85 | DEBIT FOR USAA LIFE INS ONLINE PMT CO REF- CKF956943680POS |
| May 12 | 590.00 | DEBIT/ FOR CHECKCARD 9651858853 05/11/10 RIVERS PEST CONTROL SER 904-737-1911 FL |
| May 12 | 576.45 | DEBIT/ FOR CHECKCARD 9651858853 05/11/10 AMASONS ROLL OFFS 904-276-4829 FL |
| May 14 | 374.45 | DEBIT/ FOR CHECKCARD 9651858853 05/13/10 AMASONS ROLL OFFS 904-276-4829 FL |
| May 14 | 230.00 | DEBIT/ FOR CHECKCARD 9651858853 05/13/10 AMASONS ROLL OFFS ORANGE PARK FL |
| May 17 | 578.55 | DEBIT/ FOR CHECKCARD 9651858853 05/16/10 AMASONS ROLL OFFS 904-276-4829 FL |

Primary Account: 2512729218
Page 3 of 5
Enclosures  0                                                31
May 01, 2010 to May 28, 2010

 **Compass**

SPRINGFIELD  BRANDS  LLC

## Withdrawals and Other Debits (cont'd)

| Date | Amount | Description |
|------|--------|-------------|
| May 17 | 230.00 | DEBIT/ FOR CHECKCARD 9651858853 05/14/10 AMASONS ROLL OFFS 904-276-4829 FL |
| May 17 | 183.92 | PURCHASE FROM DDA - WAL-MART #3309 / INTLK 24330901 05/16/10 CARD 9651858853 POS -AT WAL-MART #3309 JACKSONVIL FL |
| May 17 | 47.87 | DEBIT/ FOR CHECKCARD 9651858853 05/14/10 BACKLOT EXPRESS LAKE BUENA VIFL |
| May 17 | 43.44 | DEBIT/ FOR CHECKCARD 9651858853 05/16/10 MURPHY7336ATWALMRT JACKSONVILLE FL |
| May 17 | 23.20 | PURCHASE FROM DDA - TROUT RIVER FI / INTLK 39480002 05/15/10 CARD 9651858853 POS -AT TROUT RIVER FISH C JACKSONVIL FL |
| May 17 | 23.00 | APR OUTGOING WIRE TRANSFER |
| May 17 | 125.54 | PURCHASE FROM DDA - LOWE'S #503 / INTLK 001 05/17/10 CARD 9651858853 POS -AT LOWE'S #503 JACKSONVIL FL |
| May 18 | 810.92 | PURCHASE FROM DDA - LOWE'S #2472 / INTLK 001 05/18/10 CARD 9651858853 POS -AT LOWE'S #2472 JACKSONVIL FL |
| May 18 | 83.72 | PURCHASE FROM DDA - LOWE'S #503 / INTLK 001 05/18/10 CARD 9651858853 POS -AT LOWE'S #503 JACKSONVIL FL |
| May 19 | 200.00 | DEBIT FOR JEA ONLINE PMT CO REF- CKF956943680POS |
| May 19 | 177.21 | DEBIT FOR COMCAST ONLINE PMT CO REF- CKF956943680POS |
| May 19 | 100.00 | DEBIT FOR JEA ONLINE PMT CO REF- CKF956943680POS |
| May 19 | 64.92 | DEBIT FOR USAA LIFE INS ONLINE PMT CO REF- CKF956943680POS |
| May 19 | 9.18 | PURCHASE FROM DDA - PASCOS COMMERC / INTLK 19267801 05/19/10 CARD 9651858853 POS -AT PASCOS COMMERCIAL JACKSONVIL FL |
| May 21 | 73.46 | PURCHASE FROM DDA - LOWE'S #1842 / INTLK 001 05/21/10 CARD 9651858853 POS -AT LOWE'S #1842 JACKSONVIL FL |
| May 24 | 1,891.90 | DEBIT/ FOR CHECKCARD 9651858853 05/21/10 AMASONS ROLL OFFS 904-276-4829 FL |
| May 24 | 176.55 | DEBIT/ FOR CHECKCARD 9651858853 05/21/10 AA AUTO REPAIR OF SPRIN JACKSONVILE FL |
| May 24 | 54.70 | PURCHASE FROM DDA - PUBLIX SUPER M / INTLK IN3900 05/23/10 CARD 9651858853 POS -AT PUBLIX SUPER MAR 4 JACKSONVIL FL |
| May 24 | 46.26 | PURCHASE FROM DDA - GATE 1143 / INTLK 501 05/22/10 CARD 9651858853 POS -AT GATE 1143 JACKSONVIL FL |
| May 24 | 30.10 | DEBIT/ FOR CHECKCARD 9651858853 05/22/10 SONNY'S REAL PIT BAR B KINGSLAND GA |
| May 24 | 19.71 | PURCHASE FROM DDA - LOWE'S #503 / INTLK 001 05/22/10 CARD 9651858853 POS -AT LOWE'S #503 JACKSONVIL FL |
| May 24 | 5.88 | DEBIT/ FOR CHECKCARD 9651858853 05/22/10 PAYPAL *EINSTEINENT 402-935-7733 CA |
| May 24 | 166.66 | PURCHASE FROM DDA - LOWE'S #503 / INTLK 001 05/24/10 CARD 9651858853 POS -AT LOWE'S #503 JACKSONVIL FL |
| May 24 | 141.61 | PURCHASE FROM DDA - WAL-MART #1173 / INTLK 24117301 05/24/10 CARD 9651858853 POS -AT WAL-MART #1173 JACKSONVIL FL |

