B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re    **Dane Edward Baird, Jr.,**
       **Sarah Dobson Baird**
                         Debtors

Case No.   **3:10-bk-02954**

Chapter           **11**

# SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 1,895,000.00 | | |
| B - Personal Property | Yes | 4 | 609,454.40 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 2,625,077.54 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | 147,842.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 14,992.83 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 17,432.65 |
| Total Number of Sheets of ALL Schedules | | 19 | | | |
| Total Assets | | | 2,504,454.40 | | |
| Total Liabilities | | | | 2,772,919.54 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re    **Dane Edward Baird, Jr.,**                      Case No.   __**3:10-bk-02954**__
       **Sarah Dobson Baird**

                                         Debtors          Chapter                 **11**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6B (Official Form 6B) (12/07)

In re    **Dane Edward Baird, Jr.,**                                  Case No.____**3:10-bk-02954**____
         **Sarah Dobson Baird**
                                    ,
                              Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Fidelity, General Investment Account, 3895 | J | 123.99 |
| | | ING Checking Account, No. xxxx0721 | W | 447.95 |
| | | ING Savings Account, No. xxxx0711 | W | 102.37 |
| | | Bank of America Checking Account, No. xxxx9740 | W | 448.40 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Refrigerator, washer dryer, microwave, cooking utensils living room furniture dining room furniture, television, DVD player, bedroom furniture, dresser, lamps, tools, children's bedroom furniture, toys | J | 1,722.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Clothing | J | 1,350.00 |
| 7. Furs and jewelry. | | Husband and Wife Wedding rings, 2 watches, wife's costume jewelry | J | 2,110.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Term Life Insurance on Life of Dane Baird | H | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >        6,304.71
(Total of this page)

__3__   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Dane Edward Baird, Jr.,**
         **Sarah Dobson Baird**

Case No. __3:10-bk-02954__

Debtors

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | | **Fidelity Education IRA, account no. xxxx1180** | H | 7,370.67 |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Fidelity Investments, Roth IRA, account no. xxxx6813** | H | 13,578.21 |
| | | **Fidelity Retirement Keogh, account no. xxxx1217** | H | 177,519.50 |
| | | **Fidelity Roth IRA for Sarah Baird, Account No. 0016** | W | 32,714.57 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Fidelity Investments, xxxx4290** | J | 175,616.74 |
| 14. Interests in partnerships or joint ventures. Itemize. | | **B&B Real Estate of Jacksonville LLC, 221 N. Hogan St., Ste. 304, Jacksonville, FL 32202 debtors are 100% owners, company is insolvent and has no operations** | J | 0.00 |
| | | **Springfield Brands, LLC, owned by Dane and Sarah Baird, assets include vacant lot ($10,000), Pearl Street property ($51,000) and Perry Street ($69,000)** | J | 130,000.00 |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Money loaned to Advisory Appraisals, Ian Bayne and Michael Horrigan** | H | 60,000.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total >    596,799.69
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Dane Edward Baird, Jr.,**                                              Case No.    **3:10-bk-02954**
         **Sarah Dobson Baird**
                                                                ,
                                    Debtors
## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2000 Lexus ES 300 Sedan, 125,112 miles, fair condition** | H | **2,800.00** |
| | | **2002 Honda Accord DX Sedan 4D** | W | **2,350.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Computer, printer, desk and chair** | J | **1,200.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

Sub-Total >    **6,350.00**
(Total of this page)

Sheet  **2**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Dane Edward Baird, Jr.,**                                    Case No.   **3:10-bk-02954**
      **Sarah Dobson Baird**

                                      Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 0.00 |
| (Total of this page) | |
| Total > | 609,454.40 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

In re   **Dane Edward Baird, Jr.,**                                    Case No.  __3:10-bk-02954__
        **Sarah Dobson Baird**

Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:     ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                     $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                       *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| 1520 Silver Street, Jacksonville, Florida 32206-homestead property | Fla. Const. art. X, § 4(a)(1); Fla. Stat. Ann. §§ 222.01, 222.02, 222.05 | 100% | 75,000.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Fidelity, General Investment Account, 3895 | 11 U.S.C. § 522(b)(3)(B) | 100% | 123.99 |
| ING Checking Account, No. xxxx0721 | Fla. Const. art. X, § 4(a)(2) | 447.95 | 447.95 |
| ING Savings Account, No. xxxx0711 | Fla. Const. art. X, § 4(a)(2) | 102.37 | 102.37 |
| Bank of America Checking Account, No. xxxx9740 | Fla. Stat. Ann. § 222.25(4) | 448.40 | 448.40 |
| **Household Goods and Furnishings** | | | |
| Refrigerator, washer dryer, microwave, cooking utensils living room furniture dining room furniture, television, DVD player, bedroom furniture, dresser, lamps, tools, children's bedroom furniture, toys | 11 U.S.C. § 522(b)(3)(B) Fla. Const. art. X, § 4(a)(2) | 1,722.00 0.00 | 1,722.00 |
| **Wearing Apparel** | | | |
| Clothing | 11 U.S.C. § 522(b)(3)(B) | 350.00 | 1,350.00 |
| **Interests in Insurance Policies** | | | |
| Term Life Insurance on Life of Dane Baird | Fla. Stat. Ann. § 222.14 | 0.00 | 0.00 |
| **Interests in an Education IRA or under a Qualified State Tuition Plan** | | | |
| Fidelity Education IRA, account no. xxxx1180 | Fla. Stat. Ann. § 222.22 | 7,370.67 | 7,370.67 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| Fidelity Investments, Roth IRA, account no. xxxx6813 | Fla. Stat. Ann. § 222.21(2) | 100% | 13,578.21 |
| Fidelity Retirement Keogh, account no. xxxx1217 | Fla. Stat. Ann. § 222.21(2) | 100% | 177,519.50 |
| Fidelity Roth IRA for Sarah Baird, Account No. 0016 | Fla. Stat. Ann. § 222.21(2) | 100% | 32,714.57 |
| **Stock and Interests in Businesses** | | | |
| Fidelity Investments, xxxx4290 | 11 U.S.C. § 522(b)(3)(B) | 100% | 175,616.74 |
| **Interests in Partnerships or Joint Ventures** | | | |
| Springfield Brands, LLC, owned by Dane and Sarah Baird, assets include vacant lot ($10,000), Pearl Street property ($51,000) and Perry Street ($69,000) | 11 U.S.C. § 522(b)(3)(B) | 100% | 130,000.00 |

__1__   continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/10) -- Cont.

In re   **Dane Edward Baird, Jr.,**
       **Sarah Dobson Baird**

Case No.   **3:10-bk-02954**

                                              Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Accounts Receivable** | | | |
| **Money loaned to Advisory Appraisals, Ian Bayne and Michael Horrigan** | **11 U.S.C. § 522(b)(3)(B)** | **100%** | **60,000.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2000 Lexus ES 300 Sedan, 125,112 miles, fair condition** | **Fla. Stat. Ann. § 222.25(1)** | **2,000.00** | **2,800.00** |
| **2002 Honda Accord DX Sedan 4D** | **Fla. Stat. Ann. § 222.25(1)** | **0.00** | **2,350.00** |
| **Office Equipment, Furnishings and Supplies** | | | |
| **Computer, printer, desk and chair** | **11 U.S.C. § 522(b)(3)(B)** | **1,200.00** | **1,200.00** |
| Total: | | **678,194.40** | **682,344.40** |

Sheet ___1___ of ___1___ continuation sheets attached to the Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6D (Official Form 6D) (12/07)

In re   **Dane Edward Baird, Jr.,**
      **Sarah Dobson Baird**
                                            Debtors

