# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

In re:

DANE E. BAIRD
SARAH B. BAIRD
                Debtors

Case No.: 3:10-bk-02954 (PMG)

Chapter 11

## DEBTORS' MONTHLY OPERATING REPORT FOR THE PERIOD
## JUNE 1, 2010 TO JUNE 30, 2010

Dane Baird and Sarah Baird, Debtors, hereby file this Monthly Operating Report in

accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Debtors' Address and Telephone No.

Dane Baird and Sarah Baird
1520 Silver Street
Jacksonville, FL 32202

**WILCOX LAW FIRM**

/s/ *Robert Wilcox*
Robert D. Wilcox (Fla. Bar No. 0755168)
4190 Belfort Road, Suite 315
Jacksonville, FL 32216
Telephone: (904) 281-0700
Facsimile (904) 513-9201
rwilcox@wilcoxlawfirm.com

PROPOSED     ATTORNEY     FOR     THE
DEBTORS

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

| Case Name: | Dane and Sarah Baird |
|---|---|
| Case Number: | 3:10-bk-02954-PMG |

**Note:  The information requested below is a summary of the information r**

| | Month | Cumulative Total |
|---|---|---|
| CASH- Beginning of Month (Household) | 263.21 | |
| CASH- Beginning of Month (Business) | 1001.44 | |
| | | |
| Total Household Receipts | 1100 | |
| Total Business Receipts | 36417.98 | |
| Total Receipts | 37517.98 | |
| | | |
| Total Household Disbursements | 1282 | |
| Total Business Disbursements | 37461.71 | |
| Total Disbursements | 38743.71 | |
| | | |
| NET CASH FLOW  (Total Receipts minus Total Disbursements) | -1225.73 | |
| | | |
| CASH- End of Month (Individual) | 121.21 | |
| CASH- End of Month (Business) | -55.15 | |

**ᴌATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERᴌ**

| | | |
|---|---|---|
| TOTAL DISBURSEMENTS (From Above) | | |
| from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's | | |
| | | |
| CALCULATION | | |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

This _____ day of _____

Debtor's Signature

## SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month | Cumulative Total |
|---|---|---|
| **CASH** - Beginning of Month | 263.21 | |
| | | |
| **CASH RECEIPTS** | | |
| Salary or Cash from Business | | |
| Wages from Other Sources (attach list to this report) | | |
| Interest or Dividend Income | | |
| Alimony or Child Support | | |
| Social Security/Pension/Retirement | | |
| Sale of Household Assets (attach list to this report) | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | | |
| Other (specify) (attach list to this report) | 1100 | Consulting Income |
| gifts | 40 | |
| **TOTAL RECEIPTS** | 1140 | |
| | | |
| **CASH DISBURSEMENTS** | | |
| Alimony or Child Support Payments | | |
| Charitable Contributions | | |
| Gifts | | |
| Household Expenses/Food/Clothing | | |
| Household Repairs & Maintenance | | |
| Insurance | | |
| IRA Contribution | | |
| Lease/Rent Payments | | |
| Medical/Dental Payments | | |
| Mortgage Payment(s) | | |
| Other Secured Payments | | |
| Taxes - Personal Property | | |
| Taxes - Real Estate | | |
| Taxes Other (attach schedule) | | |
| Travel & Entertainment | | |
| Tuition/Education | | |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | | |
| Vehicle Expenses | | |
| Vehicle Secured Payment(s) | | |
| U. S. Trustee Quarterly Fees | | |
| Professional Fees (Legal, Accounting) | | |
| Other (attach schedule) | **$1,282.00** | |
| | | |
| | | |
| | | |
| **Total Household Disbursements** | | |
| | | |
| **CASH - End of Month** (Must equal reconciled bank statement- Attachment No. 2) | 121.21 | |

| Category | Date | Vendor | Amount | Tender |
|----------|------|--------|--------|--------|
| Food | 1-Jun | Walgreens | $40.00 | Debit |
| Arts | 1-Jun | Reddi Arts | $24.94 | Debit |
|  | 3-Jun |  | $10.00 | Check #1005 |
| Food | 7-Jun | Chick Filet | $9.78 | Debit |
| Pictures | 7-Jun | Kodak | $55.50 | Debit |
| Food | 7-Jun | Publix | $48.41 | Debit |
| Gas | 7-Jun | Gate | $43.11 | Debit |
| Medical | 7-Jun | Solantic | $39.26 | Check 1008 |
| Home materials | 8-Jun | Lowes | $29.42 | Debit |
| Gas | 16-Jun | Gate | $38.24 | Debit |
| Pictures | 16-Jun | Kurt English Photo | $22.48 | Debit |
| Pictures | 17-Jun | Disney Photo Pass | $33.15 | Debit |
| Extracurricular | 21-Jun | School of Swimming | $192.00 | Check #1009 |
| New Baby | 21-Jun | Amazon | $58.54 | Debit |
| Insurance | 25-Jun | Northwestern Mutual | $327.68 | Check 1010 |
| household/mom | 28-Jun | Target | $107.49 | cash |
| Medical | 29-Jun | Baptist Medical Center | $150.00 | Check #1011 |
| Extracurricular | 29-Jun | Janet Zeal | $12.00 | check 1013 |
| Gift | 30-Jun | Jordan Medley | $40.00 | check 1012 |

Total:                                    **$1,282.00**

DEPOSITS
| consulting income | 11-Jun | SB | $1,000.00 |
| consulting income | 29-Jun | SB | $100.00 |
|  |  | Total: | $1,100.00 |

**<u>Notes</u>**
Food
Arts for bean

Lunch
Bean Pictures
Food for house
Gas for car
Foot accident
Materials for house
Gas for car
Pictures of bean
Pictures of bean
Bean's swim lessons
New stroller for baby
life insurance for mom
make up, etc.
deposit for obgyn/new baby
swim goggles for bean
Jordan's B Day present

