**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | Case No.: 3:10-bk-02954 (PMG) |
| DANE E. BAIRD | Chapter 11 |
| SARAH B. BAIRD | |
| Debtors | |

**DEBTORS' MONTHLY OPERATING REPORT FOR THE PERIOD**
**DECEMBER 1, 2012 TO DECEMBER 31, 2012**

    Dane Baird and Sarah Baird, Debtors, hereby file this Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

**BRENNAN, MANNA & DIAMOND, P.L.**

<u>Debtors' Address and Telephone No.</u>

Dane Baird and Sarah Baird
1520 Silver Street
Jacksonville, FL 32202
(904)374-9550

/s/ ***Robert Wilcox***
Robert D. Wilcox (Fla. Bar No. 0755168)
800 West Monroe Street
Jacksonville, FL 32202
Telephone: (904) 366-1500
Facsimile (904) 366-1501
rdwilcox@bmdpl.com

ATTORNEY FOR THE DEBTORS

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

| Case Name: | Dane and Sarah Baird |
|---|---|
| Case Number: | 3:10−bk−02954−PMG |

Note: The information requested below is a summary of the information r

|  | Month | Cumulative Total |
|---|---|---|
| CASH- Beginning of Month (Household) | 2738.3 | |
| CASH- Beginning of Month (Business) | 3960.37 | |
|  |  | |
| Total Household Receipts | 4133.01 | |
| Total Business Receipts | 15080.16 | |
| Total Receipts | 19213.17 | |
|  | $3,535.80 | |
| Total Household Disbursements | | |
|  | $7,522.03 | |
| Total Business Disbursements | | |
| Total Disbursements | 11057.83 | |
|  |  | |
| NET CASH FLOW (Total Receipts minus Total Disbursements) | 8155.34 | |
|  |  | |
| CASH- End of Month (Individual) | 3335.51 | |
| CASH- End of Month (Business) | 12,866.57 | |

.ATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERI

| TOTAL DISBURSEMENTS (From Above) | | |
|---|---|---|
| from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's | 4133.01 | |
|  | | |
| CALCULATION | | |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

This ___10___ day of ___JAN___ _____
                                      Debtor's Signature

# SCHEDULE OF HOUSEHOLD
# CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month | Cumulative Total |
|---|---|---|
| **CASH** - Beginning of Month | $2,738.30 | |
| | | |
| **CASH RECEIPTS** | | |
| Salary or Cash from Business | | |
| Wages from Other Sources (attach list to this report) | | |
| Interest or Dividend Income | | |
| Alimony or Child Support | | |
| Social Security/Pension/Retirement | | |
| Sale of Household Assets (attach list to this report) | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | | |
| Other (specify) (attach list to this report) | $          4,133.01 | |
| | | |
| **TOTAL RECEIPTS** | $          4,133.01 | |
| | | |
| **CASH DISBURSEMENTS** | | |
| Alimony or Child Support Payments | | |
| Charitable Contributions | | |
| Gifts | | |
| Household Expenses/Food/Clothing | | |
| Household Repairs & Maintenance | | |
| Insurance | | |
| IRA Contribution | | |
| Lease/Rent Payments | | |
| Medical/Dental Payments | | |
| Mortgage Payment(s) | | |
| Other Secured Payments | | |
| Taxes - Personal Property | | |
| Taxes - Real Estate | | |
| Taxes Other (attach schedule) | | |
| Travel & Entertainment | | |
| Tuition/Education | | |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | | |
| Vehicle Expenses | | |
| Vehicle Secured Payment(s) | | |
| U. S. Trustee Quarterly Fees | | |
| Professional Fees (Legal, Accounting) | | |
| Other (attach schedule) | $          3,535.80 | |
| | | |
| | | |
| | | |
| **Total Household Disbursements** | | |
| | | |
| **CASH - End of Month** (Must equal reconciled bank statement- Attachment No. 2) | $3,335.51 | |

| Category | Date | Payee | | Amount | Payment | Note |
|---|---|---|---|---|---|---|
| Food | 1-Dec | Five Guys | $ | 21.02 | Wells Fargo debit | |
| Grooming | 1-Dec | Hawthorn Salon | $ | 25.00 | Wells Fargo debit | haircut for Jean |
| Food | 1-Dec | Florida Creamery | $ | 8.00 | Cash | ice cream for me + Jean |
| Home, Food, Charitab | 2-Dec | Walmart | $ | 89.71 | Wells Fargo debit | includes $40 in shoes for church gift |
| Food | 2-Dec | Publix | $ | 17.35 | Wells Fargo debit | |
| Gifts | 2-Dec | Sweet Pete's | $ | 14.12 | Wells Fargo debit | table gifts for SUMC brunch |
| Home | 3-Dec | Costco | $ | 55.58 | Wells Fargo debit | xmas cards for me and mom |
| Home + Food | 3-Dec | Costco | $ | 113.53 | Wells Fargo debit | |
| Grooming | 3-Dec | Dillards | $ | 26.75 | Wells Fargo debit | Clinique powder foundation |
| Home | 10-Dec | Staples | $ | 30.57 | Wells Fargo debit | |
| Food | 10-Dec | Costco | $ | 229.97 | Wells Fargo debit | |
| Entertainment | 10-Dec | Jax Symphony | $ | 106.00 | Wells Fargo debit | nutcracker tix |
| Gifts | 10-Dec | Amazon.com | $ | 35.98 | Wells Fargo debit | Caroline and Elise xmas gifts |
| Gifts | 11-Dec | Sweet Pete's | $ | 24.40 | Wells Fargo debit | gifts for Miss Janelle and Miss Julia |
| Food | 11-Dec | Walmart | $ | 5.96 | Wells Fargo debit | oreos |
| Medical | 17-Dec | Walgreens | $ | 11.77 | Wells Fargo debit | medicine for Bean |
| Gifts | 14-Dec | Sivada's Cupcakery | $ | 32.37 | Wells Fargo debit | for Mom |
| Gifts | 15-Dec | Jax Symphony Guild | $ | 22.00 | Wells Fargo debit | nutcracker for Jean |
| Food | 17-Dec | Dunkin Donuts | $ | 5.83 | Wells Fargo debit | |
| Gifts | 18-Dec | Sweet Pete's | $ | 19.47 | Wells Fargo debit | gift for Mrs. Spears |
| Gifts + Clothes | 18-Dec | Market One | $ | 12.20 | Wells Fargo debit | headbands for Jean |
| Grooming | 19-Dec | Beverly Ginn | $ | 35.00 | Check #1277 | |
| Gifts | 18-Dec | Amazon.com | $ | - | Dane's card | order # 104-9538013-1439425. girls gifts |
| Gifts + Clothes | 18-Dec | GapKids | $ | 63.62 | Wells Fargo debit | order #  16J38KS: 2 pr. Jeans for Jean |
| Home | 20-Dec | Ataglance | $ | 25.99 | Wells Fargo debit | order # o107685887:  2013 calendar |
| Home | 20-Dec | Diapers.com | $ | 76.57 | Wells Fargo debit | order #19711849 |
| Tuition | 19-Dec | SUMP | $ | 185.00 | Wells Fargo debit | Susannah January tuition |
| Home | 20-Dec | Jax Zoo membership | $ | 103.50 | Wells Fargo debit | renewal |
| Food | 19-Dec | Publix | $ | 35.66 | Wells Fargo debit | |
| Tuition | 19-Dec | SUMP | $ | 185.00 | Check #1278 | |
| Food + Gifts | 20-Dec | Spring Hill | $ | 53.00 | Wells Fargo debit | Mamies Wafters |
| Home | 20-Dec | Diapers.com | $ | 76.57 | Wells Fargo debit | |
| Food | 21-Dec | Costco | $ | 316.74 | Wells Fargo debit | |
| Gifts | 21-Dec | Dollar Tree | $ | 10.70 | Wells Fargo debit | |
| Gifts | 21-Dec | Bath & Body Works | $ | 22.47 | Wells Fargo debit | |

