**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re:<br><br>DANE E. BAIRD,<br>SARAH B. BAIRD<br>         Debtors | Case No. 3:10-bk-2954 (PMG)<br><br>Chapter 11 |

**DEBTORS' MONTHLY OPERATING REPORT FOR THE PERIOD**
**FEBRUARY 1, 2013 THROUGH FEBRUARY 28, 2013**

      Dane E. Baird and Sarah B. Baird, Debtors, hereby file this Monthly Operating Report in

accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Debtor's Address

1520 Silver Street
Jacksonville, FL 32202
(904) 374-9550

/s/ ***Robert Wilcox***
Robert D. Wilcox
WILCOX LAW FIRM
Florida Bar No. 755168
814 North Hwy. AIA, Suite 202
Ponte Vedra Beach, FL 32082

Telephone:  904-405-1248
Facsimile:  904-513-9201
Email: rw@wlflaw.com

ATTORNEY FOR THE DEBTOR

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

| Case Name: | Dane and Sarah Baird |
| Case Number: | 3:10−bk−02954−PMG |

Note:  The information requested below is a summary of the information r

|  | Month | Cumulative Total |
|---|---|---|
| CASH- Beginning of Month (Household) | 3270.8 | |
| CASH- Beginning of Month (Business) | 3960.37 | |
| | | |
| Total Household Receipts | 2508.75 | |
| Total Business Receipts | 15756.39 | |
| Total Receipts | 18265.14 | |
| | | |
| Total Household Disbursements | $2,111.00 | |
| Total Business Disbursements | $11,565.80 | |
| Total Disbursements | 13676.8 | |
| | | |
| NET CASH FLOW  (Total Receipts minus Total Disbursements) | 4588.34 | |
| | | |
| CASH- End of Month (Individual) | 3668.55 | |
| CASH- End of Month (Business) | 27,085.68 | |

### ...ATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERI

| TOTAL DISBURSEMENTS (From Above) | |
| from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's | 2508.75 |
| | |
| CALCULATION | |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

This ___ 18 ___ day of ___ March 2013 ___

Debtor's Signature

# SCHEDULE OF HOUSEHOLD
# CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month | Cumulative Total |
|---|---|---|
| **CASH** - Beginning of Month | $3,270.80 | |
| | | |
| **CASH RECEIPTS** | | |
| Salary or Cash from Business | | |
| Wages from Other Sources (attach list to this report) | | |
| Interest or Dividend Income | | |
| Alimony or Child Support | | |
| Social Security/Pension/Retirement | | |
| Sale of Household Assets (attach list to this report) | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | | |
| Other (specify) (attach list to this report) | $ 2,508.75 | |
| | | |
| **TOTAL RECEIPTS** | $ 2,508.75 | |
| | | |
| **CASH DISBURSEMENTS** | | |
| Alimony or Child Support Payments | | |
| Charitable Contributions | | |
| Gifts | | |
| Household Expenses/Food/Clothing | | |
| Household Repairs & Maintenance | | |
| Insurance | | |
| IRA Contribution | | |
| Lease/Rent Payments | | |
| Medical/Dental Payments | | |
| Mortgage Payment(s) | | |
| Other Secured Payments | | |
| Taxes - Personal Property | | |
| Taxes - Real Estate | | |
| Taxes Other (attach schedule) | | |
| Travel & Entertainment | | |
| Tuition/Education | | |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | | |
| Vehicle Expenses | | |
| Vehicle Secured Payment(s) | | |
| U. S. Trustee Quarterly Fees | | |
| Professional Fees (Legal, Accounting) | | |
| Other (attach schedule) | $ 2,111.00 | |
| | | |
| | | |
| | | |
| **Total Household Disbursements** | | |
| | | |
| **CASH - End of Month** (Must equal reconciled bank statement-Attachment No. 2) | $3,668.55 | |

Sarah's expenses--FEB 2013

| Category | Date | Vendor | Amount | Tender |
|----------|------|--------|--------|--------|
| Clothes | 2-Feb | Matilda Jane | $ 200.88 | Wells Fargo debit |
| Gifts | 4-Feb | Amazon.com | $ 49.75 | Wells Fargo debit |
| Food | 4-Feb | Publix | $ 42.66 | Wells Fargo debit |
| Grooming | 5-Feb | Unique Nails | $ 27.00 | Wells Fargo debit |
| Grooming | 5-Feb | Beverly Ginn | $ 50.00 | Check #1290 |
| Food | 5-Feb | Dunkin Donuts | $ 2.12 | Cash |
| Charitable | 6-Feb | Dunkin Donuts | $ 25.03 | Wells Fargo debit |
| Food | 11-Feb | Publix | $ 63.36 | Wells Fargo debit |
| Clothes | 11-Feb | Kelly's Kids | $ 161.57 | Wells Fargo debit |
| Tuition | 12-Feb | Boleros | $ 55.00 | Check #1291 |
| Home | 12-Feb | Target | $ 45.20 | Wells Fargo debit |
| Food | 13-Feb | Publix | $ 24.00 | Wells Fargo debit |
| Food | 14-Feb | Dunkin Donuts | $ 5.30 | Wells Fargo debit |
| Gifts | 16-Feb | Dollar Tree | $ 25.68 | Wells Fargo debit |
| Food | 17-Feb | Winn Dixie | $ 10.00 | Wells Fargo debit |
| Home + Gifts | 18-Feb | Publix | $ 30.57 | Wells Fargo debit |
| Gifts | 19-Feb | Dunkin Donuts | $ 10.58 | Cash |
| Autos | 19-Feb | Gate | $ 50.00 | Wells Fargo debit |
| Entertainment | 19-Feb | Ticketmaster | $ 82.65 | Wells Fargo debit |
| Tuition | 20-Feb | SUMP | $ 185.00 | Check #1292 |
| Home | 21-Feb | Diapers.com | $ 105.69 | Wells Fargo debit |
| Food | 22-Feb | Publix | $ 34.96 | Wells Fargo debit |
| Food + Home | 22-Feb | Costco | $ 182.90 | Wells Fargo debit |
| Home | 23-Feb | Fabric.com | $ **36.33** | Wells Fargo debit |
| Home | 26-Feb | FL Highway Safety + Motor Vehicle | $ 106.35 | Wells Fargo debit |
| Clothes | 26-Feb | Pedipeds | $ 104.95 | Wells Fargo debit |
| Home | 26-Feb | Lowe's | $ 6.03 | Wells Fargo debit |
| Home | 26-Feb | Target | $ 9.25 | Wells Fargo debit |
| Medical | 27-Feb | Carithers Pediatric | $ 70.00 | Wells Fargo debit |
| Food | 28-Feb | Andrea Mason | $ 16.00 | Check #1293 |
| Home | 28-Feb | First Coast Home Pros | $ 268.20 | Check #1294 |
| Transfer | 28-Feb | **WAY TO SAVE** | $ 24.00 | transfer |

