# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 3:10-BK-02954-PMG |
| DANE EDWARD BAIRD, JR.<br>SARAH DOBSON BAIRD<br>　　　　Debtors. | Chapter 11 |

## ORDER ADMINISTRATIVELY CLOSING JOINT INDIVIDUAL CHAPTER 11 CASE

THIS CASE came before the Court on the Debtors' Second Amended Motion to Administratively Close Joint Individual Chapter 11 Case (the "Motion"), [Doc. No. 300] (the "Motion"). The Court, considering the Motion and the absence of any record objection to the relief requested in the Motion by any party in interest, deems the Motion to be uncontested. The Court finds that the Debtors' Plan of Reorganization [Doc. No. 75] has been substantially consummated in accordance with 11 U.S.C. § 1101(2) and the estate has been fully administered, except for the completion of all plan payments.

Accordingly, it is

ORDERED:

1. The Motion is granted.

2. This Individual Chapter 11 case is hereby ADMINISTRATIVELY CLOSED.

3. This order shall not constitute an order closing the case for purposes of 11 U.S.C. §362(c)(2)(A), or Fed. Bankr. P. 4006.

4. As set forth in 11 U.S.C. § 1141(a), the provisions of the confirmed plan and confirmation order shall continue to bind the Debtors, the creditors, and other parties in interest.

5.  The Debtors, any creditor, or any other party in interest may file a motion to reopen this case for cause without the necessity of paying a filing fee.

DONE and ORDERED in Jacksonville, Florida, this 19th day of March, 2014

_____
PAUL M. GLENN
United States Bankruptcy Judge

Robert D. Wilcox is ordered to serve a copy of this order on all creditors and parties in interest and file a proof of service within three days of the entry of this order.