Primary Account: 2512729218
Page 4 of 5
Enclosures 0                                                    31
May 01, 2010 to May 28, 2010

 **Compass**

SPRINGFIELD  BRANDS  LLC

## Withdrawals and Other Debits (cont'd)

| Date | Amount | Description |
|------|--------|-------------|
| May 24 | 9.89 | PURCHASE FROM DDA - LOWE'S #503 / INTLK 001 05/24/10 CARD 9651858853 POS -AT LOWE'S #503 JACKSONVIL FL |
| May 24 | 6.15 | PURCHASE FROM DDA - PASCOS COMMERC / INTLK 19267801 05/24/10 CARD 9651858853 POS -AT PASCOS COMMERCIAL JACKSONVIL FL |
| May 25 | 15.05 | PURCHASE FROM DDA - SHELL Service / INTLK 40202001 05/25/10 CARD 9651858853 POS -AT SHELL Service Stat JACKSONVIL FL |
| May 26 | 410.20 | DEBIT/ FOR CHECKCARD 9651858853 05/25/10 AMASONS ROLL OFFS 904-276-4829 FL |
| May 27 | 99.40 | PURCHASE FROM DDA - LOWE'S #503 / INTLK 001 05/27/10 CARD 9651858853 POS -AT LOWE'S #503 JACKSONVIL FL |
| May 27 | 9.37 | PURCHASE FROM DDA - PASCOS COMMERC / INTLK 19267801 05/27/10 CARD 9651858853 POS -AT PASCOS COMMERCIAL JACKSONVIL FL |
| May 28 | 22.00 | DEBIT/ FOR CHECKCARD 9651858853 05/27/10 THE FIRST TEE JACKSONVILLE FL |
| May 28 | 84.18 | PURCHASE FROM DDA - LOWE'S #503 / INTLK 001 05/28/10 CARD 9651858853 POS -AT LOWE'S #503 JACKSONVIL FL |
| May 28 | 41.58 | PURCHASE FROM DDA - MURPHY7129ATWA / INTLK LK622226 05/28/10 CARD 9651858853 POS -AT MURPHY7129ATWALMRT JACKSONVIL FL |

## Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| Apr 30 | 3,781.05 | May 11 | 4,529.65 | May 21 | 4,758.82 |
| May 03 | 3,640.06 | May 12 | 3,363.20 | May 24 | 2,159.41 |
| May 04 | 2,182.06 | May 14 | 2,758.75 | May 25 | 1,988.17 |
| May 05 | 956.73 | May 17 | 3,128.23 | May 26 | 1,407.97 |
| May 06 | 601.73 | May 18 | 1,733.59 | May 27 | 1,149.20 |
| May 07 | 1,021.73 | May 19 | 1,182.28 | May 28 | 1,001.44 |
| May 10 | 5,652.20 | May 20 | 5,032.28 | | |

## How To Balance Your Account

**Step 1** ☐ Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.

☐ Record all automated deductions, debit card transactions and electronic bill payments in your register.

☐ Record and deduct service charges, check printing charges, or other bank fees in your register.

☐ If you have an interest bearing account, add any interest earned shown on this statement to your register.

**Step 2** If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.

**Step 3** List any deposits or credits you have made that do not appear on this statement (see space provided below).

**Step 4** List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date | Amount | |
|------|--------|--|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Step 3 Total** | | |

| Date | Check # | Amount | |
|------|---------|--------|--|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | **Step 4 Total** | | |

## Balancing Your Register to This Statement

**Step 5** Enter the ' current balance' shown on this statement.          $ _____ |

Add total from Step 3          + _____ |

Subtotal          $ _____ |

Subtract total from step 4          - _____ |

This balance should equal your register balance. If it does not agree, see steps below.          $ _____ |

If your account does not balance, review the following:

☐ Check all your addition and subtraction above and in your register.

☐ Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register.

## Change of Address

If you need to change your address on any of your Compass accounts by phone, please call your local CompassLine number listed on the front of this statement to speak with a Customer Service Representative. You may visit any of our convenient Compass Bank locations, or write to Compass Bank Customer Service, P.O. Box 10566, Birmingham, AL 35296.

## Electronic Transfers (For Consumer Accounts **Only***)

In case of errors or questions about your Electronic Transfers, write to Compass Bank, Operations Compliance Support, P. O. Box 10566, Birmingham, AL 35296. Or simply call your local customer service number printed on the front of this statement. Call or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

* For Non-Consumer Account customers, please refer to your current Non-Consumer Account Agreement for details regarding Electronic Fund Transfers.

## Overdraft Protection

We calculate the finance charge on your overdraft protection loan account by applying the periodic rate times the number of days in the billing cycle to the "average daily balance" of your account. To get the "average daily balance" we take the beginning balance of your account less any unpaid finance charges each day, add any new advances or debits, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle and divide by the number of days in the billing cycle. This gives us the "average daily balance". Payments to your overdraft protection loan account made through our tellers or <u>deposited</u> at our automated teller machines (ATMs) Monday through Friday before the posted cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be posted on the next business day. Payments made through our ATMs via a funds <u>transfer</u> will be posted on the date they are received or on the next business day if made after 6pm CT (6pm MT for Arizona accounts) Monday through Friday or at anytime on Saturday, Sunday or bank holidays. Compass Bank business days are Monday through Friday, excluding holidays.

**In Case of Errors or Questions About Your Statement (Overdraft Protection Only)**

If you think your statement is wrong, or if you need more information about a transaction on your statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box 2210, Decatur, AL 35699-0001. Telephone inquiries may be made by calling your local CompassLine number listed on the front of this statement to speak with a Customer Service Representative. Please note: a telephone inquiry will not preserve your rights under federal law. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.

In your letter, give us the following information:
1. Your name and account number (if any).
2. The dollar amount of the suspected error.
3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You can stop the automatic deduction of the Minimum Payment from your checking account if you think your statement is wrong. To stop the payment, your letter must reach us three (3) business days before the automatic deduction is scheduled to occur.

☐ Amounts of deposits and withdrawls on this statement should match your register entries.

☐ If you have questions or need assistance, please refer to the phone number on the front of this statement.