Case No.   **3:10-bk-02954**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. xxxx9642 <br><br> **BAC Home Loan Serv.** <br> **450 American St.** <br> **Simi Valley, CA 93065** | | | J | 11/07 <br><br> **First Mortgage** <br><br> **1435 Silver Street, Jacksonville, Florida 32206** <br><br> Value $      75,000.00 | | | | 272,749.00 | 197,749.00 |
| Account No. xxxx2999 <br><br> **Bank of America** <br> **4161 Piedmont Pkwy** <br> **Greensboro, NC 27410** | | H | | 11/07 <br><br> **Second Mortgage** <br><br> **53 Flint Street, Somerville, MA 02145** <br><br> Value $      275,000.00 | | | | 106,133.00 | 106,133.00 |
| Account No. 0299 <br><br> **Bank of America** <br> **4161 Piedmont Prkway** <br> **Greensboro, NC 27410** | | H | | 11/07 <br><br> **Second Mortgage** <br><br> **1435 Silver Street, Jacksonville, Florida 32206** <br><br> Value $      75,000.00 | | | | 87,615.00 | 87,615.00 |
| Account No. xxxx4661 <br><br> **Citibank NA** <br> **P.O. Box 769006** <br> **San Antonio, TX 78245** | | | J | 4/05 <br><br> **Second Mortgage** <br><br> **22 White Street Place, Unit 2, Somerville, MA 02144** <br><br> Value $      480,000.00 | | | | 113,984.00 | 113,984.00 |
| **2**   continuation sheets attached | | | | Subtotal <br> (Total of this page) | | | | 580,481.00 | 505,481.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re  **Dane Edward Baird, Jr.,**　　　　　　　　　　　　　　　Case No.　**3:10-bk-02954**
　　　 **Sarah Dobson Baird**
　　　　　　　　　　　　　　　　　　Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. **x1072** | | | | | 2010 Property Taxes | | | | | |
| **Duval Co. & Mike Hogan Tax** **231 E. Forsyth St.,#130** **Jacksonville, FL 32202** | | | | J | Statutory Lien 1435 Silver Street, Jacksonville, Florida 32206 | | | | | |
| | | | | | Value $　　　75,000.00 | | | | 3,666.99 | 3,666.99 |
| Account No. **xxx-x049 1** | | | | | 2010 Property Taxes | | | | | |
| **E. Craveiro, Tax Collector** **City of Somerville** **93 Highland Ave.** **Somerville, MA 02143** | | | | J | Statutory Lien 22 White Street Place, Unit 1, Somerville, MA 02144 | | | | | |
| | | | | | Value $　　　500,000.00 | | | | 1,985.21 | 1,985.21 |
| Account No. **xxx-xO49 2** | | | | | 2010 Property Taxes | | | | | |
| **E. Craveiro, Tax Collector** **City of Somerville** **93 Highland Ave.** **Somerville, MA 02143** | | | | J | Statutory Lien 22 White Street Place, Unit 2, Somerville, MA 02144 | | | | | |
| | | | | | Value $　　　480,000.00 | | | | 1,829.13 | 1,829.13 |
| Account No. **xxx-xO49 3** | | | | | 2010 Property Taxes | | | | | |
| **E. Craveiro, Tax Collector** **City of Somerville** **93 Highland Ave.** **Somerville, MA 02143** | | | | J | Statutory Lien 22 White Street Place, Unit 3, Somerville, MA 02144 | | | | | |
| | | | | | Value $　　　490,000.00 | | | | 1,966.63 | 0.00 |
| Account No. **xxx-C012** | | | | | 2010 Real Estate Taxes | | | | | |
| **E. Craveiro, Tax Collector** **City of Somerville** **93 Highland Ave.** **Somerville, MA 02143** | | | | J | Statutory Lien 53 Flint Street, Somerville, MA 02145 | | | | | |
| | | | | | Value $　　　275,000.00 | | | | 4,500.58 | 4,500.58 |

Sheet　**1**　of　**2**　continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)　　13,948.54　　11,981.91

B6D (Official Form 6D) (12/07) - Cont.