## SCHEDULE OF BUSINESS
## CASH RECEIPTS AND CASH DISBURSEMENTS

|  | Month | Cumulative Total |
|---|---|---|
| **CASH** - Beginning of Month | 1001.44 | |
| | | |
| **BUSINESS CASH RECEIPTS** | | |
| Cash Sales | | |
| Account Receivable Collection | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | | |
| Rental Income | 16612.79 | |
| Sale of Business Assets (attach list to this report) | | |
| Other (specify) (attach list to this report) | 19805.19 | personal loan to company |
| | | |
| **Total Business Receipts** | 36417.98 | |
| | | |
| **BUSINESS CASH DISBURSEMENTS** | | |
| Net Payroll (Excluding Self) | | |
| Salary Paid to Debtor or Owner's Draw (e.g., transfer to Household Account) | | |
| Taxes - Payroll | | |
| Taxes - Sales | | |
| Taxes Other (attach schedule) | | |
| Contract Labor (Subcontractors) | | |
| Inventory Purchases | | |
| Secured/Lease Payments (Business) | | |
| Utilities (Business) | | |
| Insurance | | |
| Vehicle Expenses | | |
| Travel & Entertainment | | |
| Repairs and Maintenance | | |
| Supplies | | |
| Charitable Contributions/Gifts | | |
| Purchase of Fixed Assets | | |
| Advertising | | |
| Bank Charges | | |
| Other (attach schedule) | 37,474.42 | |
| | | |
| **Total Business Disbursements** | 37,474.42 | |
| | | |
| **CASH - End of Month** (Must equal reconciled bank statement - Attachment No. 2) | -55.15 | |

| | | | |
|---|---|---|---|
| 1183 | 1-Jun | Steve Presser | 1922 Maintenance |
| 1184 | 3-Jun | Russell Jones | 1922 Maintenance |
| 1185 | 11-Jun | Ray Gunter Trucking | Driveway Materials for 1922 |
| 1186 | 7-Jun | T&T Painting | 1922 Painting |
| 1187 | 10-Jun | Steve Presser | 1922 Maintenance |
| 1188 | 11-Jun | Ray Gunter Trucking | Driveway Materials for 1922 |
| 1189 | 9-Jun | Robert Florio | Signage for 1922 |
| 1190 | 14-Jun | T&T Painting | 1922 Painting |
| 1191 | 15-Jun | Ray Gunter Trucking | Driveway Materials for 1922 |
| 1192 | 11-Jun | Sarah Baird | Consulting |
| 1193 | 16-Jun | Ray Gunter Trucking | Driveway Materials for 1922 |
| 1194 | 17-Jun | Juan's Handyman | Maintenance 1922 |
| 1195 | 18-Jun | jea | Utilities 1922 Pearl |
| 1196 | 17-Jun | Andy Johns | Tile Work 1922 |
| 1197 | 23-Jun | comcast | Internet/Telco |
| 1198 | 21-Jun | T&T Painting | 1922 Painting |
| 1199 | 24-Jun | Juan's Handyman | 1922 Maintenance |
| 1201 | 23-Jun | Sweet Pete's | Starting Inventory |
| 1202 | 29-Jun | T&T Painting | 1922 Painting |
| 1203 | 25-Jun | Everybody's Plumbing | Plumbing 1922 |
| 5187 | 1-Jun | Prince of Peace | Charity |
| 5192 | 7-Jun | Prince of Peace | Charity |
| 5193 | 4-Jun | Aderman Air | HVAC 2041 Perry |
| 5194 | 14-Jun | Prince of Peace | Charity |
| 5195 | 7-Jun | Cindy Saculla | Bookkeeping |
| 5196 | 21-Jun | Aderman Air | HVAC 2041 Perry |
| 5197 | 22-Jun | Prince of Peace | Charity |
| 5203 | 17-Jun | Cindy Saculla | Bookkeeping |
| 5204 | 29-Jun | Prince of Peace | Charity |
| 5209 | 28-Jun | Lisa Gilman | Realtor Services/ 22 White St. Place |
| 5210 | 29-Jun | US Trustee Office | Quarterly Fee |
| Debits | 1-Jun | Lowes | Materials/1922 Pearl St. |
| | 1-Jun | Lowes | Materials/1922 Pearl St. |
| | 1-Jun | Lowes | Materials/1922 Pearl St. |
| | 1-Jun | web coupons | lowes coupons |
| | 1-Jun | Walmart | Office Supplies |
| | 1-Jun | Lowes | Materials/1922 Pearl St. |
| | 2-Jun | Three Layers | business lunch |
| | 2-Jun | Three Layers | business lunch |
| | 2-Jun | Lowes | Materials/1922 Pearl St. |
| | 2-Jun | shell | Gas |
| | 3-Jun | United Rentals | Tamper for 1922 |
| | 4-Jun | Lowes | Materials/1922 Pearl St. |
| | 4-Jun | Lowes | Materials/1922 Pearl St. |
| | 4-Jun | Lowes | Materials/1922 Pearl St. |
| | 7-Jun | Lowes | Materials/1922 Pearl St. |
| | 7-Jun | pizza palace | business lunch |
| | 7-Jun | Lowes | Materials/1922 Pearl St. |
| | 8-Jun | paypal | Materials/1922 Pearl St. |
| | 8-Jun | paypal | Materials/1922 Pearl St. |
| | 8-Jun | paypal | Materials/1922 Pearl St. |
| | 8-Jun | target | materials 1922 Pearl St. |

| Date | Payee | Description |
|------|-------|-------------|
| 8-Jun | Home Depot | materials 1922 Pearl St. |
| 9-Jun | tremron | Materials/1922 Pearl St. |
| 9-Jun | Lowes | Materials/1922 Pearl St. |
| 9-Jun | Sweet Pete's | loan to company |
| 10-Jun | amasons | dumpster |
| 10-Jun | paypal | materials 1922 Pearl St. |
| 10-Jun | Walmart | Office Supplies |
| 10-Jun | verizon wireless | Telco |
| 10-Jun | Lowes | Materials/1922 Pearl St. |
| 11-Jun | amazon | Materials/1922 Pearl St. |
| 11-Jun | Lowes | Materials/1922 Pearl St. |
| 11-Jun | Raceway | Gas |
| 11-Jun | total wine | business gifts |
| 14-Jun | Lowes | Materials/1922 Pearl St. |
| 14-Jun | paypal | Coupons for lowes |
| 14-Jun | Starbucks | Business Meeting |
| 14-Jun | lowes | materials 1922 Pearl St. |
| 14-Jun | norfolk and dedham | insurance 53 flint st. |
| 15-Jun | Walmart | Office Supplies |
| 16-Jun | Lowes | Materials/1922 Pearl St. |
| 17-Jun | lowes | materials 1922 Pearl St. |
| 17-Jun | City of Jacksonville | permit for 1922 signage |
| 18-Jun | amazon | Materials/1922 Pearl St. |
| 18-Jun | comcast | Telco |
| 18-Jun | Lowes | Materials/1922 Pearl St. |
| 18-Jun | Veterans Affairs | Medical Prescription |
| 18-Jun | paypal | Materials/1922 Pearl St. |
| 21-Jun | amazon | Materials/1922 Pearl St. |
| 21-Jun | amazon | Materials/1922 Pearl St. |
| 21-Jun | amazon | Materials/1922 Pearl St. |
| 21-Jun | Lowes | Materials/1922 Pearl St. |
| 21-Jun | Blue Cross | Healthcare |
| 21-Jun | JEA | Utilities |
| 21-Jun | Blue Cross | Healthcare |
| 21-Jun | Jea | Utilities |
| 21-Jun | Walmart | Office Supplies |
| 23-Jun | Walmart | Office Supplies |
| 25-Jun | amasons | dumpster |
| 25-Jun | amazon | Materials/1922 Pearl St. |
| 25-Jun | Lowes | Materials/1922 Pearl St. |
| 28-Jun | Lowes | Materials/1922 Pearl St. |
| 28-Jun | Lowes | Materials/1922 Pearl St. |
| 28-Jun | Lowes | Materials/1922 Pearl St. |
| 28-Jun | Lowes | Materials/1922 Pearl St. |
| 28-Jun | Lowes | Materials/1922 Pearl St. |
| 28-Jun | Lowes | Materials/1922 Pearl St. |
| 29-Jun | Walmart | Office Supplies |
| 29-Jun | Lowes | materials 1922 Pearl St. |
| 29-Jun | murphys | gas |
| 29-Jun | Walmart | Office Supplies |
| 30-Jun | BBVA | Overdraft charge |