| | | | | | |
|---|---|---|---|---|---|
| Gifts | 21-Dec | Costco | $ | 50.28 | Wells Fargo debit scotch for Dane |
| Food | 21-Dec | Publix | $ | 94.31 | Wells Fargo debit |
| Gifts | 21-Dec | Sweet Pete's | $ | 86.04 | Wells Fargo debit gifts for Wilcox and others |
| Autos | 21-Dec | Gate | $ | 49.32 | Wells Fargo debit gas for Honda |
| Food | 24-Dec | Honeybaked Ham | $ | 60.22 | Wells Fargo debit |
| Food | 24-Dec | Winn Dixie | $ | 3.89 | Wells Fargo debit |
| Food + Entertainment | 26-Dec | Columbia Ybor | $ | 151.43 | Wells Fargo debit |
| Food | 27-Dec | Taverna Opa | $ | 55.00 | Wells Fargo debit |
| Entertainment | 27-Dec | The Florida Aquarium | $ | 54.75 | Wells Fargo debit tickets |
| Food | 27-Dec | Bern's | $ | 190.00 | Wells Fargo debit |
| Food | 27-Dec | Bern's | $ | 50.00 | Wells Fargo debit dessert |
| Food + Home | 27-Dec | Ybor Supermarket | $ | 21.91 | Wells Fargo debit necessities @ Ybor house |
| Food | 28-Dec | Spaghetti Warehouse | $ | 87.00 | Wells Fargo debit |
| Entertainment | 28-Dec | MOSI | $ | 64.00 | Wells Fargo debit tickets |
| Medical | 30-Dec | Kate Palso | $ | 65.00 | Check #1279 |
| Food | 31-Dec | Costco | $ | 248.42 | Wells Fargo debit |
| Food | 31-Dec | Costco | $ | 23.38 | Wells Fargo debit bourbon for pork |
| Home | 31-Dec | Reddi Arts | $ | 37.45 | Wells Fargo debit deposit for Jean's cards |
| Transfer | 31-Dec | **SAVE AS YOU GO** | $ | 46.00 | Wells Fargo debit |
| | | | **$** | **3,535.80** | |

**DEPOSITS**

| | | | | |
|---|---|---|---|---|
| | 3-Dec | Transfer from Savings | $ | 110.00 |
| | 5-Dec | SB | $ | 250.00 |
| | 11-Dec | SB | $ | 100.00 |
| | 17-Dec | SB | $ | 100.00 |
| | 18-Dec | SB | $ | 200.00 |
| | 19-Dec | SB | $ | 1,014.26 |
| | 21-Dec | SB | $ | 2,358.75 |
| | | | **$** | **4,133.01** |

# SCHEDULE OF BUSINESS
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month | Cumulative Total |
|---|---|---|
| **CASH** - Beginning of Month | 5,308.44 | |
| | | |
| **BUSINESS CASH RECEIPTS** | | |
| Cash Sales | | |
| Account Receivable Collection | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | | |
| Rental Income | 15,080.16 | |
| transfer from savings | | |
| | | |
| | | |
| **Total Business Receipts** | 15,080.16 | |
| | | |
| **BUSINESS CASH DISBURSEMENTS** | | |
| Net Payroll (Excluding Self) | | |
| Salary Paid to Debtor or Owner's Draw (e.g., transfer to Household Account) | | |
| Tax - RE Escrow | | |
| Taxes - Sales | | |
| Taxes Other (attach schedule) | | |
| Contract Labor (Subcontractors) | | |
| Inventory Purchases | | |
| Secured/Lease Payments (Business) | | |
| Utilities (Business) | | |
| Insurance | | |
| Vehicle Expenses | | |
| Travel & Entertainment | | |
| Repairs and Maintenance | | |
| Supplies | | |
| Charitable Contributions/Gifts | | |
| Purchase of Fixed Assets | | |
| Advertising | | |
| Bank Charges | | |
| Other (attach schedule) | **$7,522.03** | |
| | | |
| **Total Business Disbursements** | 7,522.03 | |
| | | |
| **CASH - End of Month** (Must equal reconciled bank statement - Attachment No. 2) | 12,866.57 | |