$ **2,111.01**

**DEPOSITS**

| | | | | |
|---|---|---|---|---|
| | 22-Feb | Springfield Comm'l Properties | $ 2,308.75 | |
| | 28-Feb | G.G. (less $100 cash) | $ 200.00 | |

$ **2,508.75**

**<u>Notes</u>**
Order #584146
order # Order Number: 102-3091770-6026660


SUMP Room Mothers' mtg


Jean- Feb ballet
used $25 g.c. too
includes $20 cash

ballons and cups for J's birthday party

Jean's cake and Huggies wipes
donuts for Jean's birthday @ school
gas for Honda
tickets to Disney On Ice
March tuition for Suz
Your order ID is: 20979456.


kitchen window samples ($42.34)
license renewal and tag renewal
shoes for Suz


$50 sick appt Jean + $20 acct balance
girl scout cookies
Detailed Cleaning


Jean's b'day gift

# SCHEDULE OF BUSINESS
# CASH RECEIPTS AND CASH DISBURSEMENTS

|  | Month | Cumulative Total |
|---|---|---|
| **CASH** - Beginning of Month | 22,904.09 | |
| | | |
| **BUSINESS CASH RECEIPTS** | | |
| Cash Sales | | |
| Account Receivable Collection | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | | |
| Rental Income | 15,747.39 | |
| transfer from savings | 9 | |
| interest income | | |
| | | |
| **Total Business Receipts** | 15,756.39 | |
| | | |
| **BUSINESS CASH DISBURSEMENTS** | | |
| Net Payroll (Excluding Self) | | |
| Salary Paid to Debtor or Owner's Draw (e.g., transfer to Household Account) | | |
| Tax - RE Escrow | | |
| Taxes - Sales | | |
| Taxes Other (attach schedule) | | |
| Contract Labor (Subcontractors) | | |
| Inventory Purchases | | |
| Secured/Lease Payments (Business) | | |
| Utilities (Business) | | |
| Insurance | | |
| Vehicle Expenses | | |
| Travel & Entertainment | | |
| Repairs and Maintenance | | |
| Supplies | | |
| Charitable Contributions/Gifts | | |
| Purchase of Fixed Assets | | |
| Advertising | | |
| Bank Charges | | |
| Other (attach schedule) | **$11,565.80** | |
| | | |
| **Total Business Disbursements** | 11,565.80 | |
| | | |
| **CASH - End of Month** (Must equal reconciled bank statement - Attachment No. 2) | 27,085.68 | |

| Date | Description | Check/ Debit | Salaries | Payroll Taxes | Auto | Gas | Bank Charges | Contribution |
|---|---|---|---|---|---|---|---|---|
| 2-Feb | Springfield Sup | Debit | | | | | | |
| 2-Feb | Lowes | Debit | | | | | | |
| 4-Feb | Auto | Debit | | | 1458 | | | |
| 4-Feb | Amazon | Debit | | | | | | |
| 4-Feb | Fionn Maccools | Debit | | | | | | |
| 4-Feb | Laz Parking | Debit | | | 2 | | | |
| 4-Feb | Taco Lu | Debit | | | | | | |
| 4-Feb | Bono's BBQ | Debit | | | | | | |
| 4-Feb | Lowes | Debit | | | | | | |
| 4-Feb | Fionn Maccools | Debit | | | | | | |
| 4-Feb | Laz Parking | Debit | | | 2 | | | |
| 5-Feb | Prince of Peace | Check | | | | | | 60 |
| 5-Feb | Lowes | Debit | | | | | | |
| 5-Feb | Katie Kregl | Check | | | | | | |
| 6-Feb | An Olde Time Hard | Debit | | | | | | |
| 6-Feb | Costco | Debit | | | | | | |
| 7-Feb | City of Cambridge | Check | | | | | | |
| 7-Feb | Springfield Sup | Debit | | | | | | |
| 7-Feb | Murphy Gas | Debit | | | | 48.73 | | |
| 7-Feb | 1034 | Check | | | | | | |
| 8-Feb | Mary Winter | Check | | | | | | |
| 8-Feb | Jersey Mike's Subs | Debit | | | | | | |
| 8-Feb | YMCA | Debit | | | | | | |
| 8-Feb | Uptown Deli | Debit | | | | | | |
| 9-Feb | Metro Diner | Debit | | | | | | |
| 11-Feb | NelNet | Check | | | | | | |
| 11-Feb | JEA | Check | | | | | | |
| 11-Feb | Nstar Electric | Check | | | | | | |
| 12-Feb | Prince of Peace | Check | | | | | | 60 |
| 12-Feb | Murphy Gas | Debit | | | | 56.97 | | |
| 13-Feb | Brennan, Manna | Check | | | | | | |
| 13-Feb | UPS | Debit | | | | | | |
| 14-Feb | Queen of Peace | Check | | | | | | 100 |
| 14-Feb | Indochine | Debit | | | | | | |
| 14-Feb | USAA | Debit | | | | | | |
| 14-Feb | Winn-Dixie | Debit | | | | | | |
| 15-Feb | Amazon | Debit | | | | | | |
| 15-Feb | Dynamic Catholic | Debit | | | | | | 10 |
| 15-Feb | YMCA | Debit | | | | | | |
| 16-Feb | Mimi's Café | Debit | | | | | | |
| 16-Feb | Costco | Debit | | | | | | |
| 19-Feb | Prince of Peace | Check | | | | | | 60 |
| 19-Feb | Lowes | Debit | | | | | | |
| 19-Feb | Sweet Pete's | Debit | | | | | | |
| 19-Feb | Fionn Maccools | Debit | | | | | | |
| 19-Feb | Laz Parking | Debit | | | 2 | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 19-Feb | CareSpot | Check | | | | | | |
| 20-Feb | Paychex | Debit | | 532.5 | | | | |
| 20-Feb | Comcast | Check | | | | | | |
| 20-Feb | Paychex | Debit | | | | | | |
| 20-Feb | Costco | Debit | | | | | | |
| 21-Feb | Florida Dept of Rev | Check | | 121.5 | | | | |
| 25-Feb | Wafaa and Mike's | Debit | | | | | | |
| 25-Feb | Buca Di Beppo | Debit | | | | | | |
| 25-Feb | Regal Cinemas | Debit | | | | | | |
| 25-Feb | Fionn Maccools | Debit | | | | | | |
| 25-Feb | Sarah Baird | Check | 2308.75 | | | | | |
| 25-Feb | Walgreens | Debit | | | | | | |
| 26-Feb | Prince of Peace | Check | | | | | | 60 |
| 27-Feb | Walgreens | Debit | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | Totals | 2308.75 | 654 | 1464 | 105.7 | 0 | 350 |