Primary Account: 2512729218
Page 1 of 5
Enclosures 0
May 01, 2010 to May 28, 2010

 **Compass**

31

066    SPRINGFIELD BRANDS LLC
       221 N HOGAN ST # 304
       JACKSONVILLE FL   32202-4201

*BusinessClass Preferred*

Your business is important to us.  So let us know if you ever have a question or if we can assist you in
any way.  We're always happy to hear from you and we're ready to help.

If you have questions about your statement, call Customer Service at 1-800-852-0803.

## Business Checking
## 2512729218

### SPRINGFIELD BRANDS LLC

### Deposit Account Recap

| | | |
|---|---|---|
| Beginning Balance as of May 1, 2010 | | 3,781.05 |
| 8  Deposits | (Plus) | 16,040.88 |
| 79 Withdrawals | (Minus) | 18,820.49 |
| Ending Balance as of May 28, 2010 | | 1,001.44 |

### Account Checks by Serial Number

| Serial | Date | Amount | Serial | | Date | Amount |
|---|---|---|---|---|---|---|
| 1171 | May 04 | 125.00 | 5163 | * | May 04 | 99.84 |
| 1172 | May 04 | 500.00 | 5169 | * | May 07 | 150.00 |
| 1173 | May 05 | 555.00 | 5175 | * | May 04 | 50.00 |
| 1174 | May 06 | 250.00 | 5177 | * | May 04 | 630.21 |
| 1175 | May 06 | 100.00 | 5178 | | May 10 | 50.00 |
| 1176 | May 17 | 417.50 | 5179 | | May 07 | 200.00 |
| 1177 | May 18 | 500.00 | 5180 | | May 17 | 50.00 |
| 1178 | May 27 | 150.00 | 5181 | | May 10 | 200.00 |
| 1179 | May 25 | 45.00 | 5184 | * | May 24 | 50.00 |
| 1180 | May 25 | 345.00 | 5185 | | May 21 | 200.00 |
| 1181 | May 26 | 300.00 | | | | |

                    * Indicates break in check sequence

### Deposits and Other Credits

| Date | Serial # | Amount | Description |
|---|---|---|---|
| May 03 | | 3,570.00 | DEPOSIT |
| May 07 | | 1,000.00 | DEPOSIT |
| May 10 | | 479.57 | CREDIT FOR CHECKCARD 9651858853 05/08/10 LOWES #00503* JACKSONVILLE FL |
| May 10 | | 4,685.00 | DEPOSIT |
| May 17 | | 2,092.50 | DEPOSIT |
| May 20 | | 3,850.00 | DEPOSIT |
| May 25 | | 233.81 | CREDIT FOR CHECKCARD 9651858853 05/24/10 LOWES #00503* JACKSONVILLE FL |
| May 26 | | 130.00 | DEPOSIT |

Primary Account: 2512729218
Page 2 of 5
Enclosures 0
May 01, 2010 to May 28, 2010