In re   **Dane Edward Baird, Jr.,**
        **Sarah Dobson Baird**

Case No.   **3:10-bk-02954**

_____ ,
                              Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **4274** | | | 6/03 | | | | | |
| **Middlesex Federal Savings** **1 College Avenue** **Somerville, MA 02144** | | J | First Mortgage<br><br>53 Flint Street, Somerville, MA 02145 | | | | | |
| | | | Value $      275,000.00 | | | | 445,547.00 | 170,547.00 |
| Account No. **5906** | | | 12/04 | | | | | |
| **OneWest Bank** **6900 Beatrice Dr.** **Kalamazoo, MI 49003** | | J | First Mortgage<br><br>22 White Street Place, Unit 1, Somerville, MA 02144 | | | | | |
| | | | Value $      500,000.00 | | | | 495,000.00 | 0.00 |
| Account No. **xxxx7895** | | | 10/05 | | | | | |
| **OneWest Bank** **6900 Beatrice Dr.** **Kalamazoo, MI 49003** | | W | First Mortgage<br><br>22 White Street Place, Unit 2, Somerville, MA 02144 | | | | | |
| | | | Value $      480,000.00 | | | | 483,430.00 | 3,430.00 |
| Account No. **xxxx5336** | | | 10/05 | | | | | |
| **OneWest Bank** **6900 Beatrice Dr.** **Kalamazoo, MI 49003** | | J | First Mortgage<br><br>22 White Street Place, Unit 3, Somerville, MA 02144 | | | | | |
| | | | Value $      490,000.00 | | | | 483,430.00 | 0.00 |
| Account No. **xxxx4440** | | | Second Mortgage<br><br>22 White Street Place, Unit 1, Somerville, MA 02144 | | | | | |
| **USAA Federal Savings** **10750 McDermont Hwy** **San Antonio, TX 78288** | | J | | | | | | |
| | | | Value $      500,000.00 | | | | 123,241.00 | 118,241.00 |

Sheet **2** of **2**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| 2,030,648.00 | 292,218.00 |
|---|---|

Total
(Report on Summary of Schedules)

| 2,625,077.54 | 809,680.91 |
|---|---|

B6F (Official Form 6F) (12/07)

In re    **Dane Edward Baird, Jr.,**                                    Case No.    **3:10-bk-02954**
         **Sarah Dobson Baird**
_____,
                              Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **BB & T** c/o John McCorvey 1912 Hamilton St., Ste. 204 Jacksonville, FL 32210 | X | | J | | Personal Guarantee on B&B Real Estate Loan | X | | X | 32,000.00 |
| Account No. xxxxxxxx4401 **Chase** P.O. Box 15298 Wilmington, DE 19850 | | H | | | Opened  2/01/01  Last Active 10/05/09 Credit Card | | | | 24,582.00 |
| Account No. xxxxxxxx4399 **Chase** Po Box 15298 Wilmington, DE 19850 | | | J | | Opened  2/01/04  Last Active  2/22/10 Credit Card | | | | 7,850.00 |
| Account No. 7831 **Chase Card Services** PO Box 15153 Wilmington, DE 19886 | | W | | | Credit Card | | | | 16,178.00 |

_____**2**_____  continuation sheets attached

Subtotal
(Total of this page)                                                                    80,610.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Dane Edward Baird, Jr.,**
         **Sarah Dobson Baird**

Case No.    **3:10-bk-02954**

Debtors

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Credit Card | | | | |
| **Chase Marriott Rewards Card**<br>**P.O. Box 15153**<br>**Wilmington, DE 19886** | | J | | | | | 68.00 |
| Account No. **xx4700** | | | 4/2010<br>22 White Street Place, Unit 1, Somerville, MA 02144-Water and Sewer services | | | | |
| **City of Cambridge**<br>**795 Massachusetts Ave.**<br>**Cambridge, MA 02139** | X | J | | | | | 6,352.99 |
| Account No. **xxxxx3001** | | | 2010<br>Water/Sewer bill | | | | |
| **City of Somerville**<br>**93 Highland Ave.**<br>**Somerville, MA 02143** | | J | | | | | 595.01 |
| Account No. 399 | | | Opened  2/01/02  Last Active 2/26/10<br>Educational | | | | |
| **Nelnet Lns**<br>**Attention: Claims**<br>**Po Box 17460**<br>**Denver, CO 80217** | | H | | | | | 13,909.00 |
| Account No. 299 | | | Opened  2/01/02  Last Active 2/26/10<br>Educational | | | | |
| **Nelnet Lns**<br>**Attention: Claims**<br>**Po Box 17460**<br>**Denver, CO 80217** | | H | | | | | 10,390.00 |

Sheet no.  **1**  of  **2**  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