Total Distributions/Expenditures for June

| |
|---|
| 37.5 |
| 693 |
| 738.3 |
| 2000 |
| 207 |
| 738.3 |
| 600 |
| 2000 |
| 492.2 |
| 1000 |
| 160.5 |
| 500 |
| 274.34 |
| 315 |
| 159.12 |
| 2000 |
| 1500 |
| 1000 |
| 750 |
| 1000 |
| 50 |
| 50 |
| 250 |
| 50 |
| 200 |
| 250 |
| 50 |
| 200 |
| 50 |
| 350 |
| 650 |
| 539.22 |
| 271.72 |
| 46.27 |
| 4 |
| 92.98 |
| 37.49 |
| 4 |
| 5.98 |
| 70.77 |
| 11.86 |
| 218.03 |
| 130.89 |
| 45.2 |
| 41.84 |
| 52.82 |
| 25.34 |
| 120.94 |
| 36.99 |
| 33.57 |
| 25.16 |
| 42.14 |

| |
|---:|
| 42.01 |
| 7594.9 |
| 277.64 |
| 100 |
| 579.95 |
| 89.8 |
| 150.51 |
| 92.69 |
| 12.61 |
| 26.25 |
| 1383.9 |
| 38.2 |
| 8.94 |
| 295.32 |
| 6.48 |
| 2.95 |
| 705.04 |
| 43 |
| 80.46 |
| 28.69 |
| 170.51 |
| 40 |
| 50.94 |
| 169.31 |
| 42.09 |
| 24 |
| 20 |
| 197.75 |
| 96 |
| 75.98 |
| 64.16 |
| 1750 |
| 328.48 |
| 232 |
| 150 |
| 39.32 |
| 92.4 |
| 230 |
| 34.2 |
| 511.1 |
| 506.08 |
| 291.91 |
| 282.46 |
| 95.53 |
| 11.75 |
| 11.68 |
| 64.15 |
| 56.15 |
| 41.09 |
| 12.86 |
| 38 |
| 37461.71 |

MONTHLY OPERATING REPORT -
INDIVDUAL

ATTACHMENT NO. 1

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business during this reporting period? | | x |
| 2. Have any funds been disbursed from any account other than a debtor in possession account? | x | |
| 3. Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | x |
| 4. Have any payments been made on pre-petition liabilities this reporting period? | | x |
| 5. Have any post-petition loans been received by the debtor from any party? | | x |
| 6. Are any post-petition payroll taxes past due? | | x |
| 7. Are any post-petition state or federal income taxes past due? | | x |
| 8. Are any post-petition state or local sales taxes past due? | | x |
| 9. Are any post-petition real estate taxes past due? | | x |
| 10. Are any amounts owed to post-petition creditors/vendors delinquent? | | x |
| 11. Are any wage payments past due? | | x |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | x | |
| 2. Are all premium payments current? | x | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY        and        CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| Homeowners for 1435 Silver St.    Universal Risk Advisors | April 8th 2010 to April 8th | 501  annually | 0 |
| Homeowners for 22 White St. Place Units 1, 2, 3    Norfolk and Dedham | April 8th 2010 to April 8th | 2200  annually | 0 |
| Homeowners for 53 Flint St., Somerville    Norfolk and Dedham | April 8th 2010 to April 8th | 1350  annually | 0 |
| Homeowners for 1520 Silver St. Universal Risk Advisors | April 8th 2010 to April 8th | 1074  annually | 0 |

_____ Check here if United States Trustee has been listed a a Certificate Holder on all policies of insurance.

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

Trying to get 53 Flint St. tenant to release escrow so deferred maintenance on his bathroom and kitchen can take place.

Renegotiating Unit 1, 2 at 22 White St. place leases for another year of tenancy. Have a verbal form unit 3 that they will pay $3825 per month for fiscal year 2010/2011. Currently working on 1922 Pearl St. renovation for Sweet Pete's sweet shop.

Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: _____ TBD

MONTHLY OPERATING REPORT -
INDIVIDUAL

ATTACHMENT NO. 2

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | BBVA Compass | Wachovia | | |
| Account Number: | 2512729218 | ****8054 | | |
| Purpose of Account (Business/Personal) | Business | Personal | | |
| Type of Account (e.g. checking) | Checking | Checking | | |
| | | | | |
| 1.  Balance per Bank Statement | 1001.44 | 303.21 | | |
| 2.  **ADD:**  Deposits not credited (attach list to this report) | | | | |
| 3.  **SUBTRACT:**  Outstanding Checks (attach list) | | | | |
| 4.  Other Reconciling Items (attach list to this report) | 19805.19 | personal loan to company | | |
| 5.  **Month End Balance** (Must Agree with Books) | -55.15 | 116.11 | | |
| TOTAL OF ALL ACCOUNTS | | 60.96 | | |

Note:  Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information<br>Bank / Account Name  / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| Fidelity Investments (Retirement , JTE Accounts, Ed | Revolving purchases and sales | ETFS, Stocks | | 190224.37 |
| Acct #s Z11083895, 301516813, 617241180 | | | | |
| 487601217, Z72-144290) | | | | |
| | | | | |
| | | | | |
| | | | | |

Note:  Attach a copy of each investment account statement.