# Springfield Commercial Expenses December 2012

| Date | Description | Check/Debit | Salaries | Payroll Taxes | Auto | Gas | Cont. | Dues Subs | Legal & Prof | Meals & Ent | Office Exp | Pay Proc | Sec Syst | Utilities | Misc | Stud Lns |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1-Dec | YMCA | Debit | | | | | | 39 | | | | | | | | |
| 3-Dec | Shantytown Pub | Debit | | | | | | | | 10 | | | | | | |
| 3-Dec | Google Apps | Debit | | | | | | | | | 5 | | | | | |
| 3-Dec | Fionn Maccools | Debit | | | | | | | | 57.45 | | | | | | |
| 4-Dec | Sweet Pete's | Debit | | | | | | | | 12.84 | | | | | | |
| 5-Dec | Desert Rider Sand | Debit | | | | | | | | 6.2 | | | | | | |
| 5-Dec | JEA | BP | | | | | | | | | | | | 270.49 | | |
| 5-Dec | Nstar | BP | | | | | | | | | | | | 12.1 | | |
| 6-Dec | Sweet Pete's | Debit | | | | | | | | 25.68 | | | | | | |
| 6-Dec | 1025 | Check | | | | | | | | | | | | | 250 | |
| 7-Dec | Uptown Market | Debit | | | | | | | | 34.27 | | | | | | |
| 8-Dec | Jersey Mike's | Debit | | | | | | | | 8.92 | | | | | | |
| 8-Dec | Great Clips | Debit | | | | | | | | | | | | | 13 | |
| 10-Dec | Costco | Debit | | | | | | | | 40.58 | | | | | | |
| 10-Dec | Gate | Debit | | | | 52.42 | | | | | | | | | | |
| 10-Dec | Metro Diner | Debit | | | | | | | | 18.28 | | | | | | |
| 11-Dec | Prince of Peace | BP | | | | | 60 | | | | | | | | | |
| 12-Dec | 1026 | Check | | | | | | | | | | | | | 120 | |
| 12-Dec | 1027 | Check | | | | | | | | | | | | | 100 | |
| 13-Dec | NelNet | BP | | | | | | | | | | | | | | 1500 |
| 13-Dec | Mary Winter | BP | | | | | | | | | | | | | 500 | |
| 13-Dec | Safetouch | BP | | | | | | | | | | | 27 | | | |
| 18-Dec | Paychex | Debit | | 332.5 | | | | | | | | | | | | |
| 18-Dec | 1028 | Check | | | | | | | | | | | | | 100 | |
| 18-Dec | Prince of Peace | BP | | | | | 60 | | | | | | | | | |
| 19-Dec | Amazon | Debit | | | | | | | | | 1.58 | | | | | |
| 19-Dec | Amazon | Debit | | | | | | | | | 66.45 | | | | | |
| 19-Dec | Prince of Peace | BP | | | | | 100 | | | | | | | | | |
| 19-Dec | 1029 | Check | | | | | | | | | | | | | 200 | |
| 19-Dec | BMD | BP | | | | | | 250 | | | | | | | | |
| 19-Dec | Paychex | Debit | | | | | | | | | | 74.6 | | | | |

| Date | Description | Type | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20-Dec | Omahasteaks.com | Debit | | | | | | | | 73.98 | | | | | | |
| 20-Dec | Omahasteaks.com | Debit | | | | | | | | 73.98 | | | | | | |
| 20-Dec | Lowes | Debit | | | | | | | | | 100 | | | | | |
| 21-Dec | Jersey Mike's | Debit | | | | | | | | 7.36 | | | | | | |
| 24-Dec | Sarah Baird | Check | 2358.75 | | | | | | | | | | | | | |
| 24-Dec | Costco | Debit | | | | | | | | 134.96 | | | | | | |
| 24-Dec | Costco | Debit | | | | | | | | 137.8 | | | | | | |
| 26-Dec | Prince of Peace | BP | | | | | 60 | | | | | | | | | |
| 26-Dec | Walgreens | Debit | | | | | | | | | | | | | 48.14 | |
| 26-Dec | Gate | Debit | | | | 21.25 | | | | | | | | | | |
| 28-Dec | McDonalds | Debit | | | | | | | | 3.39 | | | | | | |
| 28-Dec | Mosi Café | Debit | | | | | | | | 20.33 | | | | | | |
| 29-Dec | SO Good | Debit | | | | | | | | 11 | | | | | | |
| 29-Dec | Tre Amici | Debit | | | | | | | | 9.87 | | | | | | |
| 29-Dec | FCC 30 | Debit | | | | | | | | 46.64 | | | | | | |
| 31-Dec | Museum of Science | Debit | | | | | | | | 4 | | | | | | |
| 31-Dec | AIM Electric | Debit | | | | | | | | 30 | | | | | | |
| 31-Dec | Chick-Fil-a | Debit | | | | | | | | 19.23 | | | | | | |
| 31-Dec | Car Spa | Debit | | | 12.99 | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | Totals | 2358.75 | 332.5 | 12.99 | 73.67 | 280 | 39 | 250 | 786.76 | 173 | 74.6 | 27 | 282.59 | 1331.1 | 1500 |

7522

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business during this reporting period? | | x |
| 2. Have any funds been disbursed from any account other than a debtor in possession account? | x | |
| 3. Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | x |
| 4. Have any payments been made on pre-petition liabilities this reporting period? | | x |
| 5. Have any post-petition loans been received by the debtor from any party? | | x |
| 6. Are any post-petition payroll taxes past due? | | x |
| 7. Are any post-petition state or federal income taxes past due? | | x |
| 8. Are any post-petition state or local sales taxes past due? | | x |
| 9. Are any post-petition real estate taxes past due? | | x |
| 10. Are any amounts owed to post-petition creditors/vendors delinquent? | | x |
| 11. Are any wage payments past due? | | x |

**\*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.**

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | x | |
| 2. Are all premium payments current? | x | |

**\*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.**

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| **TYPE of POLICY       and       CARRIER** | **Period of Coverage** | **Payment Amount and Frequency** | **Delinquency Amount** |
| Homeowners for 1435 Silver St. | April 8th 2011 to April 8th | 500 annually | 0 |
| Homeowners for 22 White St. Place Units 1, 2, 3      Norfolk and Dedham | April 8th 2011 to April 8th | 3300 annually | 0 |
| received insurance payment of 22,000. for past flood damages; can now fix | | | 0 |
| Homeowners for 1520 Silver St. Universal Risk Advisors | April 8th 2011 to April 8th | 1074 annually | 0 |