11565.8

## Springfield Commercial Expenses February 2013

| Dues & Subs | Insurance | Legal & Prof | Meals & Ent | Medical Expenses | Office Expenses | Payroll Processing | Postage | Repars & Maint |
|---|---|---|---|---|---|---|---|---|
|  |  |  | 2.89 |  |  |  |  |  |
|  |  |  |  |  |  |  |  | 67.83 |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  | 7.98 |  |  |  |
|  |  |  | 71.3 |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  | 60.65 |  |  |  |  |  |
|  |  |  | 46.2 |  |  |  |  |  |
|  |  |  |  |  |  |  |  | 20.82 |
|  |  |  | 73.06 |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  | 43.25 |
|  |  | 50 |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  | 5.14 |
|  |  |  | 337.85 |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  | 2.99 |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  | 150 |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  | 7.53 |  |  |  |  |  |
| 39 |  |  |  |  |  |  |  |  |
|  |  |  | 14.19 |  |  |  |  |  |
|  |  |  | 43.91 |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  | 250 |  |  |  |  |  |  |
|  |  |  |  |  |  |  | 205.44 |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  | 16.05 |  |  |  |  |  |
|  | 64.92 |  |  |  |  |  |  |  |
|  |  |  | 10.69 |  |  |  |  |  |
|  |  |  |  |  | 5.49 |  |  |  |
|  |  |  |  |  |  |  |  |  |
| 10 |  |  |  |  |  |  |  |  |
|  |  |  | 30.21 |  |  |  |  |  |
|  |  |  | 380.03 |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  | 2.79 |
|  |  |  | 213.47 |  |  |  |  |  |
|  |  |  | 67.79 |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |

| | | | | 59.37 | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | 49.62 | | |
| | | | 71.96 | | | | | |
| | | | | | | | | |
| | | | 20.1 | | | | | |
| | | | 78.37 | | | | | |
| | | | 22 | | | | | |
| | | | 50.93 | | | | | |
| | | | | | | | | |
| | | | | 12.19 | | | | |
| | | | | | | | | |
| | | | | 3.18 | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **49** | **64.92** | **300** | **1622.17** | **74.74** | **163.47** | **49.62** | **205.44** | **139.83** |

| Security System | Travel | Utilities | Internet/ Phone | Water Sewer | Miscellaneous | Note Payable | Student Loans |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  | 1500 |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  | 500 |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  | 1500 |
|  |  | 310.82 |  |  |  |  |  |
|  |  | 29.57 |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | 173.37 | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| 0 | 0 | 340.39 | 173.37 | 1500 | 0 | 500 | 1500 |

**MONTHLY OPERATING REPORT -**
**INDIVDUAL**

ATTACHMENT NO. 1

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1.  Have any assets been sold or transferred outside the normal course of business during this reporting period? | | x |
| 2.  Have any funds been disbursed from any account other than a debtor in possession account? | x | |
| 3.  Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | x |
| 4.  Have any payments been made on pre-petition liabilities this reporting period? | | x |
| 5.  Have any post-petition loans been received by the debtor from any party? | | x |
| 6.  Are any post-petition payroll taxes past due? | | x |
| 7.  Are any post-petition state or federal income taxes past due? | | x |
| 8.  Are any post-petition state or local sales taxes past due? | | x |
| 9.  Are any post-petition real estate taxes past due? | | x |
| 10.  Are any amounts owed to post-petition creditors/vendors delinquent? | | x |
| 11.  Are any wage payments past due? | | x |

**\*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.**

Springfield Commercial Properties is not a Debtor In Possession Acct. Bank Statement Attached.