31

SPRINGFIELD  BRANDS  LLC

## Withdrawals and Other Debits

| Date | Amount | Description |
|---|---|---|
| May 03 | 83.89 | PURCHASE FROM DDA - THE HOME DEPOT /<br>INTLK 00000013 05/01/10 CARD 9651858853<br>POS -AT THE HOME DEPOT #63 JACKSONVIL FL |
| May 03 | 47.00 | DEBIT/ FOR CHECKCARD 9651858853 04/29/10<br>SOCIAL MEDIA SYSTEMS 866-5704443 IL |
| May 03 | 45.34 | PURCHASE FROM DDA - WAL-MART #3309 /<br>INTLK 24330901 05/02/10 CARD 9651858853<br>POS -AT WAL-MART #3309 JACKSONVIL FL |
| May 03 | 3,502.61 | PURCHASE FROM DDA - LOWE'S #503 /<br>INTLK 001 05/03/10 CARD 9651858853<br>POS -AT LOWE'S #503 JACKSONVIL FL |
| May 03 | 25.67 | PURCHASE FROM DDA - OFFICE MAX 132 /<br>INTLK IN3040 05/03/10 CARD 9651858853<br>POS -AT OFFICE MAX 13275 C JACKSONVIL FL |
| May 03 | 6.48 | PURCHASE FROM DDA - USPS 114407020 /<br>INTLK 33001297 05/03/10 CARD 9651858853<br>POS -AT USPS 1144070203/11 JACKSONVIL FL |
| May 04 | 52.95 | DEBIT/ FOR CHECKCARD 9651858853 05/03/10<br>LD-4INKJETS 562-986-6940 CA |
| May 05 | 230.00 | DEBIT/ FOR CHECKCARD 9651858853 05/04/10<br>AMASONS ROLL OFFS ORANGE PARK FL |
| May 05 | 42.63 | DEBIT/ FOR CHECKCARD 9651858853 05/04/10<br>MURPHY7336ATWALMRT JACKSONVILLE FL |
| May 05 | 10.00 | DEBIT/ FOR CHECKCARD 9651858853 05/04/10<br>THREELAYERS A COFFEE HO JACKSONVILLE FL |
| May 05 | 300.00 | DEBIT FOR NELNET ONLINE PMT CO REF- CKF956943680POS |
| May 05 | 87.70 | DEBIT FOR VERIZON ONLINE PMT CO REF- CKF956943680POS |
| May 06 | 5.00 | DEBIT/ FOR CHECKCARD 9651858853 05/05/10<br>ONLETTERHEAD 419-724-0228 OH |
| May 07 | 230.00 | DEBIT/ FOR CHECKCARD 9651858853 05/06/10<br>AMASONS ROLL OFFS ORANGE PARK FL |
| May 10 | 264.60 | DEBIT/ FOR CHECKCARD 9651858853 05/07/10<br>AMASONS ROLL OFFS 904-276-4829 FL |
| May 10 | 13.21 | PURCHASE FROM DDA - THE HOME DEPOT /<br>INTLK 00000010 05/10/10 CARD 9651858853<br>POS -AT THE HOME DEPOT 272 JACKSONVIL FL |
| May 10 | 6.29 | PURCHASE FROM DDA - PASCOS COMMERC /<br>INTLK 19267801 05/10/10 CARD 9651858853<br>POS -AT PASCOS COMMERCIAL JACKSONVIL FL |
| May 11 | 762.70 | DEBIT/ FOR CHECKCARD 9651858853 05/10/10<br>AMASONS ROLL OFFS 904-276-4829 FL |
| May 11 | 230.00 | DEBIT/ FOR CHECKCARD 9651858853 05/10/10<br>AMASONS ROLL OFFS ORANGE PARK FL |
| May 11 | 129.85 | DEBIT FOR USAA LIFE INS ONLINE PMT<br>CO REF- CKF956943680POS |
| May 12 | 590.00 | DEBIT/ FOR CHECKCARD 9651858853 05/11/10<br>RIVERS PEST CONTROL SER 904-737-1911 FL |
| May 12 | 576.45 | DEBIT/ FOR CHECKCARD 9651858853 05/11/10<br>AMASONS ROLL OFFS 904-276-4829 FL |
| May 14 | 374.45 | DEBIT/ FOR CHECKCARD 9651858853 05/13/10<br>AMASONS ROLL OFFS 904-276-4829 FL |
| May 14 | 230.00 | DEBIT/ FOR CHECKCARD 9651858853 05/13/10<br>AMASONS ROLL OFFS ORANGE PARK FL |
| May 17 | 578.55 | DEBIT/ FOR CHECKCARD 9651858853 05/16/10<br>AMASONS ROLL OFFS 904-276-4829 FL |

Primary Account: 2512729218
Page 3 of 5
Enclosures  0                                                            31
May 01, 2010 to May 28, 2010