31,315.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Dane Edward Baird, Jr.,**                                    Case No. ___**3:10-bk-02954**___
      **Sarah Dobson Baird**

                      Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Netnet<br>P.O. Box 2970<br>Omaha, NE 68103 | | J | 1997<br>Student Loan | | | | 25,000.00 |
| Account No. x9930<br><br>Psychiatric & Psych Care<br>4160 University Blvd. S.<br>Jacksonville, FL 32216 | | J | 2/15/10<br>Medical services | | | | 65.00 |
| Account No. xxxxx6991<br><br>US Dept. of Education<br>Attn: Borrowers Service Dept<br>Po Box 5609<br>Greenville, TX 75403 | | H | Opened  9/01/97  Last Active  2/01/02<br>Educational | | | | 131.00 |
| Account No. xxxxxxxx0718<br><br>USAA Federal Savings Bank<br>10750 Mcdermott Fwy<br>San Antonio, TX 78288 | | H | Opened  2/01/93  Last Active  9/21/09<br>Credit Card | | | | 10,721.00 |
| Account No.<br><br> | | | | | | | |

Sheet no. __2__ of __2__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal<br>(Total of this page) | 35,917.00 |
| Total<br>(Report on Summary of Schedules) | 147,842.00 |

B6H (Official Form 6H) (12/07)

In re  **Dane Edward Baird, Jr.,**                                          Case No. ___**3:10-bk-02954**_____
       **Sarah Dobson Baird**
_____,
                                    Debtors

# SCHEDULE H - CODEBTORS - AMENDED

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **B&B RE of Jacksonville LLC**<br>**221 N. Hogan St., #304**<br>**Jacksonville, FL 32202** | **BB & T**<br>**c/o John McCorvey**<br>**1912 Hamilton St., Ste. 204**<br>**Jacksonville, FL 32210** |
| **B&B Real Estate LLC**<br>**221 N. Hogan Street**<br>**Jacksonville, FL 32202** | **City of Cambridge**<br>**795 Massachusetts Ave.**<br>**Cambridge, MA 02139** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re **Dane Edward Baird, Jr.**
**Sarah Dobson Baird**
_____
Debtor(s)

Case No.   **3:10-bk-02954**

Chapter   **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___ 13 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   6/24/10

Signature _____
**Dane Edward Baird, Jr.**
Debtor

Date   6/24/10

Signature _____
**Sarah Dobson Baird**
Joint Debtor

_Penalty for making a false statement or concealing property:_  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Middle District of Florida

In re    **Dane Edward Baird, Jr.**
    **Sarah Dobson Baird**

                                                         Debtor(s)

Case No.    **3:10-bk-02954**

Chapter    **11**

# STATEMENT OF FINANCIAL AFFAIRS - AMENDED

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is filed.)

| AMOUNT | SOURCE |
|---|---|
| $57,542.00 | **2009 Income from rental properties** |
| $-60,720.00 | **2008 Income from rental properties** |
| $-13,973.00 | **2007 Income from rental properties** |
| $50,471.00 | **2010 Year to date Income from rental property** |

2

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $21,765.00 | 2009 Income from Investments |
| $8,604.00 | 2008 Income from Investments |
| $14,147.00 | 2007 Income from IRA Distribution |

**3. Payments to creditors**

None ■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| JEA 21 West Church Street Jacksonville, FL 32202 | Jan., Feb., March | $1,245.00 | $0.00 |
| Chase Credit Services P.O. Box 15153 Wilmington, DE 19886 | January, February, March $7,850, February $9446.76, January $13617.67 | $30,914.40 | $16,178.00 |