MONTHLY OPERATING REPORT - INDIVIDUAL

ATTACHMENT NO. 3A

## CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| Name of Bank | Wachovia |
|---|---|
| Account Number | ****8054 |
| Purpose of Account (Personal) | Personal |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| See Schedule for Household | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | 0 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

**MONTHLY OPERATING REPORT -**
**INDIVIDUAL**

**CASH DISBURSEMENTS DETAILS - BUSINESS**

| Name of Bank | BBVA Compass |
|---|---|
| Account Number | 2512729218 |
| Purpose of Account (Business) | Business |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| See Schedule for Business | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**MONTHLY OPERATING REPORT -**
**INDIVIDUAL**

**ATTACHMENT NO. 3C**

### CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Bank | |
|---|---|
| Account Number | |
| Purpose of Account (Business) | |
| Type of Account (e.g., Checking) | |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | $ |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 4**

| ACCOUNTS RECEIVABLE RECONCILIATION (Pre- & Post- Petition) | Scheduled Amount | Current Month |
|---|---|---|
| Accounts Receivable Beginning Balance | | |
| Plus: Billings During the Month | | |
| Less: Collections During the Month | | |
| Adjustments or WriteOffs* | | |
| Accounts Receivable Ending Balance** | | |

| ACCOUNTS RECEIVABLE AGING (Pre- & Post- Petition) | Scheduled Amount | Current Month |
|---|---|---|
| 0 - 30 Days | | |
| 31 - 60 Days | | |
| 61 - 90 Days | | |
| Over 90 Days | | |
| | | |
| Total Accounts Receivable** | | |

\* **Attach explanation of any adjustment or writeoff.**

\*\* **The "current month" of these two lines must equal.**

| POST-PETITION TAXES | Beginning Tax Liability* | Amount Withheld & or Accrued |
|---|---|---|
| **Federal Taxes** | | |
| Withholding** | | |
| FICA - Employee | | |
| FICA - Employer | | |
| Unemployment | | |
| Income | | |
| Other (Attach List) | | |
| **Total Federal Taxes** | | |
| | | |
| | | |
| **State & Local Taxes** | | |
| Withholding | | |
| Sales | | |
| Unemployment | | |
| Real Property | | |
| Personal Property | | |
| Other (Attach List) | | |
| **Total State & Local Taxes** | | |
| **Total Post-Petition Taxes** | | |

\*  The beginning tax liability should represent the liability from the prior month, or if this is the first report, the amount should be zero

\*\*  Attach copies of IRS Form 6123 or your FTD coupon and payment receipt to verify payment or deposit

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 5**

| ACCOUNTS PAYABLE RECONCILIATION (Post-Petition Only) | Month | Month | Month |
|---|---|---|---|
| | | | |
| **Accounts Payable Beginning Balance*** | | | |
| Plus:  New Indebtedness During the Month | | | |
| Less: Amount Paid on Acct. Payables in Month | | | |
| Adjustments or WriteOffs** | | | |
| **Accounts Payable Ending Balance** | | | |

*   The beginning A/P liability should represent the liability from the prior month, or if this is the first report, the amount should be zero
**Attach explanation for any adjustment or write-off.

**ACCOUNTS PAYABLE LISTING**
[List all bills or invoices incurred since the filing of the petition (Post-Petition Only) and have NOT been paid]***

| Vendor & Description of Bill/Invoice | Date Incurred | Days Outstanding | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

*** List any additional payables on a separate sheet and attach to this schedule.

| POST-PETITION STATUS OF SECURED NOTES, LEASES, AND ADEQUATE PROTECTION PAYMENTS | | | | | |
|---|---|---|---|---|---|
| Name of Secured Creditor / Lessor | Scheduled Monthly Payment Due | Total Past Due From Prior Month(s) | Amount Paid During Month | Total Unpaid Postpetition | Total Number of Payments Past Due |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

7/20/2010

Statements: Fidelity Investments

| | Search | | Quote |

Tuesday, July 20, 2010

Investment Report: June 1, 2010 - June 30, 2010

DANE EDWARD BAIRD JR
SARAH DOBSON BAIRD
221 N HOGAN ST # 304
JACKSONVILLE FL 32202-4201

Customize this statement to include
other accounts.

Add or Remove Accounts

This report contains all the account balances and transactions that are shown on mailed statements, but some related data and analysis may not be included. Link from this report to your account holdings, research, and tools to help you manage your portfolio.

Sections Within This Statement: Analysis & Review | Account Details | Contact Us

Portfolio Analysis: View information about your portfolio, including an Asset Allocation chart, which shows how your assets are distributed among stocks, bonds, short-term securities and other investments.

Portfolio Review: Zero in on an investment strategy that supports your financial goals while minimizing risk.

Top

JOINT TIE - TOD  (272144290)                                    $50,550.40

Starting in October 2010, U.S. mail delivery of trade confirmations for all brokerage and mutual fund trades made on the same day in accounts within the same statement household will be sent in one consolidated mailing, rather than individual mailings. If you have any questions or want to opt out of all consolidated mailings, please call 800-544-6666.

**Account Summary**

| | |
|---|---|
| Beginning mkt value as of Jun 1 | $140,248.49 |
| Additions | $68.91 |
| Withdrawals | -$20,015.00 |
| Transaction costs, loads and fees | -$360.29 |

Tuesday, July 20, 2010

Accounts & Trade

Investment Report: June 1, 2010 - June 30, 2010

DANE EDWARD BAIRD JR
221 N HOGAN ST # 304
JACKSONVILLE FL 32202-4261

Customize this statement to include
other account..

This report contains all the account balances and transactions that are shown on mailed statements, but
some related data and analysis may not be included. Link from this report to your account holdings,
research, and tools to help you manage your portfolio.

Section Within This Statement: Summary | Account Review | Account Details | Customize

**Changes in Portfolio Value**

| | |
|---|---|
| Beginning value as of Jun 1 | $159,846.81 |
| Transaction costs, loads and fees | -$766.23 |
| Change in value | -$30,345.13 |
| Ending value as of Jun 30 | $128,735.45 |

**Value by Account**

| Account Name | | Account Number | June 1, 2010 | June 30, 2010 |
|---|---|---|---|---|
| INDIVIDUAL - TOD | | 617-241180 | $6,971.84 | $6,741.75 |
| PROFIT SHARING KEOGH | | 487-681217 | $152,874.97 | $121,993.70 |

**Income Summary**

| | This Period | Year to Date |
|---|---|---|
| Tax-deferred | $214.76 | $2,755.46 |

**Commission Level: Gold**

| | |
|---|---|
| Total eligible trades for portfolio period Jul 2009 - Jun 2010 | 254 |

7/20/2010

Statements: Fidelity Investments

Tuesday, July 20, 2010

Accounts & Trade · Statements

Investment Report: June 1, 2010 - June 30, 2010

DANE EDWARD BAIRD JR
SARAH DOBSON BAIRD
221 N HOGAN ST # 304
JACKSONVILLE FL 32202-4201

Customize this statement to include
other accounts.

This report contains all the account balances and transactions that are shown on mailed statements, but
some related data and analysis may not be included. Link from this report to your account holdings,
research, and tools to help you manage your portfolio.