_____ Check here if United States Trustee has been listed a a Certificate Holder on all policies of insurance.

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | Vystar | Wachovia | | |
| Account Number: | ▮184 | ****8054 | | |
| Purpose of Account (Business/Personal) | Business | Personal | | |
| Type of Account (e.g. checking) | Checking | Checking | | |
| | | | | |
| 1. **Balance per Bank Statement** | 12,866.57 | 3335.51 | | |
| 2. **ADD**: Deposits not credited (attach list to this report) | | | | |
| 3. **SUBTRACT**: Outstanding Checks (attach list) | | | | |
| 4. Other Reconciling Items (attach list to this report) | | | | |
| 5. **Month End Balance** (Must Agree with Books) | 12866.57 | 3335.51 | | |
| TOTAL OF ALL ACCOUNTS | | | | |
| | | | | |

**Note: Attach a copy of the bank statement and bank reconciliation for each account.**

| Investment Account Information<br><br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| Fidelity Investments (Retirement , JTE Accounts, Ed | Revolving purchases and sales | ETFS, Stocks | | 226,248.06 |
| Acct #s ▮ 3895 ▮ 16813, ▮ 41180 | | | | |
| ▮ 1217, ▮ -144290) | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Note: Attach a copy of each investment account statement.**

**CASH DISBURSEMENTS DETAILS - HOUSEHOLD**

| Name of Bank | Wachovia |
|---|---|
| Account Number | ****8054 |
| Purpose of Account (Personal) | Personal |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| See Schedule for Household | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | 0 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

| |
|---|
| |
| |
| |
| |
| |

 Wells Fargo Online®

# Account Activity

**WAY2SAVE® CHECKING XXXXXXXXX8054**

### Activity Summary

| | |
|---|---|
| Current Posted Balance | $1,378.75 |
| Pending Withdrawals/ Debits | -$123.02 |
| Pending Deposits/ Credits | $0.00 |
| **Available Balance** | **$1,255.73** |

### Transactions

Show: for **Date Range 12/01/12** to **12/31/12**

| Date ↓ | Description | Deposits / Credits | Withdrawals / Debits |
|---|---|---|---|
| **Pending Transactions** | Note: Amounts may change | | |
| No pending transactions meet your criteria above. | | | |
| **Posted Transactions** | | | |
| **12/31/12** | SAVE AS YOU GO TRANSFER DEBIT TO XXXXXXXXXX9874 | | $10.00 |
| **12/31/12** | CHECK # 1279 | | $65.00 |
| **12/31/12** | POS PURCHASE - COSTCO WHSE 0357 JACKSONVILLE FL 2018 00382366701844284 | | $23.38 |
| **12/31/12** | POS PURCHASE - COSTCO WHSE 0357 JACKSONVILLE FL 2018 00302366699824645 | | $248.42 |
| **12/31/12** | POS PURCHASE - REDDI ARTS JACKSONVILLE FL 2018 00582366660350579 | | $37.45 |
| **12/31/12** | CHECK CRD PURCHASE 12/28 SPAGHETTI WRHOUSE TAMPA FL 482853XXXXXX2018 002363840295752 ?MCC=5812 | | $87.00 |
| **12/31/12** | CHECK CRD PURCHASE 12/28 MOSI ADMISSIONS TAMPA FL 482853XXXXXX2018 082363538423837 ?MCC=7991 | | $64.00 |
| **12/31/12** | CHECK CRD PURCHASE 12/28 CALENDARS 800-365-9327 NY 482853XXXXXX2018 082363444916134 ?MCC=5111 | | $25.99 |
| **12/31/12** | CHECK CRD PURCHASE 12/27 BERN'S STEAK HOUSE TAMPA FL 482853XXXXXX2018 082363069190208 ?MCC=5812 | | $50.00 |
| **12/31/12** | CHECK CRD PURCHASE 12/27 BERN'S STEAK HOUSE TAMPA FL 482853XXXXXX2018 162363021702151 ?MCC=5812 | | $190.00 |
| **12/31/12** | CHECK CRD PURCHASE 12/27 TAVERNA OPA - TAMP TAMPA FL 482853XXXXXX2018 282362658540516 ?MCC=5812 | | $55.00 |
| **12/31/12** | CHECK CRD PURCHASE 12/27 AZA-MEMBER FLA AQU TAMPA FL 482853XXXXXX2018 162362524851706 ?MCC=7998 | | $54.75 |
| **12/28/12** | SAVE AS YOU GO TRANSFER DEBIT TO XXXXXXXXXX9874 | | $2.00 |
| **12/28/12** | CHECK CRD PURCHASE 12/27 YBOR SUPERMARKET TAMPA FL 482853XXXXXX2018 282362747192183 ?MCC=5411 | | $21.91 |
| **12/28/12** | CHECK CRD PURCHASE 12/26 COLUMBIA RESTAURAN TAMPA FL 482853XXXXXX2018 282362032460653 ?MCC=5812 | | $151.43 |
| **12/27/12** | SAVE AS YOU GO TRANSFER DEBIT TO XXXXXXXXXX9874 | | $1.00 |
| **12/27/12** | CHECK CRD PURCHASE 12/24 HONEYBAKED HAM 307 JACKSONVILLE FL 482853XXXXXX2018 002359571210600 ?MCC=5411 | | $60.22 |
| **12/24/12** | SAVE AS YOU GO TRANSFER DEBIT TO XXXXXXXXXX9874 | | $3.00 |
| **12/24/12** | CHECK # 1277 | | $35.00 |
| **12/24/12** | CHECK CRD PURCHASE 12/21 SWEET PETE'S: PURE JACKSONVILLE FL 482853XXXXXX2018 282356533326587 ?MCC=5441 | | $86.04 |
| **12/24/12** | CHECK CRD PURCHASE 12/21 QI *DIAPERS.COM 800-3427377 NJ 482853XXXXXX2018 582356072183255 ?MCC=5969 | | $76.57 |
| **12/24/12** | CHECK CRD PURCHASE 12/20 JACKSONVILLE ZOO JACKSONVILLE FL 482853XXXXXX2018 282355511241768 ?MCC=7996 | | $103.50 |