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1.  Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | x | |
| 2.  Are all premium payments current? | x | |

**\*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.**

| CONFIRMATION OF INSURANCE | | | | |
|---|---|---|---|---|
| TYPE of POLICY           and           CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount | |
| Homeowners for 1435 Silver St. | April 8th 2011 to April 8th | 500 annually | 0 | |
| Homeowners for 22 White St. Place Units 1, 2, 3        Norfolk and Dedham | April 8th 2011 to April 8th | 3300 annually | 0 | |
| | | | 0 | |
| Homeowners for 1520 Silver St. Universal Risk Advisors | April 8th 2011 to April 8th | 1074 annually | 0 | |

_____ Check here if United States Trustee has been listed a a Certificate Holder on all policies of insurance.

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 2**

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | Vystar | Wachovia | | |
| Account Number: | 2402184 | ****8054 | | |
| Purpose of Account (Business/Personal) | Business | Personal | | |
| Type of Account (e.g. checking) | Checking | Checking | | |
| | | | | |
| 1. **Balance per Bank Statement** | 27,085.68 | 3668.55 | | |
| 2. **ADD**: Deposits not credited (attach list to this report) | | | | |
| 3. **SUBTRACT**: Outstanding Checks (attach list) | | | | |
| 4. Other Reconciling Items (attach list to this report) | | | | |
| 5. **Month End Balance** (Must Agree with Books) | 27085.68 | 3668.55 | | |
| TOTAL OF ALL ACCOUNTS | | | | |
| | | | | |

**Note: Attach a copy of the bank statement and bank reconciliation for each account.**

| Investment Account Information<br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| Fidelity Investments (Retirement , JTE Accounts, Ed | Revolving purchases and sales | ETFS, Stocks | | 228,382.77 |
| Acct #s Z11083895, 301516813, 617241180 | | | | |
| 487601217, Z72-144290) | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Note: Attach a copy of each investment account statement.**

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 3A**

### CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| | |
|---|---|
| **Name of Bank** | Wachovia |
| **Account Number** | ****8054 |
| **Purpose of Account (Personal)** | Personal |
| **Type of Account (e.g., Checking)** | Checking |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| See Schedule for Household | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | 0 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

| |
|---|
| |
| |
| |
| |
| |
| |

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 3B**

### CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Bank | BBVA Compass |
|---|---|
| Account Number | 2512729218 |
| Purpose of Account (Business) | Business |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| See Schedule for Business | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**MONTHLY OPERATING REPORT -
INDIVIDUAL**

**ATTACHMENT NO. 3C**

## CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Bank | |
|---|---|
| Account Number | |
| Purpose of Account (Business) | |
| Type of Account (e.g., Checking) | |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | $ |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

| |
|---|
| |
| |
| |
| |
| |
| |
| |
| |

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 4**

| ACCOUNTS RECEIVABLE RECONCILIATION (Pre- & Post- Petition) | Scheduled Amount | Current Month |
|---|---|---|
| Accounts Receivable Beginning Balance | | |
| Plus:  Billings During the Month | | |
| Less: Collections During the Month | | |
| Adjustments or WriteOffs* | | |
| Accounts Receivable Ending Balance** | | |

| ACCOUNTS RECEIVABLE AGING (Pre- & Post- Petition) | Scheduled Amount | Current Month |
|---|---|---|
| 0 - 30 Days | | |
| 31 - 60 Days | | |
| 61 - 90 Days | | |
| Over 90 Days | | |
| | | |
| Total Accounts Receivable** | | |

\*  **Attach explanation of  any adjustment or writeoff.**

\*\*  **The "current month" of these two lines must equal.**

| POST-PETITION TAXES | Beginning Tax Liability* | Amount Withheld & or Accrued |
|---|---|---|
| **Federal Taxes** | | |
| Withholding** | | |
| FICA - Employee | | |
| FICA - Employer | | |
| Unemployment | | |
| Income | | |
| Other (Attach List) | | |
| **Total Federal Taxes** | | |
| | | |
| **State & Local Taxes** | | |
| Withholding | | |
| Sales | | |
| Unemployment | | |
| Real Property | | |
| Personal Property | | |
| Other (Attach List) | | |
| **Total State & Local Taxes** | | |
| **Total Post-Petition Taxes** | | |

\*  The beginning tax liability should represent the liability from the prior month, or if this is the first report, the amount should be

\*\*  Attach copies of IRS Form 6123 or your FTD coupon and payment receipt to verify payment or deposit

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 5**

| ACCOUNTS PAYABLE RECONCILIATION (Post-Petition Only) | | | |
|---|---|---|---|
| | Month | Month | Month |
| | | | |
| **Accounts Payable Beginning Balance*** | | | |
| Plus:  New Indebtedness During the Month | | | |
| Less:  Amount Paid on Acct. Payables in Month | | | |
| Adjustments or WriteOffs** | | | |
| **Accounts Payable Ending Balance** | | | |

*   The beginning A/P liability should represent the liability from the prior month, or if this is the first report, the amount should be zero
**Attach explanation for any adjustment or write-off.

| ACCOUNTS PAYABLE LISTING | | | |
|---|---|---|---|
| [List all bills or invoices incurred since the filing of the petition (Post-Petition Only) and have NOT been paid]*** | | | |
| **Vendor & Description of Bill/Invoice** | Date Incurred | Days Outstanding | Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

*** List any additional payables on a separate sheet and attach to this schedule.

| POST-PETITION STATUS OF SECURED NOTES, LEASES, AND ADEQUATE PROTECTION PAYMENTS | | | | | |
|---|---|---|---|---|---|
| **Name of Secured Creditor / Lessor** | Scheduled Monthly Payment Due | Total Past Due From Prior Month(s) | Amount Paid During Month | Total Unpaid Postpetition | Total Number of Payments Past Due |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

# VyStar®
### Credit Union

VyStar Auto Loan rates are the lowest they have been in decades. Apply for a VyStar consumer loan online via Internet Banking at www.vystarcu.org.
Low rates, no hidden fees or fine print surprises.