 **BBVA** Compass

SPRINGFIELD  BRANDS  LLC

## Withdrawals and Other Debits (cont'd)

| Date | Amount | Description |
|---|---|---|
| May 17 | 230.00 | DEBIT/ FOR CHECKCARD 9651858853 05/14/10 AMASONS ROLL OFFS 904-276-4829 FL |
| May 17 | 183.92 | PURCHASE FROM DDA - WAL-MART #3309 / INTLK 24330901 05/16/10 CARD 9651858853 POS -AT WAL-MART #3309 JACKSONVIL FL |
| May 17 | 47.87 | DEBIT/ FOR CHECKCARD 9651858853 05/14/10 BACKLOT EXPRESS LAKE BUENA VIFL |
| May 17 | 43.44 | DEBIT/ FOR CHECKCARD 9651858853 05/16/10 MURPHY7336ATWALMRT JACKSONVILLE FL |
| May 17 | 23.20 | PURCHASE FROM DDA - TROUT RIVER FI / INTLK 39480002 05/15/10 CARD 9651858853 POS -AT TROUT RIVER FISH C JACKSONVIL FL |
| May 17 | 23.00 | APR OUTGOING WIRE TRANSFER |
| May 17 | 125.54 | PURCHASE FROM DDA - LOWE'S #503 / INTLK 001 05/17/10 CARD 9651858853 POS -AT LOWE'S #503 JACKSONVIL FL |
| May 18 | 810.92 | PURCHASE FROM DDA - LOWE'S #2472 / INTLK 001 05/18/10 CARD 9651858853 POS -AT LOWE'S #2472 JACKSONVIL FL |
| May 18 | 83.72 | PURCHASE FROM DDA - LOWE'S #503 / INTLK 001 05/18/10 CARD 9651858853 POS -AT LOWE'S #503 JACKSONVIL FL |
| May 19 | 200.00 | DEBIT FOR JEA ONLINE PMT CO REF- CKF956943680POS |
| May 19 | 177.21 | DEBIT FOR COMCAST ONLINE PMT CO REF- CKF956943680POS |
| May 19 | 100.00 | DEBIT FOR JEA ONLINE PMT CO REF- CKF956943680POS |
| May 19 | 64.92 | DEBIT FOR USAA LIFE INS ONLINE PMT CO REF- CKF956943680POS |
| May 19 | 9.18 | PURCHASE FROM DDA - PASCOS COMMERC / INTLK 19267801 05/19/10 CARD 9651858853 POS -AT PASCOS COMMERCIAL JACKSONVIL FL |
| May 21 | 73.46 | PURCHASE FROM DDA - LOWE'S #1842 / INTLK 001 05/21/10 CARD 9651858853 POS -AT LOWE'S #1842 JACKSONVIL FL |
| May 24 | 1,891.90 | DEBIT/ FOR CHECKCARD 9651858853 05/21/10 AMASONS ROLL OFFS 904-276-4829 FL |
| May 24 | 176.55 | DEBIT/ FOR CHECKCARD 9651858853 05/21/10 AA AUTO REPAIR OF SPRIN JACKSONVILLE FL |
| May 24 | 54.70 | PURCHASE FROM DDA - PUBLIX SUPER M / INTLK IN3900 05/23/10 CARD 9651858853 POS -AT PUBLIX SUPER MAR 4 JACKSONVIL FL |
| May 24 | 46.26 | PURCHASE FROM DDA - GATE 1143 / INTLK 501 05/22/10 CARD 9651858853 POS -AT GATE 1143 JACKSONVIL FL |
| May 24 | 30.10 | DEBIT/ FOR CHECKCARD 9651858853 05/22/10 SONNY'S REAL PIT BAR B KINGSLAND GA |
| May 24 | 19.71 | PURCHASE FROM DDA - LOWE'S #503 / INTLK 001 05/22/10 CARD 9651858853 POS -AT LOWE'S #503 JACKSONVIL FL |
| May 24 | 5.88 | DEBIT/ FOR CHECKCARD 9651858853 05/22/10 PAYPAL *EINSTEINENT 402-935-7733 CA |
| May 24 | 166.66 | PURCHASE FROM DDA - LOWE'S #503 / INTLK 001 05/24/10 CARD 9651858853 POS -AT LOWE'S #503 JACKSONVIL FL |
| May 24 | 141.61 | PURCHASE FROM DDA - WAL-MART #1173 / INTLK 24117301 05/24/10 CARD 9651858853 POS -AT WAL-MART #1173 JACKSONVIL FL |