None ■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Branch Banking and Trust Co. v. Dane Baird, Case No. 16-2009-CA-09990** | **Sued on Personal Guarantee for B&B Real Estate** | **Circuit Court for Fourth Circuit, Duval County, Florida** | **Final Judgment entered** |
| **OneWest Bank v. Dane Edward Baird, Case No. 09-MISC-398454** | **Foreclosure** | **Land Court, Dept. of Trial Court, Commonwealth of Massachusetts** | **pending** |
| **OneWest Bank v. Dane Edward Baird, Case No. 09-MISC-414074** | **Foreclosure** | **Land Court, Dept. of Trial Court, Commonwealth of Massachusetts** | **pending** |
| **OneWest Bank v. Dane Edward Baird, Case No. 09-MISC-398195** | **Foreclosure** | **Land Court, Dept. of Trial Court, Commonwealth of Massachusetts** | **pending** |
| **Middlesex Federal Savings, FA v. Dane Edward Baird, Jr., Case No. 09-MISC-411923** | **Foreclosure** | **Land Court, Dept. of Trial Court, Commonwealth of Massachusetts** | **judgment entered, pending foreclosure sale** |
| **Federal Home Loan Mortgage Corp. v. Dane Edward Baird, Jr., Case No. 16-2009-CA-012009** | **Foreclosure** | **Circuit Court of the Fourth Judicial Circuit in and for Duval County** | **pending** |

None ■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None ■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

4

**None**
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

**None**
☐    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **Prince of Peace Cath. Church**<br>**6320 Bennett Rd.**<br>**Jacksonville, FL 32216** | | **monthly** | **$100** |

### 8. Losses

**None**
■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

**None**
☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Neal Hutchinson Law**<br>**P.O. 51494**<br>**Jacksonville Beach, FL 32240** | **2009** | **$1,750** |
| **Wilcox Law Firm**<br>**Enterprise Parkway**<br>**4190 Belfort Road, Suite 315**<br>**Jacksonville, FL 32216** | **April 7, 2010** | **$10,000.00 retainer (not flat fee) plus $1,039.00 filing** |

### 10. Other transfers

**None**
■    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

5

None
■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

### 11. Closed financial accounts

None
☐    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **CNL Bank**<br>**10739 Deerwood Park Blvd.**<br>**Jacksonville, FL 32256** | **B&B Real Estate of Jacksonville account closed, $100 balance withdrawn** | |

---

### 12. Safe deposit boxes

None
■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

---

### 13. Setoffs

None
■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

---

### 14. Property held for another person

None
■    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

---

### 15. Prior address of debtor

None
☐    If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **11 East Forsyth St., Jacksonville, Florida 32202** | **Dane and Sarah Baird** | **1/07-9/07** |
| **1435 Silver Street, Jacksonville, Florida 32206** | **Dane and Sarah Baird** | **10/07-3/09** |

6

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

7

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Springfield Brands, LLC** | **xxxx9011** | **221 N. Hogan St., Ste. 304 Jacksonville, FL 32202** | **Real Estate Investment and Holding** | **March 2009-date** |

None
■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                    ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐ a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Cindy Saculla 417 Cheryl Ct. Saint Johns, FL 32259** | **Debtor prepares taxes on TurboTax** |

None
■ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                          DATES SERVICES RENDERED

None
■ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                            ADDRESS

None
■ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                    DATE ISSUED

### 20. Inventories

None
■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

8

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
| --- | --- |

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
| --- | --- | --- |

None ■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
| --- | --- | --- |

---

**22 . Former partners, officers, directors and shareholders**

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
| --- | --- | --- |

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
| --- | --- | --- |

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

---

**24. Tax Consolidation Group.**

None ■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

---

**25. Pension Funds.**

None ■    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

B7 (Official Form 7) (04/10)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____6/24/10_____   Signature _____
                                     Dane Edward Baird, Jr.
                                     Debtor

Date _____6/24/10_____   Signature _____
                                     Sarah Dobson Baird
                                     Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

DANE E. BAIRD

Case No.: 3:10-bk-02954

Chapter 11

SARAH B. BAIRD

Debtors.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the attached Notice of Rescheduled 341 Meeting has been served this July 12, 2010, in the above captioned case by United States first class mail, postage prepaid, on the following parties.

BB&T
c/o John McCorvey
1912 Hamilton St., Ste. 204
Jacksonville, Fla. 32210

City of Cambridge
795 Massachusetts Ave.
Cambridge, MA 02139

City of Somerville
93 Highland Ave.
Somerville, MA 02143

Psychiatric & Psych Care
4160 University Blvd. S
Jacksonville, Fla. 32216

*/s/ Robert Wilcox*_____
Attorney