Sections Within This Statement: Summary | Analysis & Detail | Account Detail | Contact Us

| Summary | $10,938.52 | |
| --- | --- | --- |
| **Changes in Portfolio Value** | | |
| Beginning value as of Jun 1 | $10,538.64 | |
| Additions | $246.00 | |
| Transaction costs, loads and fees | -$65.90 | |
| Transfers between Fidelity accounts | -$125.00 | |
| Change in value | $344.78 | |
| Ending value as of Jun 30 | $10,938.52 | |

| Value by Account | | | | Hide or Rename Accounts |
| --- | --- | --- | --- | --- |
| Account Name | | Account Number | June 1, 2010 | June 30, 2010 |
| JOINT TBE | Details | Z11-083895 | $123.99 | $123.99 |
| ROTH IRA | Details | 301-516813 | $10,412.65 | $10,814.53 |

| Income Summary | | | |
| --- | --- | --- | --- |
| | This Period | Year to Date | |
| Tax-Free | $0.00 | $0.02 | |

**Commission Level: Silver**
Total eligible trades for portfolio period Jul 2009 - Jun 2010     122

Primary Account: 2512729218
Page 1 of 6
Enclosures  0
May 29, 2010 to Jun 30, 2010

 **Compass**

31

066     SPRINGFIELD  BRANDS  LLC
        221  N  HOGAN  ST  #  304
        JACKSONVILLE  FL   32202-4201

### *BusinessClass Preferred*

Your business is important to us.  So let us know if you ever have a question or if we can assist you in any way.  We're always happy to hear from you and we're ready to help.

*If you have questions about your statement, call Customer Service at 1-800-852-0803.*

## Business Checking
## 2512729218

SPRINGFIELD BRANDS LLC

### Deposit Account Recap

| | | |
|---|---|---:|
| Beginning Balance as of May 29, 2010 | | 1,001.44 |
| 11  Deposits | (Plus) | 36,417.83 |
| 104 Withdrawals | (Minus) | 37,474.42 |
| Ending Balance as of June 30, 2010 | | -55.15 |

### Account Checks by Serial Number

| Serial | Date | Amount | Serial | Date | Amount |
|---|---|---:|---|---|---:|
| 1183 | Jun 01 | 37.50 | 1199 | Jun 24 | 1,500.00 |
| 1184 | Jun 03 | 693.00 | 1201 * | Jun 23 | 1,000.00 |
| 1185 | Jun 11 | 738.30 | 1202 | Jun 29 | 750.00 |
| 1186 | Jun 07 | 2,000.00 | 1203 | Jun 25 | 1,000.00 |
| 1187 | Jun 10 | 207.00 | 5187 * | Jun 01 | 50.00 |
| 1188 | Jun 11 | 738.30 | 5192 * | Jun 07 | 50.00 |
| 1189 | Jun 09 | 600.00 | 5193 | Jun 04 | 250.00 |
| 1190 | Jun 14 | 2,000.00 | 5194 | Jun 14 | 50.00 |
| 1191 | Jun 15 | 492.20 | 5195 | Jun 07 | 200.00 |
| 1192 | Jun 11 | 1,000.00 | 5196 | Jun 21 | 250.00 |
| 1193 | Jun 16 | 160.50 | 5197 | Jun 22 | 50.00 |
| 1194 | Jun 17 | 500.00 | 5203 * | Jun 17 | 200.00 |
| 1195 | Jun 18 | 274.34 | 5204 | Jun 29 | 50.00 |
| 1196 | Jun 17 | 315.00 | 5209 * | Jun 28 | 350.00 |
| 1197 | Jun 23 | 159.12 | 5210 | Jun 29 | 650.00 |
| 1198 | Jun 21 | 2,000.00 | | | |

* Indicates break in check sequence

### Deposits and Other Credits

| Date | Serial # | Amount | Description |
|---|---|---:|---|
| Jun 01 | | 5,000.00 | DEPOSIT |
| Jun 04 | | 5,000.00 | DEPOSIT |
| Jun 07 | | 5,000.00 | DEPOSIT |
| Jun 09 | | 8,374.58 | DEPOSIT |
| Jun 15 | | 4,833.00 | DEPOSIT |

Primary Account: 2512729218
Page 2 of 6

Enclosures  0
May 29, 2010 to Jun 30, 2010



31

SPRINGFIELD BRANDS LLC

## Deposits and Other Credits (cont'd)

| Date | Serial # | Amount | Description |
|------|----------|--------|-------------|
| Jun 17 | | 15.92 | CREDIT FOR CHECKCARD 9651858853 06/16/10 LOWES #00503* JACKSONVILLE FL |
| Jun 17 | | 3,762.50 | DEPOSIT |
| Jun 21 | | 800.00 | DEPOSIT |
| Jun 22 | | 3,000.00 | DEPOSIT |
| Jun 28 | | 501.83 | CREDIT FOR CHECKCARD 9651858853 06/27/10 LOWES #02472* JACKSONVILLE FL |
| Jun 29 | | 130.00 | DEPOSIT |

## Withdrawals and Other Debits

| Date | Amount | Description |
|------|--------|-------------|
| Jun 01 | 539.22 | PURCHASE FROM DDA - LOWE'S #503 / INTLK 001 05/29/10 CARD 9651858853 POS -AT LOWE'S #503 JACKSONVIL FL |
| Jun 01 | 271.72 | PURCHASE FROM DDA - LOWE'S #503 / INTLK 001 05/31/10 CARD 9651858853 POS -AT LOWE'S #503 JACKSONVIL FL |
| Jun 01 | 46.27 | PURCHASE FROM DDA - LOWE'S #503 / INTLK 001 05/29/10 CARD 9651858853 POS -AT LOWE'S #503 JACKSONVIL FL |
| Jun 01 | 4.00 | DEBIT/ FOR CHECKCARD 9651858853 05/29/10 VIRTUAL WEB/COUPONS 425-3340873 WA |
| Jun 01 | 92.98 | PURCHASE FROM DDA - WAL-MART #1173 / INTLK 24117301 06/01/10 CARD 9651858853 POS -AT WAL-MART #1173 JACKSONVIL FL |
| Jun 01 | 37.49 | PURCHASE FROM DDA - LOWE'S #503 / INTLK 001 06/01/10 CARD 9651858853 POS -AT LOWE'S #503 JACKSONVIL FL |
| Jun 02 | 5.98 | DEBIT/ FOR CHECKCARD 9651858853 06/01/10 THREELAYERS A COFFEE HO JACKSONVILLE FL |
| Jun 02 | 4.00 | DEBIT/ FOR CHECKCARD 9651858853 06/01/10 THREELAYERS A COFFEE HO JACKSONVILLE FL |
| Jun 02 | 70.77 | PURCHASE FROM DDA - LOWE'S #1842 / INTLK 001 06/02/10 CARD 9651858853 POS -AT LOWE'S #1842 JACKSONVIL FL |
| Jun 02 | 11.86 | PURCHASE FROM DDA - SHELL Service / INTLK 06910701 06/02/10 CARD 9651858853 POS -AT SHELL Service Stat LAKE CITY FL |
| Jun 03 | 218.03 | DEBIT/ FOR CHECKCARD 9651858853 06/02/10 UNITED RENTALS JACKSONVILLE FL |
| Jun 04 | 130.89 | PURCHASE FROM DDA - LOWE'S #503 / INTLK 001 06/04/10 CARD 9651858853 POS -AT LOWE'S #503 JACKSONVIL FL |
| Jun 04 | 45.20 | PURCHASE FROM DDA - LOWE'S #503 / INTLK 001 06/04/10 CARD 9651858853 POS -AT LOWE'S #503 JACKSONVIL FL |
| Jun 04 | 41.84 | PURCHASE FROM DDA - RACEWAY955 / INTLK 20652702 06/04/10 CARD 9651858853 POS -AT RACEWAY955 JACKSONVIL FL |
| Jun 07 | 52.82 | PURCHASE FROM DDA - LOWE'S #503 / INTLK 001 06/05/10 CARD 9651858853 POS -AT LOWE'S #503 JACKSONVIL FL |
| Jun 07 | 25.34 | DEBIT/ FOR CHECKCARD 9651858853 06/04/10 PIZZA PALACE #2 JACKSONVILLE FL |