| Date | Description | Deposit | Amount |
|------|-------------|---------|--------|
| 12/21/12 | SAVE AS YOU GO TRANSFER DEBIT TO XXXXXXXXXX9874 | | $8.00 |
| 12/21/12 | POS PURCHASE - PUBLIX SUPER MAR 2033 JACKSONVILLE FL 2018 00582356691445616 | | $94.31 |
| 12/21/12 | POS PURCHASE - COSTCO WHSE 0357 JACKSONVILLE FL 2018 00462356632056531 | | $50.28 |
| 12/21/12 | POS PURCHASE - COSTCO WHSE 0357 JACKSONVILLE FL 2018 00462356628260074 | | $316.74 |
| 12/21/12 | POS PURCHASE - DOLLAR TREE 42 JACKSONVILLE FL 2018 00000000042819893 | | $10.70 |
| 12/21/12 | POS PURCHASE - BATH BODY WOR JACKSONVILLE FL 2018 00000000259834905 | | $22.47 |
| 12/21/12 | ATM WITHDRAWAL - 4715 TOWN CENTER PARKW JACKSONVILLE FL 2018 0002661 | | $60.00 |
| 12/21/12 | POS PURCHASE - GATE 1190 JACKSONVILLE FL 2018 00000000359473060 | | $49.32 |
| 12/21/12 | CHECK CRD PURCHASE 12/20 PAYPAL *SPRINGHILL 402-935-7733 CA 482853XXXXX2018 162355693779808 ?MCC=8999 | | $53.00 |
| 12/21/12 | CHECK CRD PURCHASE 12/19 GAP ONLINE 800-GAPSTYLE OH 482853XXXXX2018 462353677750994 ?MCC=5964 | | $63.62 |
| 12/21/12 | ATM CHECK DEPOSIT - 4715 TOWN CENTER PARKW JACKSONVILLE FL 2018 0002660 | $2,358.75 | |
| 12/20/12 | SAVE AS YOU GO TRANSFER DEBIT TO XXXXXXXXXX9874 | | $1.00 |
| 12/20/12 | CHECK # 1272 | | $35.00 |
| 12/20/12 | CHECK CRD PURCHASE 12/18 SWEET PETE'S: PURE JACKSONVILLE FL 482853XXXXX2018 002353584993126 ?MCC=5441 | | $19.47 |
| 12/19/12 | SAVE AS YOU GO TRANSFER DEBIT TO XXXXXXXXXX9874 | | $3.00 |
| 12/19/12 | POS PURCHASE - PUBLIX SUPER MAR 2033 JACKSONVILLE FL 2018 00302354560151497 | | $35.66 |
| 12/19/12 | CHECK CRD PURCHASE 12/18 SQ *MARKET ONE Jacksonville FL 482853XXXXX2018 082353607846197 ?MCC=5399 | | $12.20 |
| 12/19/12 | CHECK CRD PURCHASE 12/17 DD/BR #343637 JACKSONVILLE FL 482853XXXXX2018 162352601007372 ?MCC=5814 | | $5.83 |
| 12/19/12 | ATM CHECK DEPOSIT - 1601 N MAIN ST JACKSONVILLE FL 2018 0005385 | $1,014.26 | |
| 12/18/12 | DEPOSIT | $200.00 | |
| 12/17/12 | SAVE AS YOU GO TRANSFER DEBIT TO XXXXXXXXXX9874 | | $3.00 |
| 12/17/12 | POS PURCHASE - WALGREENS 1801 N DAVIS JACKSONVILLE FL 2018 00462352577803843 | | $11.77 |
| 12/17/12 | CHECK CRD PURCHASE 12/15 JACKSONVILLE SYMPH JACKSONVILLE FL 482853XXXXX2018 082350758727406 ?MCC=7922 | | $22.00 |
| 12/17/12 | CHECK CRD PURCHASE 12/14 SIVADA'S CUPCAKERY JACKSONVILLE FL 482853XXXXX2018 282349577809783 ?MCC=5462 | | $32.37 |
| 12/17/12 | DEPOSIT | $100.00 | |
| 12/13/12 | SAVE AS YOU GO TRANSFER DEBIT TO XXXXXXXXXX9874 | | $1.00 |
| 12/13/12 | CHECK CRD PURCHASE 12/11 SWEET PETE'S: PURE JACKSONVILLE FL 482853XXXXX2018 082346618008267 ?MCC=5441 | | $24.40 |
| 12/12/12 | SAVE AS YOU GO TRANSFER DEBIT TO XXXXXXXXXX9874 | | $2.00 |
| 12/12/12 | CHECK CRD PURCHASE 12/11 AMAZON MKTPLACE PM AMZN.COM/BILL WA 482853XXXXX2018 162346230840272 ?MCC=5942 | | $35.98 |
| 12/12/12 | CHECK CRD PURCHASE 12/11 JACKSONVILLE SYMPH 904-354-5479 FL 482853XXXXX2018 282345680837302 ?MCC=7922 | | $106.00 |
| 12/11/12 | SAVE AS YOU GO TRANSFER DEBIT TO XXXXXXXXXX9874 | | $1.00 |
| 12/11/12 | CHECK # 1275 | | $35.00 |
| 12/11/12 | POS PURCHASE - Wal Mart Super JACKSONVILLE FL 2018 00000000146552177 | | $5.96 |
| 12/11/12 | DEPOSIT | $100.00 | |
| 12/10/12 | SAVE AS YOU GO TRANSFER DEBIT TO XXXXXXXXXX9874 | | $2.00 |
| 12/10/12 | POS PURCHASE - COSTCO WHSE 0357 JACKSONVILLE FL 2018 00462345567752062 | | $229.97 |
| 12/10/12 | POS PURCHASE - Staples Inc JACKSONVILLE FL 2018 00382345540078719 | | $30.57 |
| 12/05/12 | ATM CHECK DEPOSIT - 1601 N MAIN ST JACKSONVILLE FL 2018 0009451 | $250.00 | |
| 12/04/12 | SAVE AS YOU GO TRANSFER DEBIT TO XXXXXXXXXX9874 | | $1.00 |
| 12/04/12 | CHECK CRD PURCHASE 12/02 SWEET PETE'S: PURE JACKSONVILLE FL 482853XXXXX2018 162337790425962 ?MCC=5441 | | $14.12 |
| 12/03/12 | SAVE AS YOU GO TRANSFER DEBIT TO XXXXXXXXXX9874 | | $8.00 |