SPRINGFIELD COMMERCIAL PROPERTIE
DANE E BAIRD JR AGENT
SARAH D BAIRD                    23714
221 N HOGAN ST
JACKSONVILLE FL 32202-4201

Statement Date: 02/28/13

Member Number: ▮▮▮▮▮▮▮

Page    1 of    5
MC 5

_____ Sm Business Checking Acct ▮▮▮▮415 _____
Statement Period: 02/01/13 to 02/28/13

| Date | Description | Amount | Balance |
|------|-------------|-------:|--------:|
| 01/31 | Balance Forward -----------------------------------------------------> | | 16,790.66 |
| 02/01 | Deposit | 1,180.00 | 17,970.66 |
| 02/02 | POS Purchase    SPRINGFIELD SUPE | 2.89- | 17,967.77 |
| | 1701 N PEARL STREET      JACKSONVILLE  FL US | | |
| | Seq#020711178132 Date  2/02/13 Time 07:11 | | |
| 02/02 | POS Purchase    LOWE'S #1691 | 67.83- | 17,899.94 |
| | 5155 LENOX AVENUE        JACKSONVILLE  FL US | | |
| | Seq#303300875072 Date  2/02/13 Time 10:19 | | |
| 02/04 | DBT Purchase    AA AUTO REPAIR | 1,458.41- | 16,441.53 |
| | AA AUTO REPAIR           JACKSONVILLE  FL US | | |
| | Seq#060005      Date  2/02/13 Time 08:55 | | |
| 02/04 | DBT Purchase    Amazon Services- | 7.98- | 16,433.55 |
| | Amazon Services-Kin      866-321-8851  WA US | | |
| | Seq#045715      Date  2/02/13 Time 20:29 | | |
| 02/04 | DBT Purchase    FIONN MACCOOLS I | 71.30- | 16,362.25 |
| | FIONN MACCOOLS IRIS      JACKSONVILLE  FL US | | |
| | Seq#090090      Date  2/02/13 Time 05:35 | | |
| 02/04 | DBT Purchase    LAZ PARKING 5607 | 2.00- | 16,360.25 |
| | LAZ PARKING 560739       JACKSONVILLE  FL US | | |
| | Seq#080015      Date  2/02/13 Time 09:52 | | |
| 02/04 | DBT Purchase    TACOLU | 60.65- | 16,299.60 |
| | TACOLU                   JACKSONVILLE  FL US | | |
| | Seq#072863      Date  2/01/13 Time 18:10 | | |
| 02/04 | DBT Purchase    BONOS BAR-BQ | 46.20- | 16,253.40 |
| | BONOS BAR-BQ             JACKSONVILLE  FL US | | |
| | Seq#069823      Date  2/01/13 Time 03:03 | | |
| 02/04 | POS Purchase    LOWE'S #1691 | 20.82- | 16,232.58 |
| | 5155 LENOX AVENUE        JACKSONVILLE  FL US | | |
| | Seq#303500621949 Date  2/04/13 Time 08:07 | | |
| 02/04 | DBT Purchase    FIONN MACCOOLS I | 73.06- | 16,159.52 |
| | FIONN MACCOOLS IRIS      JACKSONVILLE  FL US | | |
| | Seq#090005      Date  2/03/13 Time 19:57 | | |
| 02/04 | DBT Purchase    LAZ PARKING 5607 | 2.00- | 16,157.52 |
| | LAZ PARKING 560739       JACKSONVILLE  FL US | | |
| | Seq#080011      Date  2/03/13 Time 01:11 | | |
| 02/05 | Check Number    995333 | 50.00- | 16,107.52 |
| 02/05 | POS Purchase    LOWE'S #1691 | 43.25- | 16,064.27 |
| | 5155 LENOX AVENUE        JACKSONVILLE  FL US | | |

------Continued on next page -----

XF0269/NCP/1-04



**VyStar** ®
Credit Union

**SPRINGFIELD COMMERCIAL PROPERTIE** 23714          Statement Date: 02/28/13


Page    2 of    5


Sm Business Checking Acct ████ 415

Statement Period: 02/01/13 to 02/28/13

| Date | Description | Amount | Balance |
|------|-------------|--------|---------|
| | Seq#303600925998 Date 2/05/13 Time 10:04 | | |
| 02/05 | Check Number    995331 | 60.00- | 16,004.27 |
| 02/06 | DBT Purchase    AN OLDE TIME HAR | 5.14- | 15,999.13 |
| | AN OLDE TIME HARDWA    JACKSONVILLE   FL US | | |
| | Seq#047897    Date 2/05/13 Time 15:08 | | |
| 02/06 | Deposit | 3,410.00 | 19,409.13 |
| 02/06 | POS Purchase    COSTCO WHSE #035 | 337.85- | 19,071.28 |
| | 4901 GATE PARKWAY    JACKSONVILLE   FL US | | |
| | Seq#000000596713 Date 2/06/13 Time 12:53 | | |
| 02/07 | Check Number    1034 | 150.00- | 18,921.28 |
| 02/07 | POS Purchase    SPRINGFIELD SUPE | 2.99- | 18,918.29 |
| | 1701 N PEARL STREET    JACKSONVILLE   FL US | | |
| | Seq#070927552507 Date 2/07/13 Time 09:27 | | |
| 02/07 | POS Purchase    MURPHY7336ATWALM | 48.73- | 18,869.56 |
| | 4100 PHILLIPS HWY.    JACKSONVILLE   FL US | | |
| | Seq#000000879703 Date 2/07/13 Time 10:56 | | |
| 02/08 | DBT Purchase    JERSEY MIKE'S SU | 7.53- | 18,862.03 |
| | JERSEY MIKE'S SUBS    JACKSONVILLE   FL US | | |
| | Seq#070071    Date 2/07/13 Time 03:12 | | |
| 02/08 | DBT Purchase    YMCA FLORIDA-YAT | 39.00- | 18,823.03 |
| | YMCA FLORIDA-YATES    JACKSONVILLE   FL US | | |
| | Seq#034182    Date 2/07/13 Time 12:51 | | |
| 02/08 | DBT Purchase    UPTOWN MARKET | 14.19- | 18,808.84 |
| | UPTOWN MARKET    JACKSONVILLE   FL US | | |
| | Seq#050065    Date 2/08/13 Time 11:35 | | |
| 02/09 | DBT Purchase    METRO DINER | 43.91- | 18,764.93 |
| | METRO DINER    904-3983701   FL US | | |
| | Seq#057590    Date 2/08/13 Time 02:15 | | |
| 02/11 | JEA    ONLINE PMT | 310.82- | 18,454.11 |
| 02/11 | NSTAR    ONLINE PMT | 29.57- | 18,424.54 |
| 02/12 | POS Purchase    MURPHY7336ATWALM | 56.97- | 18,367.57 |
| | 4100 PHILLIPS HWY.    JACKSONVILLE   FL US | | |
| | Seq#000000532318 Date 2/12/13 Time 08:54 | | |
| 02/12 | Check Number    995332 | 60.00- | 18,307.57 |
| 02/13 | Check Number    995320 | 500.00- | 17,807.57 |
| 02/13 | NELNETDENVER    ONLINE PMT | 1,500.00- | 16,307.57 |
| 02/13 | UPS STORE #4509    ONLINE PMT | 205.44- | 16,102.13 |
| 02/14 | DBT Purchase    INDOCHINE | 16.05- | 16,086.08 |