Primary Account: 2512729218
Page 4 of 5
Enclosures  0                                                        31
May 01, 2010 to May 28, 2010



SPRINGFIELD  BRANDS  LLC

## Withdrawals and Other Debits (cont'd)

| Date | Amount | Description |
|------|--------|-------------|
| May 24 | 9.89 | PURCHASE FROM DDA - LOWE'S #503 / INTLK 001 05/24/10 CARD 9651858853 POS -AT LOWE'S #503 JACKSONVIL FL |
| May 24 | 6.15 | PURCHASE FROM DDA - PASCOS COMMERC / INTLK 19267801 05/24/10 CARD 9651858853 POS -AT PASCOS COMMERCIAL JACKSONVIL FL |
| May 25 | 15.05 | PURCHASE FROM DDA - SHELL Service / INTLK 40202001 05/25/10 CARD 9651858853 POS -AT SHELL Service Stat JACKSONVIL FL |
| May 26 | 410.20 | DEBIT/ FOR CHECKCARD 9651858853 05/25/10 AMASONS ROLL OFFS 904-276-4829 FL |
| May 27 | 99.40 | PURCHASE FROM DDA - LOWE'S #503 / INTLK 001 05/27/10 CARD 9651858853 POS -AT LOWE'S #503 JACKSONVIL FL |
| May 27 | 9.37 | PURCHASE FROM DDA - PASCOS COMMERC / INTLK 19267801 05/27/10 CARD 9651858853 POS -AT PASCOS COMMERCIAL JACKSONVIL FL |
| May 28 | 22.00 | DEBIT/ FOR CHECKCARD 9651858853 05/27/10 THE FIRST TEE JACKSONVILLE FL |
| May 28 | 84.18 | PURCHASE FROM DDA - LOWE'S #503 / INTLK 001 05/28/10 CARD 9651858853 POS -AT LOWE'S #503 JACKSONVIL FL |
| May 28 | 41.58 | PURCHASE FROM DDA - MURPHY7129ATWA / INTLK LK622226 05/28/10 CARD 9651858853 POS -AT MURPHY7129ATWALMRT JACKSONVIL FL |

## Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| Apr 30 | 3,781.05 | May 11 | 4,529.65 | May 21 | 4,758.82 |
| May 03 | 3,640.06 | May 12 | 3,363.20 | May 24 | 2,159.41 |
| May 04 | 2,182.06 | May 14 | 2,758.75 | May 25 | 1,988.17 |
| May 05 | 956.73 | May 17 | 3,128.23 | May 26 | 1,407.97 |
| May 06 | 601.73 | May 18 | 1,733.59 | May 27 | 1,149.20 |
| May 07 | 1,021.73 | May 19 | 1,182.28 | May 28 | 1,001.44 |
| May 10 | 5,652.20 | May 20 | 5,032.28 | | |

## How To Balance Your Account

**Step 1** ☐ Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.

☐ Record all automated deductions, debit card transactions and electronic bill payments in your register.

☐ Record and deduct service charges, check printing charges, or other bank fees in your register.

☐ If you have an interest bearing account, add any interest earned shown on this statement to your register.