 **BBVA Compass**

31

*SPRINGFIELD BRANDS LLC*

## Withdrawals and Other Debits (cont'd)

| Date | Amount | Description |
|------|--------|-------------|
| Jun 07 | 120.94 | PURCHASE FROM DDA - LOWE'S #503 / INTLK 001 06/07/10 CARD 9651858853 POS -AT LOWE'S #503 JACKSONVIL FL |
| Jun 08 | 36.99 | DEBIT/ FOR CHECKCARD 9651858853 06/07/10 PAYPAL *PRIMA 402-935-7733 KY |
| Jun 08 | 33.57 | DEBIT/ FOR CHECKCARD 9651858853 06/07/10 PAYPAL *PROTECHSUPP 402-935-7733 TX |
| Jun 08 | 25.16 | DEBIT/ FOR CHECKCARD 9651858853 06/07/10 PAYPAL *HILLSHDWR 402-935-7733 CA |
| Jun 08 | 42.14 | PURCHASE FROM DDA - TARGET T0645 R / INTLK 06450076 06/08/10 CARD 9651858853 POS -AT TARGET T0645 REGEN Jacksonvil FL |
| Jun 08 | 42.01 | PURCHASE FROM DDA - THE HOME DEPOT / INTLK 00000013 06/08/10 CARD 9651858853 POS -AT THE HOME DEPOT 272 JACKSONVIL FL |
| Jun 09 | 7,594.90 | DEBIT/ FOR CHECKCARD 9651858853 06/07/10 TREMRON JACKSONVILLE LC 904-3595900 FL |
| Jun 09 | 277.64 | DEBIT/ FOR CHECKCARD 9651858853 06/08/10 LOWES #00503* JACKSONVILLE FL |
| Jun 09 | 100.00 | XFER TO ACCT 2512729293- COMPASS BANK BCO - ON-LINE TRANSFER |
| Jun 10 | 579.95 | DEBIT/ FOR CHECKCARD 9651858853 06/09/10 AMASONS ROLL OFFS ORANGE PARK FL |
| Jun 10 | 89.80 | DEBIT/ FOR CHECKCARD 9651858853 06/09/10 PAYPAL *TWICETOUCHE 402-935-7733 CA |
| Jun 10 | 150.51 | PURCHASE FROM DDA - WAL-MART #1173 / INTLK 24117301 06/10/10 CARD 9651858853 POS -AT WAL-MART #1173 JACKSONVIL FL |
| Jun 10 | 92.69 | DEBIT FOR VERIZON ONLINE PMT CO REF- CKF956943680POS |
| Jun 10 | 12.71 | PURCHASE FROM DDA - LOWE'S #1842 / INTLK 001 06/10/10 CARD 9651858853 POS -AT LOWE'S #1842 JACKSONVIL FL |
| Jun 10 | 12.61 | PURCHASE FROM DDA - LOWE'S #1699 / INTLK 001 06/10/10 CARD 9651858853 POS -AT LOWE'S #1699 JACKSONVIL FL |
| Jun 11 | 26.25 | DEBIT/ FOR CHECKCARD 9651858853 06/10/10 Amazon.com AMZN.COM/BILLWA |
| Jun 11 | 1,383.90 | PURCHASE FROM DDA - LOWE'S #503 / INTLK 001 06/11/10 CARD 9651858853 POS -AT LOWE'S #503 JACKSONVIL FL |
| Jun 11 | 38.20 | PURCHASE FROM DDA - RACEWAY955 / INTLK 20652702 06/11/10 CARD 9651858853 POS -AT RACEWAY955 JACKSONVIL FL |
| Jun 11 | 8.94 | PURCHASE FROM DDA - TOTAL WINE4413 / INTLK IN3045 06/11/10 CARD 9651858853 POS -AT TOTAL WINE4413 TOW JACKSONVIL FL |
| Jun 14 | 295.32 | DEBIT/ FOR CHECKCARD 9651858853 06/12/10 LOWES #00503* 904-855-8088 FL |
| Jun 14 | 6.48 | DEBIT/ FOR CHECKCARD 9651858853 06/13/10 PAYPAL *JEANENE5680 402-935-7733 CA |
| Jun 14 | 2.95 | DEBIT/ FOR CHECKCARD 9651858853 06/10/10 STARBUCKS USA 00087890 JACKSONVILLE FL |
| Jun 14 | 705.04 | PURCHASE FROM DDA - LOWE'S #2472 / INTLK 001 06/14/10 CARD 9651858853 POS -AT LOWE'S #2472 JACKSONVIL FL |

Primary Account: 2512729218
Page 4 of 6
Enclosures  0                                    31
May 29, 2010 to Jun 30, 2010