| 12/03/12 | POS PURCHASE - DILLARDS 0230 STJOHN JACKSONVILLE FL 2018 00582338643528735 | | $26.75 |
|---|---|---|---|
| 12/03/12 | POS PURCHASE - COSTCO WHSE 0357 JACKSONVILLE FL 2018 00382338630529974 | | $113.53 |
| 12/03/12 | POS PURCHASE - COSTCO WHSE 0357 JACKSONVILLE FL 2018 00382338617064659 | | $55.58 |
| 12/03/12 | POS PURCHASE - PUBLIX SUPER MAR 2875 JACKSONVILLE FL 2018 00462337486533224 | | $17.35 |
| 12/03/12 | POS PURCHASE - WAL MART 3309 JACKSONVILLE FL 2018 00000000443568689 | | $89.71 |
| 12/03/12 | CHECK CRD PURCHASE 12/01 HAWTHORN SALON JACKSONVILLE FL 482853XXXXXX2018 082336719400763 ?MCC=7230 | | $25.00 |
| 12/03/12 | CHECK CRD PURCHASE 12/01 FIVE GUYS 330 RIVE JACKSONVILLE FL 482853XXXXXX2018 282336629098743 ?MCC=5814 | | $21.02 |
| 12/03/12 | CHECK CRD PURCHASE 11/30 AAA AUTO CLUB SO # JACKSONVILLE FL 482853XXXXXX2018 282335545618520 ?MCC=8675 | | $697.60 |
| 12/03/12 | ONLINE TRANSFER REF #IBE2GVLPGJ FROM WAY2SAVE SAVINGS VIA MOBILE | $110.00 | |
| Totals | | $4,133.01 | $3,904.94 |

🏠 **Equal Housing Lender**

© 1995 – 2013 Wells Fargo. All rights reserved.

**CASH DISBURSEMENTS DETAILS - BUSINESS**

| Name of Bank | BBVA Compass |
|---|---|
| Account Number | 729218 |
| Purpose of Account (Business) | Business |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| See Schedule for Business | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**CASH DISBURSEMENTS DETAILS - BUSINESS**

| | |
|---|---|
| Name of Bank | BBVA Compass |
| Account Number | ███ 729218 |
| Purpose of Account (Business) | Business |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| See Schedule for Business | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |



VyStar Auto Loan rates are the lowest they have been in decades. Apply for a VyStar consumer loan online via Internet Banking at www.vystarcu.org.
Low rates, no hidden fees or fine print surprises.

SPRINGFIELD COMMERCIAL PROPERTIE
DANE E BAIRD JR AGENT
SARAH D BAIRD
221 N HOGAN ST
JACKSONVILLE FL 32202-4201

23475

Ilyllllldullllllllluuuuulllulllllullelll<br>Illlllllllll

Statement Date: 12/31/12

Member Number: ████184

Page    1 of    5
MC 5

## Sm Business Checking Acct ████21415

Statement Period: 12/01/12 to 12/31/12

| Date | Description | Amount | Balance |
|------|-------------|--------|---------|
| 11/30 | Balance Forward ------------------------------------------------> | | 7,110.35 |
| 12/01 | ATM Deposit      VYSTAR ATM FLD142 | 34.00 | 7,144.35 |
| | 5927 UNIVERSITY BLVD WE JACKSONVILLE   FL | | |
| | Seq#003749      Date 12/01/12 Time 12:13 | | |
| 12/01 | ATM Deposit      VYSTAR ATM FLD142 | 350.00 | 7,494.35 |
| | 5927 UNIVERSITY BLVD WE JACKSONVILLE   FL | | |
| | Seq#003750      Date 12/01/12 Time 12:13 | | |
| 12/01 | ATM Deposit      VYSTAR ATM FLD142 | 1,050.00 | 8,544.35 |
| | 5927 UNIVERSITY BLVD WE JACKSONVILLE   FL | | |
| | Seq#003751      Date 12/01/12 Time 12:14 | | |
| 12/01 | DBT Purchase     YMCA FLORIDA-MET | 39.00- | 8,505.35 |
| | YMCA FLORIDA-METRO     WWW.FIRSTCOAS FL US | | |
| | Seq#013145      Date 12/01/12 Time 00:32 | | |
| 12/03 | POS Purchase     SHANTYTOWN PUB | 10.00- | 8,495.35 |
| | SHANTYTOWN PUB        JACKSONVILLE  FL US | | |
| | Seq#084001      Date 12/01/12 Time 04:58 | | |
| 12/03 | POS Purchase     GOOGLE*APPS_FLIC | 5.00- | 8,490.35 |
| | GOOGLE*APPS_FLICKER     CC@GOOGLE.COM CA US | | |
| | Seq#061412      Date 12/02/12 Time 11:39 | | |
| 12/03 | DBT Purchase     FIONN MACCOOLS I | 57.45- | 8,432.90 |
| | FIONN MACCOOLS IRIS    JACKSONVILLE  FL US | | |
| | Seq#090005      Date 12/02/12 Time 19:36 | | |
| 12/04 | DBT Purchase     SWEET PETE'S: PU | 12.84- | 8,420.06 |
| | SWEET PETE'S: PURE    JACKSONVILLE  FL US | | |
| | Seq#069155      Date 12/02/12 Time 16:25 | | |
| 12/04 | ATM Deposit      VYSTAR ATM FLD136 | 350.00 | 8,770.06 |
| | 214 N. HOGAN STREET     Jacksonville  Fl | | |
| | Seq#001607      Date 12/04/12 Time 12:12 | | |
| 12/05 | DBT Purchase     DESERT RIDER SAN | 6.20- | 8,763.86 |
| | DESERT RIDER SANDWI    JACKSONVILLE  FL US | | |
| | Seq#010032      Date 12/04/12 Time 09:37 | | |
| 12/05 | JEA              ONLINE PMT | 270.49- | 8,493.37 |
| 12/05 | NSTAR            ONLINE PMT | 12.10- | 8,481.27 |
| 12/06 | DBT Purchase     SWEET PETE'S: PU | 25.68- | 8,455.59 |
| | SWEET PETE'S: PURE    JACKSONVILLE  FL US | | |
| | Seq#069673      Date 12/04/12 Time 16:47 | | |
| 12/06 | Check Number     1025 | 250.00- | 8,205.59 |
| 12/07 | ATM Deposit      VYSTAR ATM FLD136 | 1,050.00 | 9,255.59 |