------Continued on next page -----

XF026A/NCP/1-04


**VyStar** ®
Credit Union

SPRINGFIELD COMMERCIAL PROPERTIE 23714          Statement Date: 02/28/13

Page    3 of    5

| Date | Description | Amount | Balance |
|---|---|---|---|
| | Sm Business Checking Acct ▉415 | | |
| Statement Period: 02/01/13 to 02/28/13 | | | |
| | INDOCHINE              JACKSONVILLE  FL US | | |
| | Seq#008646        Date  2/12/13 Time 18:37 | | |
| 02/14 | USAA LIFE INS    ONLINE PMT | 64.92- | 16,021.16 |
| 02/14 | POS Purchase    WINN-DIXIE   #0 | 10.69- | 16,010.47 |
| | 777 N MARKET ST        JACKSONVILLE  FL US | | |
| | Seq#198667        Date  2/14/13 Time 17:45 | | |
| 02/15 | DBT Purchase    Amazon Services- | 5.49- | 16,004.98 |
| | Amazon Services-Kin   866-321-8851  WA US | | |
| | Seq#057933        Date  2/15/13 Time 11:31 | | |
| 02/15 | DBT Recur-Purch DYNAMIC CATHOLIC | 10.00- | 15,994.98 |
| | DYNAMIC CATHOLIC     513-221-7700  OH US | | |
| | Seq#030667        Date  2/15/13 Time 01:07 | | |
| 02/15 | Deposit | 2,911.38 | 18,906.36 |
| 02/15 | DBT Purchase    YMCA FLORIDA-MET | 10.00- | 18,896.36 |
| | YMCA FLORIDA-METRO       WWW.FIRSTCOAS FL US | | |
| | Seq#037038        Date  2/15/13 Time 21:45 | | |
| 02/16 | DBT Purchase    MIMIS CAFE 99 | 30.21- | 18,866.15 |
| | MIMIS CAFE 99        JACKSONVILLE  FL US | | |
| | Seq#042500        Date  2/15/13 Time 00:50 | | |
| 02/16 | POS Purchase    COSTCO WHSE #035 | 380.03- | 18,486.12 |
| | 4901 GATE PARKWAY      JACKSONVILLE  FL US | | |
| | Seq#000000476953 Date  2/16/13 Time 12:40 | | |
| 02/19 | POS Purchase    LOWE'S #1691 | 2.79- | 18,483.33 |
| | 5155 LENOX AVENUE      JACKSONVILLE  FL US | | |
| | Seq#304800504481 Date  2/17/13 Time 15:07 | | |
| 02/19 | DBT Purchase    SWEET PETE'S: PU | 213.47- | 18,269.86 |
| | SWEET PETE'S: PURE     JACKSONVILLE  FL US | | |
| | Seq#069397        Date  2/16/13 Time 04:40 | | |
| 02/19 | DBT Purchase    FIONN MACCOOLS I | 67.79- | 18,202.07 |
| | FIONN MACCOOLS IRIS    JACKSONVILLE  FL US | | |
| | Seq#090002        Date  2/17/13 Time 23:42 | | |
| 02/19 | DBT Purchase    LAZ PARKING 5607 | 2.00- | 18,200.07 |
| | LAZ PARKING 560739     JACKSONVILLE  FL US | | |
| | Seq#080007        Date  2/17/13 Time 06:21 | | |
| 02/19 | Check Number    995341 | 59.37- | 18,140.70 |
| 02/20 | PAYCHEX TPS      TAXES | 532.50- | 17,608.20 |
| 02/20 | COMCAST          ONLINE PMT | 173.37- | 17,434.83 |
| 02/20 | PAYCHEX EIB      INVOICE | 49.62- | 17,385.21 |