**Step 2** If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.

**Step 3** List any deposits or credits you have made that do not appear on this statement (see space provided below).

**Step 4** List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date | Amount |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| **Step 3 Total** |        |

| Date | Check # | Amount |
|------|---------|--------|
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
| | **Step 4 Total** |        |

## Balancing Your Register to This Statement

**Step 5** Enter the ' current balance' shown on this statement.    $

Add total from Step 3    +

Subtotal    $

Subtract total from step 4    -

This balance should equal your register balance. If it does not agree, see steps below.    $

If your account does not balance, review the following:

☐ Check all your addition and subtraction above and in your register.

☐ Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register.

## Change of Address

If you need to change your address on any of your Compass accounts by phone, please call your local CompassLine number listed on the front of this statement to speak with a Customer Service Representative. You may visit any of our convenient Compass Bank locations, or write to Compass Bank Customer Service, P.O. Box 10566, Birmingham, AL 35296.

## Electronic Transfers (For Consumer Accounts **Only\***)

In case of errors or questions about your Electronic Transfers, write to Compass Bank, Operations Compliance Support, P. O. Box 10566, Birmingham, AL 35296. Or simply call your local customer service number printed on the front of this statement. Call or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1.  Tell us your name and account number (if any).
2.  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3.  Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

* For Non-Consumer Account customers, please refer to your current Non-Consumer Account Agreement for details regarding Electronic Fund Transfers.

## Overdraft Protection

We calculate the finance charge on your overdraft protection loan account by applying the periodic rate times the number of days in the billing cycle to the "average daily balance" of your account. To get the "average daily balance" we take the beginning balance of your account less any unpaid finance charges each day, add any new advances or debits, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle and divide by the number of days in the billing cycle. This gives us the "average daily balance". Payments to your overdraft protection loan account made through our tellers or <u>deposited</u> at our automated teller machines (ATMs) Monday through Friday before the posted cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be posted on the next business day. Payments made through our ATMs via a funds <u>transfer</u> will be posted on the date they are received or on the next business day if made after 6pm CT (6pm MT for Arizona accounts) Monday through Friday or at anytime on Saturday, Sunday or bank holidays. Compass Bank business days are Monday through Friday, excluding holidays.

**In Case of Errors or Questions About Your Statement (Overdraft Protection Only)**
If you think your statement is wrong, or if you need more information about a transaction on your statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box 2210, Decatur, AL 35699-0001. Telephone inquiries may be made by calling your local CompassLine number listed on the front of this statement to speak with a Customer Service Representative. Please note: a telephone inquiry will not preserve your rights under federal law. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.

In your letter, give us the following information:
1. Your name and account number (if any).
2. The dollar amount of the suspected error.
3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You can stop the automatic deduction of the Minimum Payment from your checking account if you think your statement is wrong. To stop the payment, your letter must reach us three (3) business days before the automatic deduction is scheduled to occur.

☐ Amounts of deposits and withdrawls on this statement should match your register entries.

☐ If you have questions or need assistance, please refer to the phone number on the front of this statement.

# UNITED STATES BANKRUPTCY COURT
## _____ DISTRICT OF _____
### _____ DIVISION

| | | | |
|---|---|---|---|
| IN RE: | Dane Baird | } | CASE NUMBER:  3:10-bk-02954-PMG |
| | Sarah Baird | } | |
| | | } | |
| | | } | JUDGE  Glenn |
| | | } | |
| | DEBTOR. | } | CHAPTER 11 |

===============================================================

### DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)
### FOR THE PERIOD
**FROM**    April 8th    **TO**   April 30th      2010

Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated: _____

_____
Attorney for Debtor

Debtor's Address
and Phone Number:
221 N. Hogan St., #304
Jacksonville, FL 32202

_____

Tel. ___9045344516_____

Attorney's Address
and Phone Number:
_____
_____
_____
Bar No. _____
Tel. _____

Note:  The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee.
Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the followng resources on the United States Trustee Program website,
http://www.usdoj.gov/ust/r21/reg_info.htm
1)      Instructions for Preparation Debtor's Chapter 11 Monthly Operating Report
2)      Initial Filing Requirements
3)      Frequently Asked Questions (FAQs)