 **Compass**

*SPRINGFIELD  BRANDS  LLC*

## Withdrawals and Other Debits (cont'd)

| Date | Amount | Description |
|------|-------:|-------------|
| Jun 14 | 43.00 | DEBIT FOR NORFOLK & DEDHAM ONLINE PMT CO REF- CKF956943680POS |
| Jun 15 | 80.46 | PURCHASE FROM DDA - WAL-MART #1173 / INTLK 24117301 06/15/10 CARD 9651858853 POS -AT WAL-MART #1173 JACKSONVIL FL |
| Jun 16 | 28.69 | PURCHASE FROM DDA - LOWE'S #1691 / INTLK 001 06/16/10 CARD 9651858853 POS -AT LOWE'S #1691 JACKSONVIL FL |
| Jun 17 | 170.51 | DEBIT/ FOR CHECKCARD 9651858853 06/16/10 LOWES #00503* JACKSONVILLE FL |
| Jun 17 | 40.00 | DEBIT/ FOR CHECKCARD 9651858853 06/15/10 COJ- BUILDING AND ZONIN 904-6302002 FL |
| Jun 18 | 50.94 | DEBIT/ FOR CHECKCARD 9651858853 06/17/10 AMAZON MKTPLACE PMTS AMZN.COM/BILLWA |
| Jun 18 | 169.31 | DEBIT FOR COMCAST ONLINE PMT CO REF- CKF956943680POS |
| Jun 18 | 42.09 | PURCHASE FROM DDA - LOWE'S #503 / INTLK 001 06/18/10 CARD 9651858853 POS -AT LOWE'S #503 JACKSONVIL FL |
| Jun 18 | 24.00 | DEBIT FOR VETERANS AFFAIRS ONLINE PMT CO REF- CKF956943680POS |
| Jun 18 | 20.00 | PURCHASE FROM DDA - FCE# 7036 / INTLK 83346101 06/18/10 CARD 9651858853 POS -AT FCE# 7036 JACKSONVIL FL |
| Jun 21 | 197.75 | DEBIT/ FOR CHECKCARD 9651858853 06/20/10 Amazon.com AMZN.COM/BILLWA |
| Jun 21 | 96.00 | DEBIT/ FOR CHECKCARD 9651858853 06/18/10 AMAZON MKTPLACE PMTS AMZN.COM/BILLWA |
| Jun 21 | 75.98 | DEBIT/ FOR CHECKCARD 9651858853 06/20/10 AMAZON MKTPLACE PMTS AMZN.COM/BILLWA |
| Jun 21 | 64.16 | DEBIT/ FOR CHECKCARD 9651858853 06/18/10 LOWES #00503* JACKSONVILLE FL |
| Jun 21 | 1,750.00 | DEBIT FOR BCBS OF FL ONLINE PMT CO REF- CKF956943680POS |
| Jun 21 | 328.48 | DEBIT FOR JEA ONLINE PMT CO REF- CKF956943680POS |
| Jun 21 | 232.00 | DEBIT FOR BCBS OF FL ONLINE PMT CO REF- CKF956943680POS |
| Jun 21 | 150.00 | DEBIT FOR JEA ONLINE PMT CO REF- CKF956943680POS |
| Jun 21 | 39.32 | PURCHASE FROM DDA - WAL-MART #1173 / INTLK 24117301 06/21/10 CARD 9651858853 POS -AT WAL-MART #1173 JACKSONVIL FL |
| Jun 23 | 92.40 | PURCHASE FROM DDA - WAL-MART #1173 / INTLK 24117301 06/23/10 CARD 9651858853 POS -AT WAL-MART #1173 JACKSONVIL FL |
| Jun 25 | 230.00 | DEBIT/ FOR CHECKCARD 9651858853 06/24/10 AMASONS ROLL OFFS 904-276-4829 FL |
| Jun 25 | 34.20 | DEBIT/ FOR CHECKCARD 9651858853 06/24/10 Amazon.com AMZN.COM/BILLWA |
| Jun 25 | 511.10 | PURCHASE FROM DDA - LOWE'S #503 / INTLK 001 06/25/10 CARD 9651858853 POS -AT LOWE'S #503 JACKSONVIL FL |
| Jun 28 | 506.08 | PURCHASE FROM DDA - LOWE'S #2472 / INTLK 001 06/26/10 CARD 9651858853 POS -AT LOWE'S #2472 JACKSONVIL FL |
| Jun 28 | 291.91 | PURCHASE FROM DDA - LOWE'S #503 / INTLK 001 06/27/10 CARD 9651858853 POS -AT LOWE'S #503 JACKSONVIL FL |
| Jun 28 | 282.46 | DEBIT/ FOR CHECKCARD 9651858853 06/25/10 LOWES #00503* 904-855-8088 FL |

Primary Account: 2512729218
Page 5 of 6
Enclosures 0                                               31
May 29, 2010 to Jun 30, 2010



ıSPRINGFIELD BRANDS LLC

**Withdrawals and Other Debits (cont'd)**

| Date | Amount | Description |
|---|---|---|
| Jun 28 | 95.53 | PURCHASE FROM DDA - LOWE'S #503 / INTLK 001 06/26/10 CARD 9651858853 POS -AT LOWE'S #503 JACKSONVIL FL |
| Jun 28 | 11.75 | PURCHASE FROM DDA - LOWE'S #503 / INTLK 001 06/27/10 CARD 9651858853 POS -AT LOWE'S #503 JACKSONVIL FL |
| Jun 28 | 11.68 | PURCHASE FROM DDA - LOWE'S #2472 / INTLK 001 06/26/10 CARD 9651858853 POS -AT LOWE'S #2472 JACKSONVIL FL |
| Jun 29 | 64.15 | PURCHASE FROM DDA - WAL-MART #1444 / INTLK 24144401 06/29/10 CARD 9651858853 POS -AT WAL-MART #1444 JACKSONVIL FL |
| Jun 29 | 56.15 | PURCHASE FROM DDA - LOWE'S #503 / INTLK 001 06/29/10 CARD 9651858853 POS -AT LOWE'S #503 JACKSONVIL FL |
| Jun 29 | 41.09 | PURCHASE FROM DDA - MURPHY7129ATWA / INTLK LK622226 06/29/10 CARD 9651858853 POS -AT MURPHY7129ATWALMRT JACKSONVIL FL |
| Jun 29 | 12.86 | PURCHASE FROM DDA - WAL-MART #1173 / INTLK 24117301 06/29/10 CARD 9651858853 POS -AT WAL-MART #1173 JACKSONVIL FL |
| Jun 30 | 38.00 | NSF CHARGE - PAID ELECT TRANS OR NO CK# |

**Daily Balance Summary**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| May 28 | 1,001.44 | Jun 10 | 9,478.49 | Jun 22 | 7,051.50 |
| Jun 01 | 4,922.26 | Jun 11 | 5,544.60 | Jun 23 | 5,799.98 |
| Jun 02 | 4,829.65 | Jun 14 | 2,441.81 | Jun 24 | 4,299.98 |
| Jun 03 | 3,918.62 | Jun 15 | 6,702.15 | Jun 25 | 2,524.68 |
| Jun 04 | 8,450.69 | Jun 16 | 6,512.96 | Jun 28 | 1,477.10 |
| Jun 07 | 11,001.59 | Jun 17 | 9,065.87 | Jun 29 | -17.15 |
| Jun 08 | 10,821.72 | Jun 18 | 8,485.19 | Jun 30 | -55.15 |
| Jun 09 | 10,623.76 | Jun 21 | 4,101.50 | | |

## How To Balance Your Account

**Step 1**
- Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.
- Record all automated deductions, debit card transactions and electronic bill payments in your register.
- Record and deduct service charges, check printing charges, or other bank fees in your register.
- If you have an interest bearing account, add any interest earned shown on this statement to your register.