------Continued on next page -----

XF0269/NCP/1-04



SPRINGFIELD COMMERCIAL PROPERTIE 23475          Statement Date: 12/31/12

_____ Sm Business Checking Acct ████ 1415 _____
Statement Period: 12/01/12 to 12/31/12

| Date | Description | | Amount | Balance |
|------|-------------|---|--------|---------|
| | 214 N. HOGAN STREET     Jacksonville  Fl | | | |
| | Seq#002609          Date 12/07/12 Time 13:02 | | | |
| 12/07 | DBT Purchase     UPTOWN MARKET | | 34.27- | 9,221.32 |
| | UPTOWN MARKET              JACKSONVILLE   FL US | | | |
| | Seq#050010          Date 12/07/12 Time 21:25 | | | |
| 12/08 | DBT Purchase     JERSEY MIKE'S SU | | 8.92- | 9,212.40 |
| | JERSEY MIKE'S SUBS        JACKSONVILLE   FL US | | | |
| | Seq#070070          Date 12/07/12 Time 14:09 | | | |
| 12/08 | DBT Purchase     GREAT CLIPS #591 | | 13.00- | 9,199.40 |
| | GREAT CLIPS #5916         JACKSONVILLE   FL US | | | |
| | Seq#001004          Date 12/07/12 Time 23:16 | | | |
| 12/10 | POS Purchase     COSTCO WHSE #035 | | 40.58- | 9,158.82 |
| | 4901 GATE PARKWAY         JACKSONVILLE   FL US | | | |
| | Seq#000000564815 Date 12/09/12 Time 10:11 | | | |
| 12/10 | POS Purchase     GATE 1211 | | 52.42- | 9,106.40 |
| | 1605 RACE TRACK RD.       JACKSONVILLE   FL US | | | |
| | Seq#234400474746 Date 12/09/12 Time 12:29 | | | |
| 12/10 | DBT Purchase     METRO DINER | | 18.28- | 9,088.12 |
| | METRO DINER               904-6386185    FL US | | | |
| | Seq#024170          Date 12/09/12 Time 22:57 | | | |
| 12/10 | Deposit | | 3,050.00 | 12,138.12 |
| 12/11 | Check Number     995294 | | 60.00- | 12,078.12 |
| 12/12 | Check Number     1026 | | 120.00- | 11,958.12 |
| 12/12 | Check Number     1027 | | 100.00- | 11,858.12 |
| 12/13 | NELNET           ONLINE PMT | | 1,500.00- | 10,358.12 |
| 12/13 | Check Number     995282 | | 500.00- | 9,858.12 |
| 12/13 | Check Number     995303 | | 27.00- | 9,831.12 |
| 12/14 | Deposit | | 1,190.00 | 11,021.12 |
| 12/17 | ATM Deposit      VYSTAR ATM FLD136 | | 3,005.25 | 14,026.37 |
| | 214 N. HOGAN STREET     Jacksonville  Fl | | | |
| | Seq#004626          Date 12/17/12 Time 10:19 | | | |
| 12/17 | ATM Deposit      VYSTAR ATM FLD136 | | 100.00 | 14,126.37 |
| | 214 N. HOGAN STREET     Jacksonville  Fl | | | |
| | Seq#004627          Date 12/17/12 Time 10:20 | | | |
| 12/18 | PAYCHEX TPS      TAXES | | 332.50- | 13,793.87 |
| 12/18 | Check Number     1028 | | 100.00- | 13,693.87 |
| 12/18 | Check Number     995300 | | 60.00- | 13,633.87 |
| 12/19 | DBT Purchase     Amazon.com | | 1.58- | 13,632.29 |

------Continued on next page -----

XF026A/NCP/1-04



| Sm Business Checking Acct ███ 21415 |
| --- |

Statement Period: 12/01/12 to 12/31/12

| Date | Description | | Amount | Balance |
| --- | --- | --- | --- | --- |
| | Amazon.com | AMZN.COM/BILL WA US | | |
| | Seq#018752 | Date 12/18/12 Time 19:23 | | |
| 12/19 | DBT Purchase | Amazon.com | 66.45- | 13,565.84 |
| | Amazon.com | AMZN.COM/BILL WA US | | |
| | Seq#056248 | Date 12/19/12 Time 15:20 | | |
| 12/19 | Check Number | 995289 | 100.00- | 13,465.84 |
| 12/19 | Check Number | 1029 | 200.00- | 13,265.84 |
| 12/19 | Check Number | 995290 | 250.00- | 13,015.84 |
| 12/19 | PAYCHEX EIB | INVOICE | 74.60- | 12,941.24 |
| 12/20 | DBT Purchase | OMAHASTEAKS.COM | 73.98- | 12,867.26 |
| | OMAHASTEAKS.COM | 800-960-8400 NE US | | |
| | Seq#048966 | Date 12/19/12 Time 06:10 | | |
| 12/20 | DBT Purchase | OMAHASTEAKS.COM | 73.98- | 12,793.28 |
| | OMAHASTEAKS.COM | 800-960-8400 NE US | | |
| | Seq#049147 | Date 12/19/12 Time 06:08 | | |
| 12/20 | DBT Purchase | LOWES #00747* | 100.00- | 12,693.28 |
| | LOWES #00747* | 800-445-6937 NC US | | |
| | Seq#017501 | Date 12/20/12 Time 13:31 | | |
| 12/21 | DBT Purchase | JERSEY MIKE'S SU | 7.36- | 12,685.92 |
| | JERSEY MIKE'S SUBS | JACKSONVILLE FL US | | |
| | Seq#070040 | Date 12/20/12 Time 18:17 | | |
| 12/24 | Check Number | 5004 | 2,358.75- | 10,327.17 |
| 12/24 | POS Purchase | COSTCO WHSE #035 | 134.96- | 10,192.21 |
| | 4901 GATE PARKWAY | JACKSONVILLE FL US | | |
| | Seq#000000148666 | Date 12/24/12 Time 16:47 | | |
| 12/24 | POS Purchase | COSTCO WHSE #035 | 137.80- | 10,054.41 |
| | 4901 GATE PARKWAY | JACKSONVILLE FL US | | |
| | Seq#000000152398 | Date 12/24/12 Time 16:52 | | |
| 12/26 | Check Number | 995305 | 60.00- | 9,994.41 |
| 12/26 | POS Purchase | WALGREENS | 48.14- | 9,946.27 |
| | 1801 N DAVIS ST | JACKSONVILLE FL US | | |
| | Seq#721136 | Date 12/26/12 Time 11:23 | | |
| 12/26 | POS Purchase | GATE 1155 | 21.25- | 9,925.02 |
| | 3230 EMERSON ST. | JACKSONVILLE FL US | | |
| | Seq#236100472144 | Date 12/26/12 Time 12:22 | | |
| 12/28 | DBT Purchase | MCDONALDS M7574 | 3.39- | 9,921.63 |
| | MCDONALDS M7574 | ORLANDO FL US | | |
| | Seq#029924 | Date 12/26/12 Time 01:31 | | |