------Continued on next page -----

XF026A/NCP/1-04



**VyStar®**
Credit Union

**SPRINGFIELD COMMERCIAL PROPERTIE** 23714          Statement Date: 02/28/13

Page    4 of    5

Sm Business Checking Acct ▮▮▮▮▮415

Statement Period: 02/01/13 to 02/28/13

| Date | Description | Amount | Balance |
|------|-------------|--------|---------|
| 02/20 | POS Purchase     COSTCO WHSE #035 | 71.96- | 17,313.25 |
|  | 4901 GATE PARKWAY       JACKSONVILLE   FL US |  |  |
|  | Seq#000000893313 Date  2/20/13 Time 11:29 |  |  |
| 02/20 | Check Number      995335 | 60.00- | 17,253.25 |
| 02/21 | Check Number      995344 | 121.50- | 17,131.75 |
| 02/21 | Check Number      995325 | 250.00- | 16,881.75 |
| 02/25 | DBT Purchase     WAFFAA & MIKES C | 20.10- | 16,861.65 |
|  | WAFFAA & MIKES CAFE     JACKSONVILLE  FL US |  |  |
|  | Seq#015557       Date  2/22/13 Time 22:56 |  |  |
| 02/25 | DBT Purchase     BUCA DI BEPPO-JA | 78.37- | 16,783.28 |
|  | BUCA DI BEPPO-JACKS     JACKSONVILLE  FL US |  |  |
|  | Seq#010055       Date  2/24/13 Time 08:02 |  |  |
| 02/25 | DBT Purchase     REGAL CINEMAS TH | 22.00- | 16,761.28 |
|  | REGAL CINEMAS THE A     JACKSONVILLE  FL US |  |  |
|  | Seq#083777       Date  2/24/13 Time 05:13 |  |  |
| 02/25 | DBT Purchase     FIONN MACCOOLS I | 50.93- | 16,710.35 |
|  | FIONN MACCOOLS IRIS     JACKSONVILLE  FL US |  |  |
|  | Seq#090002       Date  2/24/13 Time 09:10 |  |  |
| 02/25 | Check Number       5006 | 2,308.75- | 14,401.60 |
| 02/25 | ATM Deposit     VYSTAR ATM FLD136 | 85.00 | 14,486.60 |
|  | 214 N. HOGAN STREET      Jacksonville  Fl |  |  |
|  | Seq#000235       Date  2/25/13 Time 17:44 |  |  |
| 02/25 | ATM Deposit     VYSTAR ATM FLD136 | 1,400.00 | 15,886.60 |
|  | 214 N. HOGAN STREET      Jacksonville  Fl |  |  |
|  | Seq#000236       Date  2/25/13 Time 17:45 |  |  |
| 02/25 | ATM Deposit     VYSTAR ATM FLD136 | 1,050.05 | 16,936.65 |
|  | 214 N. HOGAN STREET      Jacksonville  Fl |  |  |
|  | Seq#000237       Date  2/25/13 Time 17:46 |  |  |
| 02/26 | Check Number      995337 | 60.00- | 16,876.65 |
| 02/27 | DBT Purchase     WALGREENS 1801 N | 12.19- | 16,864.46 |
|  | WALGREENS 1801 N DA     JACKSONVILLE  FL US |  |  |
|  | Seq#606504       Date  2/27/13 Time 20:20 |  |  |
| 02/27 | DBT Purchase     WALGREENS 1801 N | 3.18- | 16,861.28 |
|  | WALGREENS 1801 N DA     JACKSONVILLE  FL US |  |  |
|  | Seq#720379       Date  2/27/13 Time 20:25 |  |  |
| 02/28 | Interest Credited Deposit | 1.35 | 16,862.63 |
|  | Dividend Period 02/02 thru 03/01 |  |  |

------Continued on next page -----

XF026A/NCP/1-04



**VyStar**®
Credit Union

SPRINGFIELD COMMERCIAL PROPERTIE₂₃₇₁₄         Statement Date: 02/28/13

Page    5 of    5

_____ Sm Business Checking Acct ▆▆▆415 _____

**Check Numbers Used**
        1034   *   5006   * 995320  * 995325  * 995331    995332    995333
      * 995335  * 995337  * 995341  * 995344
      (*) - Check Numbers Missing

_____ Business Savings Account ▆▆▆048 _____
Statement Period: 02/01/13 to 02/28/13

| Date | Description | Amount | Balance |
|---|---|---|---|
| 01/31 | Balance Forward ---------------------------------------------------> | | 43,217.43 |
| 02/06 | Deposit | 3,050.00 | 46,267.43 |
| 02/11 | ATM Deposit     VYSTAR ATM FLD136 | 1,050.00 | 47,317.43 |
| | 214 N. HOGAN STREET     Jacksonville  Fl | | |
| | Seq#006535      Date  2/10/13 Time 09:42 | | |
| 02/11 | ATM Deposit     VYSTAR ATM FLD136 | 761.89 | 48,079.32 |
| | 214 N. HOGAN STREET     Jacksonville  Fl | | |
| | Seq#006536      Date  2/10/13 Time 09:43 | | |
| 02/15 | Deposit | 840.00 | 48,919.32 |
| 02/28 | Interest Paid | 9.07 | 48,928.39 |
| | Dividend Period 02/01 thru 02/28 | | |

_____ Summary of Deposit Accounts _____

| ACCOUNT DESCRIPTION | BALANCE | INT-RATE% | YTD-INT | YTD-PENALTY | MATURITY |
|---|---|---|---|---|---|
| ▆▆▆415 Sm Business Checking Acct | 16,862.63 | .100 | 2.68 | | |
| Checking Total | 16,862.63 | | | | |
| ▆▆▆048 Business Savings | 48,928.39 | .250 | 17.43 | | |
| Savings Total | 48,928.39 | | | | |
| Deposits Grand Total | 65,791.02 | | | | |

XF026A/NCP/1-04

 **Wells Fargo Online®**

## Account Activity

**WAY2SAVE® CHECKING XXXXXXXXX8054**

### Activity Summary

| | |
|---|---|
| Current Posted Balance | $1,300.27 |
| Pending Withdrawals/ Debits | -$457.28 |
| Pending Deposits/ Credits | $0.00 |
| **Available Balance** | **$842.99** |