**Step 2** If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.

**Step 3** List any deposits or credits you have made that do not appear on this statement (see space provided below).

**Step 4** List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date | Amount | |
|------|--------|--|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Step 3 Total** | | |

| Date | Check # | Amount | |
|------|---------|--------|--|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | **Step 4 Total** | | |

## Balancing Your Register to This Statement

| Step 5 | Enter the 'current balance' shown on this statement | $ | |
|--------|------|---|--|
| | Add total from Step 3 | + | |
| | Subtotal | $ | |
| | Subtract total from Step 4 | - | |
| | This balance should equal your register balance. If it does not agree, see step below | $ | |

If your account does not balance, review the following:

- Check all your addition and subtraction above and in your register.
- Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register.
- Amounts of deposits and withdrawals on this statement should match your register entries.
- If you have questions or need assistance, please refer to the phone number on the front of this statement.

## Change of Address

If you need to change your address on any of your Compass accounts by phone, please call your local CompassLine number listed on the front of this statement to speak with a Customer Service Representative. You may visit any of our convenient Compass Bank locations, or write to Compass Bank Customer Service, P.O. Box 10566, Birmingham, AL 35296.

## Electronic Transfers (For Consumer Accounts Only*)

In case of errors or questions about your Electronic Transfers, write to Compass Bank, Operations Compliance Support, P.O. Box 10566, Birmingham, AL 35296. Or simply call your local customer service number printed on the front of this statement. Call or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

* For Non-Consumer Account customers, please refer to your current Non-Consumer Account Agreement for details regarding Electronic Fund Transfers.

## Overdraft Protection

We calculate the finance charge on your overdraft protection loan account by applying the periodic rate times the number of days in the billing cycle to the "average daily balance" of your account. To get the "average daily balance" we take the beginning balance of your account less any unpaid finance charges each day, add any new advances or debits, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle and divide by the number of days in the billing cycle. This gives us the "average daily balance". Payments to your overdraft protection loan account made through our tellers or deposited at our automated teller machines (ATMs) Monday through Friday before the posted cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be posted on the next business day. Payments made through our ATMs via a funds transfer will be posted on the date they are received or on the next business day if made after 6pm CT (6pm MT for Arizona accounts) Monday through Friday or at anytime on Saturday, Sunday or bank holidays. Compass Bank business days are Monday through Friday, excluding holidays.

**In Case of Errors or Questions About Your Statement (Overdraft Protection Only)**
If you think your statement is wrong, or if you need more information about a transaction on your statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box 2210, Decatur, AL 35699-0001. Telephone inquiries may be made by calling your local CompassLine number listed on the front of this statement to speak with a Customer Service Representative. Please note: a telephone inquiry will not preserve your rights under federal law. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.

In your letter, give us the following information:
1. Your name and account number (if any).
2. The dollar amount of the suspected error.
3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You can stop the automatic deduction of the Minimum Payment from your checking account if you think your statement is wrong. To stop the payment, your letter must reach us three (3) business days before the automatic deduction is scheduled to occur.



# WACHOVIA

A Wells Fargo Company

## ACCOUNT ACTIVITY

**I want to...**
View Recent Activity
Transfer Funds
Pay Bills
View Paper Statements
Order Checks
Check Search
View Check Card
Rewards
Go to Customer Service Page

**Account** FREE CKG *8054   [ Go ]   **Action**

---

**Find Transactions**

○ **Date Range:** Last 15 days   - OR - ◉   06/01/2010   to   06/30/2010

                                                             (MM/DD/YYYY)       (MM/DD/YYYY)

**Sort By:** All Transaction Types

          [ Go ]       **Note:** You have up to 90 days of account history available.
                                 To view up to 7 years, go to View Paper Statements

---

Posted Balance as of 07/16/2010 : $990.60 *     **Available Balance** as of 07/19/2010 : **$726.28 **    (View Holds)   **?**

**Transactions for: FREE CKG *8054**

| Date ▲ | Type | Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|---|
| 06/30/2010 | Check View | CHECK 1012 | $40.00 | | $121.21 |
| 06/29/2010 | Check View | CHECK 1013 | $12.00 | | $161.21 |
| 06/29/2010 | Check View | CHECK 1011 | $150.00 | | $173.21 |
| 06/29/2010 | Deposit | DEPOSIT | | $100.00 | $323.21 |
| 06/28/2010 | Purchase | PURCHASE TARGET T0645 REGENCY 06/26 | $107.49 | | $223.21 |
| 06/25/2010 | Check View | CHECK 1010 | $327.68 | | $330.70 |
| 06/21/2010 | Purchase | PURCHASE Amazon.com 06/18 | $58.54 | | $658.38 |
| 06/21/2010 | Check View | CHECK 1009 | $192.00 | | $716.92 |
| 06/17/2010 | Purchase | PURCHASE DISNEY'S PHOTOPASS 06/16 | $33.15 | | $908.92 |
| 06/16/2010 | Purchase | PURCHASE KURT ENGLISH PHOTO 06/14 | $22.48 | | $942.07 |
| 06/16/2010 | Purchase | PURCHASE GATE 1190 06/15 | $38.24 | | $964.55 |
| 06/11/2010 | Deposit | DEPOSIT | | $1,000.00 | $1,002.79 |
| 06/08/2010 | Purchase | PURCHASE LOWE'S #503 06/08 | $29.42 | | $2.79 |
| 06/07/2010 | Check View | CHECK 1008 | $39.26 | | $32.21 |
| 06/07/2010 | Purchase | PURCHASE GATE 1190 06/03 | $43.11 | | $71.47 |
| 06/07/2010 | Purchase | PURCHASE PUBLIX SUPER MAR 2033 R 06/04 | $48.41 | | $114.58 |
| 06/07/2010 | Purchase | PURCHASE KODAK GALLERY 06/05 | $55.50 | | $162.99 |
| 06/03/2010 | Purchase | PURCHASE CHICK-FIL-A #01727 06/01 | $9.78 | | $218.49 |

| 06/01/2010 | Check View | CHECK 1005 | $10.00 | $228.27 |
| 06/01/2010 | Purchase | PURCHASE REDDI ARTS 05/28 | $24.94 | $238.27 |
| 06/01/2010 | Purchase | PURCHASE WALGREENS #11137 05/30 | $40.00 | $263.21 |

**1 - 21 of 21**

\* Includes transactions that have cleared your account as of the close of the previous business day. See help with this page for more details.
\*\* Transactions that have been authorized but not yet posted are included. See help with this page for more details.

Customer Agreement    Privacy    Security    Legal
© 2010 Wells Fargo. All rights reserved.