------Continued on next page -----

XF026A/NCP/1-04



SPRINGFIELD COMMERCIAL PROPERTIE 23475          Statement Date: 12/31/12

Page   4 of   5

---

Sm Business Checking Acct ████1415

Statement Period: 12/01/12 to 12/31/12

| Date | Description | | Amount | Balance |
|------|-------------|---|--------|---------|
| 12/28 | DBT Purchase | MOSI CAFE | 20.33- | 9,901.30 |
| | MOSI CAFE | TAMPA      FL US | | |
| | Seq#070025 | Date 12/28/12 Time 11:15 | | |
| 12/29 | DBT Purchase | SQ *SO GOOD | 11.00- | 9,890.30 |
| | SQ *SO GOOD | Tampa      FL US | | |
| | Seq#062004 | Date 12/29/12 Time 13:10 | | |
| 12/29 | DBT Purchase | TRE AMICI @ THE | 9.87- | 9,880.43 |
| | TRE AMICI @ THE BUN | TAMPA      FL US | | |
| | Seq#081017 | Date 12/29/12 Time 22:15 | | |
| 12/29 | DBT Purchase | FCC 30 | 46.64- | 9,833.79 |
| | FCC 30 | OCALA      FL US | | |
| | Seq#016082 | Date 12/29/12 Time 09:34 | | |
| 12/31 | DBT Purchase | MUSEUM OF SCIENC | 4.00- | 9,829.79 |
| | MUSEUM OF SCIENCE A | TAMPA      FL US | | |
| | Seq#080282 | Date 12/28/12 Time 03:28 | | |
| 12/31 | DBT Purchase | AIM ELECTRIC | 30.00- | 9,799.79 |
| | AIM ELECTRIC | PLANT CITY      FL US | | |
| | Seq#087796 | Date 12/29/12 Time 16:56 | | |
| 12/31 | DBT Purchase | CHICK-FIL-A #005 | 19.23- | 9,780.56 |
| | CHICK-FIL-A #00531 | GAINESVILLE      FL US | | |
| | Seq#098823 | Date 12/29/12 Time 18:52 | | |
| 12/31 | ATM Deposit | VYSTAR ATM FLD136 | 1,050.00 | 10,830.56 |
| | 214 N. HOGAN STREET | Jacksonville  Fl | | |
| | Seq#007029 | Date 12/31/12 Time 07:40 | | |
| 12/31 | ATM Deposit | VYSTAR ATM FLD136 | 1,100.00 | 11,930.56 |
| | 214 N. HOGAN STREET | Jacksonville  Fl | | |
| | Seq#007197 | Date 12/31/12 Time 16:31 | | |
| 12/31 | ATM Deposit | VYSTAR ATM FLD136 | 1,050.00 | 12,980.56 |
| | 214 N. HOGAN STREET | Jacksonville  Fl | | |
| | Seq#007198 | Date 12/31/12 Time 16:31 | | |
| 12/31 | ATM Deposit | VYSTAR ATM FLD136 | 700.00 | 13,680.56 |
| | 214 N. HOGAN STREET | Jacksonville  Fl | | |
| | Seq#007199 | Date 12/31/12 Time 16:32 | | |
| 12/31 | ATM Deposit | VYSTAR ATM FLD136 | 1,000.00 | 14,680.56 |
| | 214 N. HOGAN STREET | Jacksonville  Fl | | |
| | Seq#007200 | Date 12/31/12 Time 16:33 | | |
| 12/31 | DBT Purchase | CAR SPA #1 | 12.99- | 14,667.57 |
| | CAR SPA #1 | JACKSONVILLE  FL US | | |

------Continued on next page -----

XF026A/NCP/1-04



SPRINGFIELD COMMERCIAL PROPERTIE 23475          Statement Date: 12/31/12

_____ Sm Business Checking Acct ██████ 1415 _____
Statement Period: 12/01/12 to 12/31/12

| Date | Description | Amount | Balance |
|------|-------------|-------:|--------:|
|      | Seq#033473        Date 12/30/12 Time 12:53 | | |
| 12/31 | Interest Credited Deposit | 0.91 | 14,668.48 |
|      | Dividend Period 12/02 thru 01/01 | | |

**Check Numbers Used**

|   1025 |   1026 |   1027 |   1028 |   1029 | * | 5004 | * 995282 |
|--------|--------|--------|--------|--------|---|------|----------|

      * 995289      995290   * 995294   * 995300   * 995303   * 995305
      (*) - Check Numbers Missing

_____ Business Savings Account ██████ 048 _____
Statement Period: 12/01/12 to 12/31/12

| Date | Description | Amount | Balance |
|------|-------------|-------:|--------:|
| 11/30 | Balance Forward ----------------------------------------------> | | 35,606.33 |
| 12/06 | ATM Deposit     VYSTAR ATM FLD136 | 778.39 | 36,384.72 |
|      | 214 N. HOGAN STREET     Jacksonville  Fl | | |
|      | Seq#002086        Date 12/06/12 Time 07:11 | | |
| 12/31 | ATM Deposit     VYSTAR ATM FLD136 | 900.00 | 37,284.72 |
|      | 214 N. HOGAN STREET     Jacksonville  Fl | | |
|      | Seq#007196        Date 12/31/12 Time 16:30 | | |
| 12/31 | Interest Paid | 7.68 | 37,292.40 |
|      | Dividend Period 12/01 thru 12/31 | | |

_____ Summary of Deposit Accounts _____

| ACCOUNT DESCRIPTION | BALANCE | INT-RATE% | YTD-INT | YTD-PENALTY | MATURITY |
|---------------------|--------:|-----------|---------|-------------|----------|
| ██████21415 Sm Business Checking Acct | 14,668.48 | .100 | 5.58 | | |
| Checking Total | 14,668.48 | | | | |
| ██████5048 Business Savings | 37,292.40 | .250 | 54.56 | | |
| Savings Total | 37,292.40 | | | | |
| Deposits Grand Total | 51,960.88 | | | | |