### Transactions

Show:　for　**Date Range** 02/01/13 to 02/28/13

| Date ↓ | Description | Deposits / Credits | Withdrawals / Debits |
|---|---|---|---|
| **Pending Transactions** | Note: Amounts may change | | |
| No pending transactions meet your criteria above. | | | |
| **Posted Transactions** | | | |
| 02/28/13 | CHECK # 1294 | | $268.20 |
| 02/28/13 | DEPOSIT | $200.00 | |
| 02/27/13 | SAVE AS YOU GO TRANSFER DEBIT TO XXXXXXXXXXX9874 | | $1.00 |
| 02/27/13 | CHECK CRD PURCHASE 02/26 PEDIPED BRIAN JAME 702-567-0311 NV 482853XXXXXX2018 163057496838005 ?MCC=5641 | | $104.95 |
| 02/26/13 | SAVE AS YOU GO TRANSFER DEBIT TO XXXXXXXXXXX9874 | | $1.00 |
| 02/26/13 | POS PURCHASE - LOWE S 503 JACKSONVILLE FL 2018 00463057822001413 | | $6.03 |
| 02/22/13 | SAVE AS YOU GO TRANSFER DEBIT TO XXXXXXXXXXX9874 | | $3.00 |
| 02/22/13 | POS PURCHASE - COSTCO WHSE 0357 JACKSONVILLE FL 2018 00383053606889132 | | $182.90 |
| 02/22/13 | POS PURCHASE - PUBLIX SUPER MAR 4413 JACKSONVILLE FL 2018 00583053580372157 | | $34.96 |
| 02/22/13 | CHECK CRD PURCHASE 02/21 QI *DIAPERS.COM 800-3427377 NJ 482853XXXXXX2018 303052788189226 ?MCC=5969 | | $105.69 |
| 02/22/13 | ATM CHECK DEPOSIT - 1601 N MAIN ST JACKSONVILLE FL 2018 0004126 | $2,308.75 | |
| 02/21/13 | SAVE AS YOU GO TRANSFER DEBIT TO XXXXXXXXXXX9874 | | $2.00 |
| 02/21/13 | CHECK CRD PURCHASE 02/20 TM *DISNEY ON ICE: 800-653-8000 CA 482853XXXXXX2018 163050551297742 ?MCC=7922 | | $80.15 |
| 02/21/13 | CHECK CRD PURCHASE 02/20 TM *TICKETMASTER T 800-653-8000 CA 482853XXXXXX2018 283050551332120 ?MCC=7922 | | $2.50 |
| 02/19/13 | SAVE AS YOU GO TRANSFER DEBIT TO XXXXXXXXXXX9874 | | $4.00 |
| 02/19/13 | POS PURCHASE - GATE 1190 JACKSONVILLE FL 2018 00000000147023402 | | $50.00 |
| 02/19/13 | POS PURCHASE - PUBLIX SUPER MAR 2033 JACKSONVILLE FL 2018 00583049589260377 | | $30.57 |
| 02/19/13 | POS PURCHASE - WINN DIXIE 0 777 N JACKSONVILLE FL 2018 00383048799654517 | | $10.00 |
| 02/19/13 | POS PURCHASE - DOLLAR TREE 42 JACKSONVILLE FL 2018 00000000951330684 | | $25.68 |
| 02/15/13 | SAVE AS YOU GO TRANSFER DEBIT TO XXXXXXXXXXX9874 | | $1.00 |
| 02/15/13 | TARGET DEBIT CRD ACH TRAN 130213 00040246131 111111 TARGET JACKSONVILLE F | | $45.20 |
| 02/15/13 | CHECK # 1291 | | $55.00 |
| 02/14/13 | SAVE AS YOU GO TRANSFER DEBIT TO XXXXXXXXXXX9874 | | $1.00 |
| 02/14/13 | CHECK CRD PURCHASE 02/12 DD/BR #343637 JACKSONVILLE FL 482853XXXXXX2018 283043658734473 ?MCC=5814 | | $5.30 |
| 02/13/13 | SAVE AS YOU GO TRANSFER DEBIT TO XXXXXXXXXXX9874 | | $1.00 |
| 02/13/13 | POS PURCHASE - PUBLIX SUPER MAR 2033 JACKSONVILLE FL 2018 00583044563952557 | | $24.00 |
| 02/12/13 | SAVE AS YOU GO TRANSFER DEBIT TO XXXXXXXXXXX9874 | | $1.00 |

| 02/12/13 | CHECK # 1289 | | $20.00 |
| 02/12/13 | CHECK CRD PURCHASE 02/11 KELLYS KIDS INC 800-837-2066 MS 482853XXXXX2018 283041748666997 ?MCC=5641 | | $161.57 |
| 02/11/13 | SAVE AS YOU GO TRANSFER DEBIT TO XXXXXXXXXX9874 | | $2.00 |
| 02/11/13 | POS PURCHASE - PUBLIX SUPER MAR 2033 JACKSONVILLE FL 2018 00383042619676277 | | $63.36 |
| 02/11/13 | CHECK CRD PURCHASE 02/08 AMAZON MKTPLACE PM AMZN.COM/BILL WA 482853XXXXX2018 283035662147326 ?MCC=5942 | | $49.75 |
| 02/08/13 | SAVE AS YOU GO TRANSFER DEBIT TO XXXXXXXXXX9874 | | $1.00 |
| 02/08/13 | CHECK CRD PURCHASE 02/06 DD/BR #343637 JACKSONVILLE FL 482853XXXXX2018 163037492975127 ?MCC=5814 | | $25.03 |
| 02/07/13 | CHECK # 1290 | | $50.00 |
| 02/07/13 | CHECK # 1286 | | $125.00 |
| 02/06/13 | SAVE AS YOU GO TRANSFER DEBIT TO XXXXXXXXXX9874 | | $1.00 |
| 02/06/13 | CHECK CRD PURCHASE 02/05 UNIQUE NAILS SALON JACKSONVILLE FL 482853XXXXX2018 003036565918399 ?MCC=7230 | | $27.00 |
| 02/05/13 | CHECK # 1288 | | $42.72 |
| 02/04/13 | SAVE AS YOU GO TRANSFER DEBIT TO XXXXXXXXXX9874 | | $2.00 |
| 02/04/13 | POS PURCHASE - PUBLIX SUPER MAR 2033 JACKSONVILLE FL 2018 00383035607369470 | | $42.66 |
| 02/04/13 | CHECK CRD PURCHASE 02/02 MATILDA JANE CLOTH 260-4243511 IN 482853XXXXX2018 163033812631060 ?MCC=5964 | | $200.88 |
| 02/01/13 | SAVE AS YOU GO TRANSFER DEBIT TO XXXXXXXXXX9874 | | $2.00 |
| 02/01/13 | CHECK CRD PURCHASE 01/31 PC American Girl 800-845-0005 WI 482853XXXXX2018 163030738679887 ?MCC=5964 | | $49.11 |
| 02/01/13 | CHECK CRD PURCHASE 01/31 MLM ASSUMPTION CAT myLunchMoney. FL 482853XXXXX2018 003031540306162 ?MCC=8211 | | $41.95 |
| **Totals** | | **$2,508.75** | **$1,953.16** |

⌂ **Equal Housing Lender**

© 1995 – 2013 Wells Fargo. All rights reserved.